**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN KLEOVOULOS, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>        v.<br><br>SEMTECH CORPORATION, HONG Q. HOU, and MARK LIN<br><br>            Defendants. | Case No. 2:25-cv-01474-MCS-JC<br><br>**ORDER GRANTING STIPULATION REGARDING TIME FOR DEFENDANTS TO RESPOND TO THE CLASS ACTION COMPLAINT (ECF No. 17)**<br><br>Judge:    Honorable Mark C. Scarsi |

ORDER GRANTING STIPULATION REGARDING INITIAL COMPLAINT
Case No. 2:25-cv-01474-MCS-JC

The Court, having considered the Stipulation Regarding Time For Defendants To Respond To The Class Action Complaint (the "Stipulation"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is GRANTED.

2. Defendants need not respond to the Initial Complaint (ECF No. 1).

3. ~~Within fourteen (14) days of entry of the Order appointing lead plaintiff and lead counsel, the Court appointed lead plaintiff and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response(s) thereto~~ **The Court will set a schedule for further pleadings in its order resolving anticipated motions for appointment of a lead plaintiff.**

4. ~~Pursuant to the PSLRA's discovery stay (15 U.S.C. § 78u 4(b)(3)(B)), any future Initial Case Management Conference, and all related deadlines, is continued until a date after the decision on Defendants' anticipated motion to dismiss.~~ **No motion to dismiss has been filed, so this component of the proposed order is premature.** *See* **15 U.S.C. § 78u-4(b)(3)(B) (requiring discovery to be "stayed during the *pendency* of any motion to dismiss" (emphasis added)). However, the Court abrogates Initial Standing Order § 8(b) insofar as it encourages the parties to begin discovery early.**

**IT IS SO ORDERED.**

Dated:      March 18, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION REGARDING INITIAL COMPLAINT
Case No. 2:25-cv-01474-MCS-JC

1