**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Michael Pappas*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN KLEOVOULOS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SEMTECH CORPORATION, HONG Q. HOU, and MARK LIN,<br><br>Defendants. | No.: 2:25-cv-01474-MCS-JC<br><br>**NOTICE OF MOTION OF MICHAEL PAPPAS FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Mark C. Scarsi<br>Date: June 2, 2025<br>Time: 9:00 a.m.<br>Courtroom #7C |
| LIRAN TOBI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEMTECH CORPORATION, HONG HOU, and MARK LIN,<br><br>Defendants. | No.: 2:25-cv-01612-MCS-JC<br><br>Judge: Hon. Mark C. Scarsi |

NOTICE OF MOTION OF MICHAEL PAPPAS
Case Nos. 2:25-cv-01474-MCS-JC, 2:25-cv-01612-MCS-JC, & 2:25-cv-02058-MCS-JC

| | |
|---|---|
| OLIVER WRONSKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEMTECH CORPORATION, HONG Q. HOU, and MARK LIN,<br><br>Defendants. | No.: 2:25-cv-02058-MCS-JC<br><br>Judge: Hon. Mark C. Scarsi |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 2, 2025 at 9:00 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable Mark C. Scarsi situated at the First Street U.S. Courthouse, 350 West 1st Street, Courtroom 7C, Los Angeles, California, Movant Michael Pappas ("Movant"), by and through his counsel, will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) consolidating the above-captioned actions (the "Actions"); (ii) appointing Movant as Lead Plaintiff on behalf of persons and entities that purchased or otherwise acquired Semtech Corporation ("Semtech" or the "Company") securities between August 27, 2024 and February 7, 2025, inclusive; and (iii) approving Movant's choice of counsel as Lead Counsel. In support of this Motion, Movant submits a Memorandum of Points and Authorities, the Declaration of Adam M. Apton and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movant is the most adequate plaintiff, as defined by the PSLRA, based on his loss of approximately $7,938.90 which was suffered as a result of Defendants' wrongful conduct as alleged in the above-referenced documents. Further, Movant satisfies the requirements of Rule

23(a) of the Federal Rules of Civil Procedure, as his claims are typical of other Class members' claims and he will fairly and adequately represent the interests of the class.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, Movant's counsel has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movant has been unable to conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully requests that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to § 78u-4(a)(3)(B)(iii)(II), Defendants do not have standing to oppose the appointment of Movant as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d. 1129, 1138 (C.D. Cal. 1999).

*[Signature on following page]*

Dated: April 22, 2025                Respectfully submitted,

                                     **LEVI & KORSINSKY, LLP**

                                     /s/ Adam M. Apton
                                     Adam M. Apton (SBN 316506)
                                     aapton@zlk.com
                                     445 South Figueroa Street, 31st Floor
                                     Los Angeles, CA 90071
                                     Tel: (213) 985-7290

                                     *Proposed Lead Counsel for Michael Pappas*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatory has concurred in this filing's content and has authorized the filing.

                                     /s/ Adam M. Apton
                                     Adam M. Apton

**CERTIFICATE OF SERVICE**

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On April 22, 2025, I electronically filed the following **NOTICE OF MOTION OF MICHAEL PAPPAS FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 22, 2025.

                                        /s/ Adam M. Apton
                                        Adam M. Apton