**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Michael Pappas*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN KLEOVOULOS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SEMTECH CORPORATION, HONG Q. HOU, and MARK LIN, <br><br> Defendants. | No.: 2:25-cv-01474-MCS-JC <br><br> **DECLARATION OF ADAM M. APTON IN SUPPORT OF MICHAEL PAPPAS' MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Judge: Hon. Mark C. Scarsi <br> Date: June 2, 2025 <br> Time: 9:00 a.m. <br> Courtroom #7C |
| LIRAN TOBI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SEMTECH CORPORATION, HONG HOU, and MARK LIN, <br><br> Defendants. | No.: 2:25-cv-01612-MCS-JC <br><br> Judge: Hon. Mark C. Scarsi |

| OLIVER WRONSKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEMTECH CORPORATION, HONG Q. HOU, and MARK LIN,<br><br>Defendants. | No.: 2:25-cv-02058-MCS-JC<br><br>Judge: Hon. Mark C. Scarsi |

I, ADAM M. APTON hereby declare that:

1.    I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Michael Pappas ("Movant"), and proposed Lead Counsel for the class.

2.    I make this Declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant.

4.    Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

5.    Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the first-filed action, which was published on February 21, 2025.

6.    Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant in support of his lead plaintiff motion.

7.    Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my

knowledge.

Dated: April 22, 2025

/s/ *Adam M. Apton*
Adam M. Apton

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On April 22, 2025, I electronically filed the following **DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF MICHAEL PAPPAS FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 22, 2025.

/s/ Adam M. Apton
Adam M. Apton