# EXHIBIT B

| Client Name | Michael Pappas |
|---|---|
| Company Name | Semtech Corporation |
| Ticker Symbol | SMTC |
| Security Type | |
| Class Period Start | 08-27-2024 |
| Class Period End | 02-07-2025 |
| 90-DAY Lookback Period Start | 02-08-2025 |
| 90-DAY Lookback Period End | 04-21-2025 |
| 90-DAY Lookback Average | $ 34.50 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $7,938.90 |
| DURA LIFO* Total | $7,938.90 |
| Gross Shares Purchased | 300 |
| Net Shares Retained | 300 |
| Net Funds Expended | $18,450.00 |

### Michael Pappas

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-06-2025 | 100 | 61.5 | $ 6,150.00 | 03-12-2025 | | 100 | $ 36.12 | | $ 3,612.00 | 100 | - | $ 34.50 | | $ 2,538.00 | $ 2,538.00 |
| 02-06-2025 | 200 | 61.5 | $ 12,300.00 | | | | | | - | 200 | 200 | $ 34.50 | $ 6,899.10 | $ 5,400.90 | $ 5,400.90 |
| Total: | 300 | | $18,450.00 | | | 100 | | | $3,612 | 300 | 200 | | $6,899.10 | $7,938.90 | $7,938.90 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.