# EXHIBIT D

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Michael Pappas*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN KLEOVOULOS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SEMTECH CORPORATION, HONG Q. HOU, and MARK LIN,<br><br>Defendants. | No.: 2:25-cv-01474-MCS-JC<br><br>**DECLARATION OF MICHAEL PAPPAS IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Judge: Hon. Mark C. Scarsi<br>Date: June 2, 2025<br>Time: 9:00 a.m.<br>Courtroom #7C |
| LIRAN TOBI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEMTECH CORPORATION, HONG HOU, and MARK LIN,<br><br>Defendants. | No.: 2:25-cv-01612-MCS-JC<br><br>Judge: Hon. Mark C. Scarsi |

| | |
|---|---|
| OLIVER WRONSKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEMTECH CORPORATION, HONG Q. HOU, and MARK LIN,<br><br>Defendants. | No.: 2:25-cv-02058-MCS-JC<br><br>Judge: Hon. Mark C. Scarsi |

I, Michael Pappas, pursuant to 28 U.S.C. § 1746, declare as follow:

1.    I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class actions (the "Actions") against Semtech Corporation ("Semtech" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.    I currently reside in Dallas, Texas. I attended the Citizens Police Academy at the Harris County Sheriff's Office. I am a retired police officer and currently serving as a licensed personal protection officer (PPO) in Dallas. I have been investing in securities for approximately ten years. Further, I have experience hiring and overseeing attorneys for estate planning matters.

3.    I am both capable and qualified to serve as the lead plaintiff in the Actions. By virtue of my significant financial interest in the resolution of the Actions, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.    Prior to seeking appointment as lead plaintiff in the Actions, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Actions would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

5.     I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6.     After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

Date: 4/22/25

Signed:

Name: Michael Pappas

DECLARATION OF MICHAEL PAPPAS
Case Nos. 2:25-cv-01474-MCS-JC, 2:25-cv-01612-MCS-JC, & 2:25-cv-02058-MCS-JC
4