Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Co-Lead Counsel for Lead*
*Plaintiff and for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN KLEOVOULOS, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SEMTECH CORPORATION, HONG Q. HOU, and MARK LIN, <br><br> Defendants. | Case No. 2:25-cv-01474-MCS-JC <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MARC PREYSCH TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL** <br><br> CLASS ACTION <br><br> JUDGE: Mark C. Scarsi <br> HEARING: June 2, 2025 <br> TIME: 9:00 a.m. <br> CTRM: 7C |

[Additional caption on next page]

1

| LIRAN TOBI, Individually and on behalf of all others similarly situated, | ) ) ) | Case No. 2:25-cv-01612-MCS-JC |
|---|---|---|
| | ) ) | CLASS ACTION |
| Plaintiff, | ) ) ) | JUDGE: Mark C. Scarsi |
| v. | ) ) ) | |
| SEMTECH CORPORATION, HONG HOU, and MARK LIN, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| OLIVER WRONSKI, Individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 2:25-cv-02058-MCS-JC |
| | ) ) | CLASS ACTION |
| Plaintiff, | ) ) ) | JUDGE: Marc C. Scarsi |
| v. | ) ) ) | |
| SEMTECH CORPORATION, HONG Q. HOU, and MARK LIN, | ) ) ) ) | |
| Defendants. | ) ) ) | |

I, Laurence M. Rosen, declare:

1.     I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., counsel for Marc Preysch ("Movant"). I make this declaration in support of Movant's motion to consolidate related actions, for appointment as Lead Plaintiff

2

and for approval of Movant's choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.   Attached hereto are true and correct copies of the following documents:

Exhibit 1:   PSLRA early notice;

Exhibit 2:   PSLRA certification of Movant;

Exhibit 3:   Movant's loss chart;

Exhibit 4:   The firm resume of The Rosen Law Firm, P.A; and

Exhibit 5:   The firm resume of The Schall Law Firm.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 22nd day of April, 2025.

/s/Laurence M. Rosen
Laurence M. Rosen

3

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On April 22, 2025, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MARC PREYSCH TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 22nd, 2025.

/s/Laurence M. Rosen
Laurence M. Rosen

4