# EXHIBIT 3

**Semtech Corporation**
**Class Period: August 27, 2024 through February 7, 2025**

**Lookback Price**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 34.89489362 |
| Preysch, Marc | 1/21/2025 | 13.00 | ($76.20) | ($990.54) | | | | | | | | |
| | 1/21/2025 | 291.00 | ($76.26) | ($22,191.66) | | | | | | | | |
| | | 304.00 | | ($23,182.20) | | | | | 304.00 | $10,608.05 | ($12,574.15) | |