Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com
*Counsel for Proposed Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN KLEOVOULOS, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>SEMTECH CORPORATION, HONG HOU, and MARK LIN,<br><br>        Defendants. | Case No. 2:25-cv-01474-MCS-JC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Mark C. Scarsci |
| LIRAN TOBI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>SEMTECH CORPORATION, HONG HOU, and MARK LIN,<br><br>        Defendants. | Case No. 2:25-cv-01612 |
| OLIVER WRONSKI, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>SEMTECH CORPORATION, HONG HOU, and MARK LIN,<br><br>        Defendants. | Case No. 2:25-cv-02058 |

[PROPOSED] ORDER
2:25-cv-01474-MCS-JC

Having considered the Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), filed by Luis Collazos, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The case shall be captioned *In re Semtech, Inc. Securities Litigation*, No. 2:25-cv-01474-MCS-JC;

3. All securities class actions relating to the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

4. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

5. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), Luis Collazos is appointed as Lead Plaintiff; and

6. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Luis Collazos' selection of Block & Leviton LLP is approved and appointed as Lead Counsel. As Lead Counsel, Block & Leviton LLP shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

   a. the briefing and argument of any and all motions;

   b. the preparation and filing of all pleadings;

c.  the conduct of any and all discovery proceedings;

d.  settlement negotiations with counsel for Defendants;

e.  the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

f.  the supervision of all other matters concerning this prosecution or resolution of this action.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE MARK C. SCARSCI
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
No. 2:25-cv-01474-MCS-JC

3