Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com
*Counsel for Proposed Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN KLEOVOULOS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SEMTECH CORPORATION, HONG HOU, and MARK LIN, <br><br> Defendants. | Case No. 2:25-cv-01474-MCS-JC <br><br> **DECLARATION OF JACOB C. WALKER IN SUPPORT OF LUIS COLLAZOS' MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF COUNSEL; MEMORANDUM OF LAW IN SUPPORT THEREOF** <br><br> Judge: Hon. Mark C. Scarsci |
| LIRAN TOBI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SEMTECH CORPORATION, HONG HOU, and MARK LIN, <br><br> Defendants. | Case No. 2:25-cv-01612 |
| OLIVER WRONSKI, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SEMTECH CORPORATION, HONG HOU, and MARK LIN, <br><br> Defendants. | Case No. 2:25-cv-02058 |

DECLARATION OF JACOB A. WALKER
2:25-CV-01474-MCS-JC

I, Jacob A. Walker, declare as follows:

1.      I am an attorney licensed to practice before all the courts of the State of California, and this Court. I am a partner at Block & Leviton LLP, proposed lead counsel for proposed lead plaintiff Luis Collazos in the above-captioned action. I make this Declaration in support of Luis Collazos' Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

    i.  **Exhibit A**: the February 21, 2025 press release issued by Glancy Prongay & Murray LLP announcing the filing of the *Kleovoulos* action against the above-referenced defendants, announcing a class period of August 27, 2024 and February 7, 2025, and noticing that the filing date for appointment as Lead Plaintiff is April 22, 2025;

    ii.  **Exhibit B**: Luis Collazos' PSLRA Certification;

    iii.  **Exhibit C**: Luis Collazos' Loss Chart (prepared by counsel);

    iv.  **Exhibit D**: Luis Collazos' Declaration in Support of Motion for Appointment as Lead Plaintiff;

    v.  **Exhibit E:** Block & Leviton LLP's firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2025, in Boston, Massachusetts.

/s/ Jacob A. Walker
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110

DECLARATION OF JACOB A. WALKER
2:25-CV-01474-MCS-JC

2

Tel.: (617) 398-5600
Fax: (617) 507-6020
jake@blockleviton.com

*Counsel to Movant Luis Collazos and Proposed Lead Counsel*