# Exhibit B

**Certification Pursuant to Federal Securities Laws**

1. I, Luis Collazos, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Semtech Corporation ("Semtech" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not transact in Semtech Corporation securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: Semtech Corporation securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Schedule A is a list of all of my transactions in Semtech Corporation securities during the Class Period, as specified in the Complaint.

6. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on:    03/21/2025



Luis Collazos

**Schedule A**

Luis Collazos' Transactions in Semtech Corporation (SMTC):

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 12/11/2024 | Buy | 160.959589 | $62.13 |
| Common Stock | 12/12/2024 | Buy | 154.86003 | $64.57 |
| Common Stock | 12/12/2024 | Buy | 151.998853 | $65.79 |
| Common Stock | 12/12/2024 | Buy | 140.341028 | $64.13 |
| Common Stock | 12/13/2024 | Buy | 136.18206 | $66.09 |
| Common Stock | 12/17/2024 | Buy | 309.597523 | $64.60 |
| Common Stock | 12/17/2024 | Buy | 138.230062 | $65.11 |
| Common Stock | 12/17/2024 | Buy | 76.758108 | $65.14 |
| Common Stock | 12/17/2024 | Buy | 77.063329 | $64.88 |
| Common Stock | 12/18/2024 | Buy | 76.506217 | $65.35 |
| Common Stock | 12/18/2024 | Buy | 47.809679 | $62.75 |
| Common Stock | 12/19/2024 | Buy | 78.889511 | $63.38 |
| Common Stock | 12/20/2024 | Buy | 63.547286 | $62.95 |
| Common Stock | 12/20/2024 | Sell | -62.652941 | $63.84 |
| Common Stock | 12/20/2024 | Buy | 62.47058 | $64.03 |
| Common Stock | 12/20/2024 | Buy | 4.727387 | $63.46 |
| Common Stock | 12/20/2024 | Buy | 63.086507 | $63.41 |
| Common Stock | 12/20/2024 | Buy | 63.582896 | $62.91 |
| Common Stock | 12/23/2024 | Buy | 77.568601 | $64.46 |
| Common Stock | 12/23/2024 | Buy | 47.877433 | $62.66 |
| Common Stock | 12/26/2024 | Buy | 78.542255 | $63.66 |
| Common Stock | 12/27/2024 | Buy | 77.555452 | $64.47 |
| Common Stock | 12/27/2024 | Buy | 79.095292 | $63.21 |
| Common Stock | 12/27/2024 | Buy | 144.881342 | $62.12 |
| Common Stock | 12/27/2024 | Buy | 48.100048 | $62.37 |
| Common Stock | 12/30/2024 | Buy | 80.919296 | $61.79 |
| Common Stock | 12/30/2024 | Buy | 80.515816 | $62.10 |
| Common Stock | 12/31/2024 | Buy | 81.295857 | $61.50 |
| Common Stock | 1/6/2025 | Sell | -2540.309096 | $67.32 |
| Common Stock | 1/7/2025 | Buy | 45.378913 | $66.11 |
| Common Stock | 1/7/2025 | Sell | -45.378913 | $66.18 |
| Common Stock | 1/27/2025 | Buy | 815.787749 | $61.29 |
| Common Stock | 1/27/2025 | Buy | 892.674985 | $56.01 |
| Common Stock | 1/27/2025 | Buy | 833.503422 | $59.99 |

| Common Stock | 1/27/2025 | Buy | 766.52239 | $58.71 |
|---|---|---|---|---|
| Common Stock | 1/27/2025 | Buy | 834.630298 | $59.91 |
| Common Stock | 1/27/2025 | Buy | 849.124129 | $58.88 |
| Common Stock | 1/27/2025 | Buy | 50.832458 | $59.02 |
| Common Stock | 1/27/2025 | Buy | 894.705762 | $55.88 |
| Common Stock | 1/27/2025 | Buy | 900.82668 | $55.50 |
| Common Stock | 1/27/2025 | Buy | 1191.812067 | $54.54 |
| Common Stock | 1/28/2025 | Sell | -118.44331 | $58.87 |
| Common Stock | 1/28/2025 | Buy | 129.071882 | $58.11 |
| Common Stock | 1/29/2025 | Sell | -130.78306 | $60.83 |
| Common Stock | 1/29/2025 | Buy | 134.719144 | $59.38 |
| Common Stock | 1/29/2025 | Sell | -135.45546 | $58.94 |
| Common Stock | 1/29/2025 | Buy | 28.823329 | $58.98 |
| Common Stock | 1/30/2025 | Sell | -7938.352465 | $64.83 |
| Common Stock | 1/30/2025 | Buy | 7830.075356 | $65.73 |
| Common Stock | 1/30/2025 | Sell | -7830.075356 | $65.98 |
| Common Stock | 1/30/2025 | Buy | 7.588404 | $65.89 |
| Common Stock | 1/30/2025 | Buy | 7866.110036 | $66.23 |
| Common Stock | 2/4/2025 | Sell | -7873.69844 | $65.05 |
| Common Stock | 2/5/2025 | Buy | 3693.573967 | $66.14 |
| Common Stock | 2/5/2025 | Sell | -3693.573967 | $67.30 |
| Common Stock | 2/6/2025 | Buy | 4947.36074 | $63.27 |
| Common Stock | 2/6/2025 | Buy | 2397.425583 | $62.15 |
| Common Stock | 2/6/2025 | Buy | 12.915724 | $61.94 |
| Common Stock | 2/6/2025 | Buy | 318.175813 | $60.97 |
| Common Stock | 2/6/2025 | Buy | 152.960697 | $60.80 |
| Common Stock | 2/6/2025 | Buy | 164.353651 | $60.46 |
| Common Stock | 2/7/2025 | Sell | -7993.192208 | $58.11 |
| Common Stock | 2/7/2025 | Buy | 8442.45844 | $55.02 |
| Common Stock | 2/7/2025 | Buy | 173.84149 | $51.77 |