# Exhibit C

**LIFO Loss Chart Report**

| | |
|---|---|
| Luis Collazos (Semtech) | Class Period Beginning: 08/27/2024 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Class Period End: 02/07/2025 |
| Security: 816850101 | Lookback Period Beginning: 02/08/2025 |
| Class Period: August 27,2024 - February 07,2025 | Lookback Period End: 05/09/2025 |
| Currency: USD | Days in Lookback Period: 90 |
| | Lookback Period Average Closing Price: 35.44 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/09/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | **0.0000** | | | | | **0.0000** | | **0.00** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/09/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | **0.0000** | | | | | **0.0000** | | **0.00** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/09/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | **0.0000** | | | | | | | | **0.0000** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/09/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 12/20/2024 | 62.6529 | 62.91 | 3,941.49 | Sale | 12/20/2024 | 62.6529 | 63.84 | 3,999.76 | 0.0000 | 58.26 |
| Purchase | 12/31/2024 | 81.2958 | 61.50 | 4,999.69 | Sale | 01/06/2025 | 81.2958 | 67.32 | 5,472.83 | 0.0000 | 473.14 |
| Purchase | 12/30/2024 | 80.9192 | 61.79 | 5,000.00 | Sale | 01/06/2025 | 80.9192 | 67.32 | 5,447.48 | 0.0000 | 447.48 |
| Purchase | 12/30/2024 | 80.5158 | 62.10 | 5,000.03 | Sale | 01/06/2025 | 80.5158 | 67.32 | 5,420.32 | 0.0000 | 420.29 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/09/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/27/2024 | 144.8813 | 62.12 | 9,000.02 | Sale | 01/06/2025 | 144.8813 | 67.32 | 9,753.41 | 0.0000 | 753.38 |
| Purchase | 12/27/2024 | 48.1000 | 62.37 | 2,999.99 | Sale | 01/06/2025 | 48.1000 | 67.32 | 3,238.09 | 0.0000 | 238.09 |
| Purchase | 12/27/2024 | 79.0952 | 63.21 | 4,999.61 | Sale | 01/06/2025 | 79.0952 | 67.32 | 5,324.69 | 0.0000 | 325.08 |
| Purchase | 12/27/2024 | 77.5554 | 64.47 | 4,999.99 | Sale | 01/06/2025 | 77.5554 | 67.32 | 5,221.03 | 0.0000 | 221.03 |
| Purchase | 12/26/2024 | 78.5422 | 63.66 | 4,999.99 | Sale | 01/06/2025 | 78.5422 | 67.32 | 5,287.46 | 0.0000 | 287.46 |
| Purchase | 12/23/2024 | 47.8774 | 62.66 | 2,999.99 | Sale | 01/06/2025 | 47.8774 | 67.32 | 3,223.10 | 0.0000 | 223.10 |
| Purchase | 12/23/2024 | 77.5686 | 64.46 | 5,000.07 | Sale | 01/06/2025 | 77.5686 | 67.32 | 5,221.91 | 0.0000 | 221.84 |
| Purchase | 12/20/2024 | 0.9299 | 62.91 | 58.50 | Sale | 01/06/2025 | 0.9299 | 67.32 | 62.60 | 0.0000 | 4.10 |
| Purchase | 12/20/2024 | 63.5472 | 62.95 | 4,000.30 | Sale | 01/06/2025 | 63.5472 | 67.32 | 4,278.00 | 0.0000 | 277.70 |
| Purchase | 12/20/2024 | 63.0865 | 63.41 | 4,000.31 | Sale | 01/06/2025 | 63.0865 | 67.32 | 4,246.98 | 0.0000 | 246.66 |
| Purchase | 12/20/2024 | 4.7273 | 63.46 | 299.99 | Sale | 01/06/2025 | 4.7273 | 67.32 | 318.24 | 0.0000 | 18.24 |
| Purchase | 12/20/2024 | 62.4705 | 64.03 | 3,999.99 | Sale | 01/06/2025 | 62.4705 | 67.32 | 4,205.51 | 0.0000 | 205.52 |
| Purchase | 12/19/2024 | 78.8895 | 63.38 | 5,000.01 | Sale | 01/06/2025 | 78.8895 | 67.32 | 5,310.84 | 0.0000 | 310.82 |
| Purchase | 12/18/2024 | 47.8096 | 62.75 | 3,000.05 | Sale | 01/06/2025 | 47.8096 | 67.32 | 3,218.54 | 0.0000 | 218.49 |
| Purchase | 12/18/2024 | 76.5062 | 65.35 | 4,999.68 | Sale | 01/06/2025 | 76.5062 | 67.32 | 5,150.39 | 0.0000 | 150.71 |
| Purchase | 12/17/2024 | 309.5975 | 64.60 | 19,999.99 | Sale | 01/06/2025 | 309.5975 | 67.32 | 20,842.10 | 0.0000 | 842.10 |
| Purchase | 12/17/2024 | 77.0633 | 64.88 | 4,999.86 | Sale | 01/06/2025 | 77.0633 | 67.32 | 5,187.90 | 0.0000 | 188.03 |
| Purchase | 12/17/2024 | 138.2300 | 65.11 | 9,000.15 | Sale | 01/06/2025 | 138.2300 | 67.32 | 9,305.64 | 0.0000 | 305.48 |
| Purchase | 12/17/2024 | 76.7581 | 65.14 | 5,000.02 | Sale | 01/06/2025 | 76.7581 | 67.32 | 5,167.35 | 0.0000 | 167.33 |
| Purchase | 12/13/2024 | 136.1820 | 66.09 | 9,000.27 | Sale | 01/06/2025 | 136.1820 | 67.32 | 9,167.77 | 0.0000 | 167.50 |
| Purchase | 12/12/2024 | 140.3410 | 64.13 | 9,000.07 | Sale | 01/06/2025 | 140.3410 | 67.32 | 9,447.75 | 0.0000 | 447.68 |
| Purchase | 12/12/2024 | 154.8600 | 64.57 | 9,999.31 | Sale | 01/06/2025 | 154.8600 | 67.32 | 10,425.17 | 0.0000 | 425.86 |
| Purchase | 12/12/2024 | 151.9988 | 65.79 | 10,000.00 | Sale | 01/06/2025 | 151.9988 | 67.32 | 10,232.56 | 0.0000 | 232.55 |
| Purchase | 12/11/2024 | 160.9595 | 62.13 | 10,000.41 | Sale | 01/06/2025 | 160.9595 | 67.32 | 10,835.79 | 0.0000 | 835.38 |
| Purchase | 01/07/2025 | 45.3789 | 66.11 | 2,999.99 | Sale | 01/07/2025 | 45.3789 | 66.18 | 3,003.17 | 0.0000 | 3.17 |
| Purchase | 01/28/2025 | 118.4433 | 58.11 | 6,882.74 | Sale | 01/28/2025 | 118.4433 | 58.87 | 6,972.75 | 0.0000 | 90.01 |
| Purchase | 01/29/2025 | 28.8233 | 58.98 | 1,699.99 | Sale | 01/29/2025 | 28.8233 | 58.94 | 1,698.84 | 0.0000 | (1.15) |
| Purchase | 01/29/2025 | 106.6321 | 59.38 | 6,331.81 | Sale | 01/29/2025 | 106.6321 | 58.94 | 6,284.89 | 0.0000 | (46.91) |
| Purchase | 01/29/2025 | 28.0870 | 59.38 | 1,667.80 | Sale | 01/29/2025 | 28.0870 | 60.83 | 1,708.53 | 0.0000 | 40.72 |
| Purchase | 01/28/2025 | 10.6285 | 58.11 | 617.62 | Sale | 01/29/2025 | 10.6285 | 60.83 | 646.53 | 0.0000 | 28.90 |
| Purchase | 01/27/2025 | 92.0674 | 54.54 | 5,021.36 | Sale | 01/29/2025 | 92.0674 | 60.83 | 5,600.46 | 0.0000 | 579.10 |
| Purchase | 01/30/2025 | 7,830.0753 | 65.73 | 514,670.85 | Sale | 01/30/2025 | 7,830.0753 | 64.83 | 507,623.78 | 0.0000 | (7,047.06) |
| Purchase | 01/30/2025 | 7.5884 | 65.89 | 499.99 | Sale | 01/30/2025 | 7.5884 | 64.83 | 491.95 | 0.0000 | (8.04) |
| Purchase | 01/30/2025 | 100.6887 | 66.23 | 6,668.61 | Sale | 01/30/2025 | 100.6887 | 64.83 | 6,527.64 | 0.0000 | (140.96) |
| Purchase | 01/30/2025 | 7,765.4213 | 66.23 | 514,303.85 | Sale | 01/30/2025 | 7,765.4213 | 65.98 | 512,362.49 | 0.0000 | (1,941.35) |
| Purchase | 01/27/2025 | 64.6540 | 54.54 | 3,526.23 | Sale | 01/30/2025 | 64.6540 | 65.98 | 4,265.87 | 0.0000 | 739.64 |
| Purchase | 01/27/2025 | 1,035.0905 | 54.54 | 56,453.83 | Sale | 02/04/2025 | 1,035.0905 | 65.05 | 67,332.64 | 0.0000 | 10,878.80 |
| Purchase | 01/27/2025 | 900.8266 | 55.50 | 49,995.88 | Sale | 02/04/2025 | 900.8266 | 65.05 | 58,598.77 | 0.0000 | 8,602.89 |
| Purchase | 01/27/2025 | 894.7057 | 55.88 | 49,996.15 | Sale | 02/04/2025 | 894.7057 | 65.05 | 58,200.60 | 0.0000 | 8,204.45 |
| Purchase | 01/27/2025 | 892.6749 | 56.01 | 49,998.72 | Sale | 02/04/2025 | 892.6749 | 65.05 | 58,068.50 | 0.0000 | 8,069.78 |
| Purchase | 01/27/2025 | 766.5223 | 58.71 | 45,002.52 | Sale | 02/04/2025 | 766.5223 | 65.05 | 49,862.28 | 0.0000 | 4,859.75 |
| Purchase | 01/27/2025 | 849.1241 | 58.88 | 49,996.42 | Sale | 02/04/2025 | 849.1241 | 65.05 | 55,235.52 | 0.0000 | 5,239.09 |
| Purchase | 01/27/2025 | 50.8324 | 59.02 | 3,000.13 | Sale | 02/04/2025 | 50.8324 | 65.05 | 3,306.65 | 0.0000 | 306.51 |
| Purchase | 01/27/2025 | 834.6302 | 59.91 | 50,002.70 | Sale | 02/04/2025 | 834.6302 | 65.05 | 54,292.70 | 0.0000 | 4,289.99 |
| Purchase | 01/27/2025 | 833.5034 | 59.99 | 50,001.87 | Sale | 02/04/2025 | 833.5034 | 65.05 | 54,219.39 | 0.0000 | 4,217.52 |
| Purchase | 01/27/2025 | 815.7877 | 61.29 | 49,999.63 | Sale | 02/04/2025 | 815.7877 | 65.05 | 53,066.99 | 0.0000 | 3,067.36 |
| Purchase | 02/05/2025 | 3,693.5739 | 66.14 | 244,292.98 | Sale | 02/05/2025 | 3,693.5739 | 67.30 | 248,577.52 | 0.0000 | 4,284.54 |
| Purchase | 02/07/2025 | 173.8414 | 51.77 | 8,999.77 | Sale | 02/07/2025 | 173.8414 | 58.11 | 10,101.92 | 0.0000 | 1,102.15 |
| Purchase | 02/07/2025 | 7,819.3507 | 55.02 | 430,220.67 | Sale | 02/07/2025 | 7,819.3507 | 58.11 | 454,382.47 | 0.0000 | 24,161.79 |
| **2A. Total** | | **38,361.9152** | | **2,369,152.16** | | | **38,361.9152** | | **2,457,446.35** | **0.00** | **88,294.18** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/09/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |

| 2B. Total | | 0.0000 | | 0.00 | | | 0.0000 | | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/09/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| Purchase | 02/07/2025 | 623.1077 | 55.02 | 34,283.38 | | | | | | 623.1077 | (12,199.74) |
| Purchase | 02/06/2025 | 164.3536 | 60.46 | 9,936.82 | | | | | | 164.3536 | (4,111.94) |
| Purchase | 02/06/2025 | 152.9606 | 60.80 | 9,300.01 | | | | | | 152.9606 | (3,878.90) |
| Purchase | 02/06/2025 | 318.1758 | 60.97 | 19,399.17 | | | | | | 318.1758 | (8,122.66) |
| Purchase | 02/06/2025 | 12.9157 | 61.94 | 799.99 | | | | | | 12.9157 | (342.25) |
| Purchase | 02/06/2025 | 2,397.4255 | 62.15 | 148,999.99 | | | | | | 2,397.4255 | (64,032.51) |
| Purchase | 02/06/2025 | 4,947.3607 | 63.27 | 313,019.51 | | | | | | 4,947.3607 | (137,679.42) |
| **2C. Total** | | **8,616.2999** | | **535,738.91** | | | **0.000** | | **$0.00** | **8,616.2999** | **(230,367.45)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @05/09/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 46,978.2151 | | 2,904,891.08 | | | 38,361.9152 | | 2,457,446.35 | 8,616.2999 | (142,073.26) |
| Grand Total | | 46,978.2151 | | 2,904,891.08 | | | 38,361.9152 | | 2,457,446.35 | 8,616.2999 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(142,073.26)** |

**Loss Methodology:**
1934 Act,Section 10(b)

**Currency Conversion:**
Keep currency as reported by custodian

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.