ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COLLEEN KLEOVOULOS,, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SEMTECH CORPORATION, et al., <br><br> Defendants. | Case No. 2:25-cv-01474-MCS-JC <br><br> CLASS ACTION <br><br> NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:      June 2, 2025 <br> TIME:       9:00 a.m. <br> JUDGE:    Hon. Mark C. Scarsi <br> CTRM:     7C |

4900-3264-6457.v1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Monday, June 2, 2025 at 9:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Mark C. Scarsi, Courtroom 7C, 350 West 1st Street, Los Angeles, CA, 90012, Moayad H. Morad will and hereby does move this Court for an order pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 ("PSLRA"): (i) consolidating the three related securities class actions: *Kleovoulos v. Semtech Corporation*, No. 2:25-cv-01474 (C.D. Cal. filed Feb. 20, 2025); *Tobi v. Semtech Corporation*, No. 2:25-cv-01612 (C.D. Cal. filed Feb. 25, 2025); and *Wronski v. Semtech Corporation*, No. 2:25-cv-02058 (C.D. Cal. filed Mar. 7, 2025); (ii) appointing Mr. Morad as Lead Plaintiff; and (iii) approving Mr. Morad's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel.[1]   In support of this Motion, Mr. Morad submits the accompanying Memorandum of Law, the Declaration of Kenneth P. Dolitsky, and a [Proposed] Order.

DATED:  April 22, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY

s/ Kenneth P. Dolitsky
KENNETH P. DOLITSKY

---

[1]   Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), Mr. Morad cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on April 22, 2025. Accordingly, Mr. Morad's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived due to the fact Mr. Morad cannot confer with unknown movants.

- 1 -

4900-3264-6457.v1

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 2 -

4900-3264-6457.v1