UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COLLEEN KLEOVOULOS,, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:25-cv-01474-MCS-JC |
| | CLASS ACTION |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| vs. | |
| SEMTECH CORPORATION, et al., | |
| Defendants. | |

Having considered Moayad H. Morad's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Kleovoulos v. Semtech Corporation*, No. 2:25-cv-01474; *Tobi v. Semtech Corporation*, No. 2:25-cv-01612; and *Wronski v. Semtech Corporation*, No. 2:25-cv-02058 are hereby consolidated as:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SEMTECH CORPORATION SECURITIES LITIGATION | Case No. 2:25-cv-01474-MCS-JC |
| | <u>CLASS ACTION</u> |
| This Document Relates To: <br> ALL ACTIONS. | |

(a)    The file in Case No. 2:25-cv-01474 shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other actions.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)    All securities class actions arising out of substantially similar facts and claims on behalf of purchasers of Semtech Corporation securities subsequently filed in, or transferred to, this District shall be consolidated into this action.  The parties shall notify the Court of any other such related action within a

- 1 -

4919-0219-1929.v1

reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

3.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Moayad H. Morad is appointed Lead Plaintiff for the class; and

4.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved.

IT IS SO ORDERED.

DATED: _____          _____

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

- 2 -

4919-0219-1929.v1