ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COLLEEN KLEOVOULOS,, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>     vs.<br><br>SEMTECH CORPORATION, et al.,<br><br>                          Defendants. | Case No. 2:25-cv-01474-MCS-JC<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF KENNETH P. DOLITSKY IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:      June 2, 2025<br>TIME:       9:00 a.m.<br>JUDGE:    Hon. Mark C. Scarsi<br>CTRM:     7C |

4900-2170-1945.v1

I, Kenneth P. Dolitsky, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Moayad H. Morad and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of Mr. Morad's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of first-filed class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on February 21, 2025;

Exhibit B:   Mr. Morad's sworn Certification;

Exhibit C:   Mr. Morad's estimated loss, prepared by counsel; and

Exhibit D:   Mr. Morad's Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of April, 2025.

                    s/ Kenneth P. Dolitsky
                    KENNETH P. DOLITSKY

- 1 -

4900-2170-1945.v1