# EXHIBIT A





# SMTC CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of Semtech Corporation Investors

February 21, 2025 03:57 AM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Central District of California, captioned *Kleovoulos v. Semtech Corporation, et al.,* Case No. 25-cv-1474, on behalf of persons and entities that purchased or otherwise acquired Semtech Corporation ("Semtech" or the "Company") (NASDAQ: SMTC) securities between **August 27, 2024 and February 7, 2025**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR SMTC INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

On February 7, 2025, after the market closed, Semtech revealed that CopperEdge sales would not "ramp-up over the course of fiscal year 2026." Based on "feedback from a server rack customer" and "discussions with end users of the server rack platform," the Company would implement certain "rack architecture changes." As a result, the Company expected CopperEdge sales to be "lower than the Company's previously disclosed floor case estimate of $50 million."

On this news, Semtech's stock price fell $16.91, or 31%, to close at $37.60 per share on February 10, 2025, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that its CopperEdge products did not meet the needs of its server rack customer or end users; (2) that, as a result, the CopperEdge products required certain rack architecture changes; (3) that, as a result of the foregoing, the Company's sales of CopperEdge products would not ramp-up during fiscal 2026; (4) that, as a result, sales of CopperEdge products would be lower-than-expected; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Exhibit A
001

If you purchased or otherwise acquired Semtech securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.,

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100,

Los Angeles California 90067

Email: shareholders@glancylaw.com

Telephone: 310-201-9150,

Toll-Free: 888-773-9224

Visit our website at www.glancylaw.com.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.