POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant Jinkui Ma and*
*Proposed Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN KLEOVOULOS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SEMTECH CORPORATION, HONG Q. HOU, and MARK LIN,<br><br>Defendants. | Case No. 2:25-cv-01474-MCS-JC<br><br>**NOTICE OF MOTION OF JINKUI MA FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>DATE:  June 2, 2025<br>TIME:  9:00 a.m.<br>JUDGE:  Mark C. Scarsi<br>CTRM:  7C |

NOTICE OF MOTION - 2:25-cv-01474-MCS-JC; 2:25-cv-01612-MCS-JC; 2:25-cv-02058-MCS-JC

LIRAN TOBI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SEMTECH CORPORATION, HONG HOU, and MARK LIN,

Defendants.

Case No. 2:25-cv-01612-MCS-JC

OLIVER WRONSKI, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

SEMTECH CORPORATION, HONG Q. HOU, and MARK LIN,

Defendants.

Case No. 2:25-cv-02058-MCS-JC

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Jinkui Ma ("Ma"), by and through his counsel, will and does hereby move this Court pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Ma as Lead Plaintiff on behalf of a class (the "Class") consisting of persons and entities that purchased or otherwise acquired Semtech Corporation securities between August 27, 2024 and February 7, 2025, inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Ma submits a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Ma is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The conference must take place at least 7 days prior to the filing of the motion." Ma is also aware of Rule 9.c. of this Court's Initial Standing Order for Civil Cases ("Rule 9.c."), which provides, *inter alia*, that in satisfying Local Civil Rule 7-3's meet-and-confer requirement, "[c]ounsel must meet and confer in person or by telephone

or videoconference[,]" "[c]ounsel should discuss the issues to a sufficient degree that if a motion is still necessary, the briefing may be directed to those substantive issues requiring resolution by the Court[,]" and that "[c]ounsel should resolve minor procedural or other non-substantive matters during the conference, including the prospective hearing date." Dkt. No. 9 at 7 § 9.c.  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is April 22, 2025, on which date any member of the putative Class may so move.  *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(I)-(II).  Ma will thus not know the identities of the other putative Class members who intend to file competing motions for Lead Plaintiff appointment until April 23, 2025—the day after the statutory deadline—making conferral with opposing counsel and full compliance with the foregoing rules prior to the filing of Ma's motion papers impracticable.  Under these circumstances, Ma respectfully requests that compliance with Local Civil Rule 7-3 and Rule 9.c. be waived in this instance.

Dated:  April 22, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant Jinkui Ma and*
*Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Movant Jinkui Ma*

CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Jennifer Pafiti
Jennifer Pafiti