# EXHIBIT A

**Semtech Corporation (SMTC)**
**Class Period: August 27, 2024 to February 7, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 73-Days* Mean Price $34.4955 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Jinkui Ma** | 2/7/2025 | 1,000 | $55.0000 | ($55,000) | 3/3/2025 | (1,000) | $37.2327 | $37,233 | 1,000 | 0 | $0 | ($17,767) |

*Avg Closing Prices from February 10, 2025 to April 21, 2025