IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SEMTECH CORPORATION SECURITIES LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 2:25-cv-01474-MCS-JC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE**<br><br>Judge: Hon. Mark. C. Scarsi |

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE & INCORPORATION BY REFERENCE-CASE NO. 2:25-CV-01474-MCS-JC

## [PROPOSED] ORDER

Having read and considered Defendants' Request for Judicial Notice and Incorporation by Reference in Support of Defendants' Motion to Dismiss the Consolidated Complaint and attached papers, all other papers submitted in support of or in opposition to the Request, the pleadings on file, and any oral argument provided, the Court rules as follows:

Defendants' Request for Judicial Notice and Incorporation by Reference is granted.

**IT IS SO ORDERED.**

Dated:

_____

The Honorable Mark C. Scarsi
United States District Judge

[PROPOSED] ORDER GRANTING
DEFENDANTS' REQUEST FOR JUDICIAL
NOTICE & INCORPORATION BY
REFERENCE- CASE NO. 2:25-CV-01474-
MCS-JC

- 2 -