Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants Semtech Corporation, Hong Q. Hou, Mark Lin*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SEMTECH CORPORATION SECURITIES LITIGATION, <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 2:25-cv-01474-MCS-JC <br><br> **DECLARATION OF SARAH HEMMENDINGER IN SUPPORT OF DEFENDANTS SEMTECH CORPORATION, HONG Q. HOU AND MARK LIN'S MOTION TO DISMISS** <br><br> *[Filed Concurrently with Defendants Semtech Corporation, Hong Q. Hou and Mark Lin's Notice of Motion and Motion to Dismiss Consolidated Complaint; Memorandum of Points and Authorities; Request for Judicial Notice and Incorporation by Reference; and [Proposed] Orders]* <br><br> Judge: Hon. Mark C. Scarsi <br> Date: September 22, 2025 <br> Time: 9:00 a.m. <br> Location: Courtroom 7C |

DECLARATION OF SARAH
HEMMENDINGER IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS
2:25-CV-01474-MCS-JC

## DECLARATION OF SARAH HEMMENDINGER

I, Sarah Hemmendinger, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and a partner with the firm of Sidley Austin LLP, counsel for Defendants Semtech Corporation, Hong Q. Hou, and Mark Lin in this matter. I have personal knowledge of the facts set forth in this declaration. If called as witness, I could and would competently testify thereto. This declaration is submitted in support of Defendants' Motion to Dismiss.

2. On August 4, 2025, I met and conferred via Zoom with Plaintiff's Counsel, Jacob A. Walker, of Block & Leviton LLP, pursuant to Local Rule 7-3. During our conference, we discussed the substance of Defendants' motion to dismiss the Consolidated Complaint ("CC") under Rule 12(b)(6), including Defendants' position that the CC (1) failed to plead with particularity that Defendants made any materially false or misleading statement and (2) failed to establish a strong inference of intentional fraud. Plaintiff's counsel disagreed and the parties were not able to reach any agreement.

3. Attached as exhibits to this declaration are true and correct copies of the following 14 documents:

**Exhibit 1**: An appendix listing in tabular format statements challenged by Plaintiff in his Consolidated Complaint.

**Exhibit 2**: Nvidia, *Understanding Your Grace-Blackwell Systems*, available at https://docs.nvidia.com/multi-node-nvlink-systems/multi-node-tuning-guide/system.html.

**Exhibit 3**: Ming-Chi Kuo, *Nvidia halting development of GB200 NVL 36\*2 (dual-rack 72 GPUs version); long-term AI and Nvidia trends remaining positive, but frequent product plan changes likely softening short-term trading sentiment*, dated October 1, 2024, available at https://medium.com/@mingchikuo/nvidia-

DECLARATION OF SARAH
HEMMENDINGER IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS
2:25-CV-01474-MCS-JC

halting-development-of-gb200-nvl36-2-dual-rack-72-gpus-version-long-term-ai-and-nvidia-12b78ae2ca4f.

**Exhibit 4**: Tom's Hardware, *Nvidia says Blackwell-based servers are in full production-200 different configurations now available*, dated January 7, 2025, available at https://www.tomshardware.com/tech-industry/artificial-intelligence/nvidia-says-blackwell-based-servers-are-in-full-production.

**Exhibit 5**: Transcript from Jensen Huang's January 6, 2025 keynote speech at CES 2025.

**Exhibit 6**: The Benchmark Company report, *Semtech Corporation (SMTC)*, dated October 10, 2024.

**Exhibit 7**:  Piper Sandler & Co. note, *Semtech Corp. (SMTC) Takeaways from Management Deep Dive on Data Center Opportunities*, dated October 22, 2024.

**Exhibit 8**: Roth Capital Partners note, *Semtech Corp.*, dated January 11, 2025.

**Exhibit 9**: Needham & Co. report, *Semiconductors, Processors/ AI*, dated January 21, 2025.

**Exhibit 10**: Transcript from Semtech's November 25, 2024 earnings call.

**Exhibit 11**: Press release entitled *Semtech Announces Third Quarter of Fiscal Year 2025 Results*, dated November 25, 2024.

**Exhibit 12**: Semtech's Quarterly Earnings Presentation from Q3 FY25, dated November 25, 2024.

**Exhibit 13**: Excerpts of Semtech's 10-K filed with the SEC on March 28, 2024 for the fiscal year ended January 28, 2024.

**Exhibit 14**: Lion Point Capital's Form 13-F, filed with the SEC on August 14, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of August, in San Francisco, California.

By:  /s/ Sarah Hemmendinger
     Sarah Hemmendinger