# Exhibit 1

Exhibit 1 Page 005

*In Re Semtech Corporation Securities Litigation* – **Appendix of Challenged Statements**

| No. | Date | Medium & Speaker | Challenged Statement |
|---|---|---|---|
| 1. | October 10, 2024 | Benchmark Company analyst report | "Semtech has connected with its various cloud service provider customers, multiple supply chain contacts, cable vendors, and a variety of contacts within Nvidia's purchasing organization across multiple geographies, including its Supply Chain Director and Chief Rack Architect and the company has been unable to find any evidence of any changes to Nvidia program deployment plans…." ¶ 122 |
| 2. | October 22, 2024 | Piper Sandler & Co. analyst note | "CEO Hou reiterated SMTC's ACC expectations" ¶ 124 |
| 3. | November 25, 2024 | Hou; Semtech Q3 2025 Earnings Call | "We expect incrementally higher contribution in our Q4, followed by a ramp progressing through FY '26." ¶ 126 |
| 4. | November 25, 2024 | Hou; Semtech Q3 2025 Earnings Call | "That said, allow me to provide some assurances based on our ecosystem engagement. We have invested time with our customer and end users of the racks over the past few months. We reaffirmed our expectation of exceeding the floor case provided a couple quarters ago based on the firsthand information from the ecosystem." ¶ 126 |
| 5. | November 25, 2024 | Hou; Semtech Q3 2025 Earnings Call | "So that gives me the confidence that after the OCP that our floor case guided a couple of quarters is indeed a floor case." ¶ 129 |

1

Exhibit 1 Page 006

| No. | Date | Medium & Speaker | Challenged Statement |
|---|---|---|---|
| **6.** | November 25, 2024 | Lin; Semtech Q3 2025 Earnings Call | "So it's a nominal ramp in Q4, and then it progressively ramps through FY '26 through Q1, Q2, Q3, and Q4. So we've been pretty consistent with that messaging, and we don't really see a change in that timing." ¶ 130 |
| **7.** | January 11, 2025 | Roth Capital Partners analyst note | "Mgmt. continues to underscore 1. Expansion above its prior $100M FY26 TAM. ….. In general, the ACC remains on track with NVDA's Blackwell." ¶ 132 |
| **8.** | January 21, 2025 | Needham & Co. analyst report | "Management remains comfortable with its floor case ACC TAM of $100MM, noting it continues to be supported by one customer for one use case…." ¶ 134 |

2

Exhibit 1 Page 007