# Exhibit 3

Exhibit 3 Page 012

Case 2:25-cv-01474-MCS-AYR    Document 56-3    Filed 08/11/25    Page 2 of 5    Page ID
#:681



Open in app ↗

Medium    🔍 Search                        ✎ Write      🔔      T

✦  Get unlimited access to the best of Medium for less than $1/week.    **Become a member**    ✕

# Nvidia halting development of GB200 NVL36*2 (dual-rack 72 GPUs version); long-term AI and Nvidia trends remaining positive, but frequent product plan changes likely softening short-term trading sentiment

  郭明錤 (Ming-Chi Kuo)    ( Follow )    3 min read · Oct 1, 2024

👏 45      💬 1                                🔖  ▶  ⬆  •••

> *Survey update:*

In the future, unless there are customized requirements, Nvidia will only offer the single-rack version of GB200 NVL72 (hereafter NVL72), discontinuing the dual-rack version (NVL36*2). The single-rack GB200 NVL36 (hereafter NVL36) will maintain its original development and shipment plans

7/15/25, 11:58 AM

Nvidia Halting development of GB200 NVL36*2 (dual-rack 72 GPUs version), long-term AI and Nvidia trends remaining positive, bu…

Case 2:25-cv-01474-MCS-AYP    Document 56-3    Filed 08/11/25    Page 3 of 5    Page ID #:682

## Conclusions:

1. This development does not affect the long-term positive trends for AI and Nvidia. However, in the short term, some market participants may question Nvidia's and the supply chain's execution capabilities.

2. Nvidia's recent frequent changes to AI server product roadmaps reflect, in my opinion, their attempt to achieve a better balance between supply chain execution, competitive advantage, and customer demand under limited resources (discontinuing NVL36*2 development is one example). This is a good thing, indicating Nvidia's more pragmatic approach to the product plan, but the transition may confuse some market participants regarding supply chain changes.

3. Due to low visibility on Blackwell servers' 2025 product shipment mix (a few months ago, the market generally believed there would only be NVL36, NVL72, and NVL36*2), some suppliers, such as those in assembly and cooling solutions, may face significant impacts on their 2025 outlook.

### *Comparison of two 72GPU models: reasons for choosing NVL 72 and removing NVL36*2*

1. **Limited development resources.** The original plan was for three GB200 projects (NVL36, NVL72, NVL36*2) under simultaneous development. The development drop (DevDrop), starting from mid-November, will expect to converge on NVL72 and NVL36*2 (as NVL36 is theoretically prepared to enter the mass production stage), with final quality assurance (QA) for both to be completed by mid-March 2025. However, with uncertainties in NVL36 development, simultaneous development of two 72 GPU versions (NVL72 and NVL36*2) is even more challenging.

Exhibit 3 Page 014

7/15/25, 11:58 AM    Nvidia halting development of GB200 NVL36*2 (dual-rack 72 GPUs version), long-term AI and Nvidia trends remaining positive, bu…

Case 2:25-cv-01474-MCS-AYP    Document 56-3    Filed 08/11/25    Page 4 of 5    Page ID #:683

2. **NVL72 saves data center space.** If cooling design challenges for the sidecar can be well addressed, NVL72 would require one less rack than NVL36*2, improving data center space efficiency.

3. **NVL72 offers better inference efficiency.** Benefiting from parallelizable software design, NVL72 and NVL36*2 show minimal differences in AI LLM training results. However, in non-parallelizable or less easily parallelizable inference processes (such as autoregressive models), NVL72 tends to outperform NVL36*2.

4. **Major customer preference.** Clients like Microsoft prefer NVL72 over NVL36*2.

5. **Fulfilling public commitments.** Nvidia has consistently promoted the single-rack NVL72 in public. To honor these commitments under resource constraints, NVL72 development takes priority over NVL36*2.

*NVL72 development faces unprecedented technology challenges, and production timeline remains unclear*

1. The biggest challenges in NVL72 development mainly stem from the 132kW thermal design point (TDP) requirement, which makes it the highest-power-consuming server in history. Nvidia and its supply chain need more time to solve unprecedented technology issues.

2. It's important to note that TDP refers to average power consumption during continuous operation. If poor design leads to peak power consumption (electrical design point (EDP), as Nvidia calls it) exceeding TDP, two or more sidecars may be required. This would not only increase cooling design complexity and production difficulties but also negate NVL72's data center space-saving advantage.

Exhibit 3 Page 015

3. Another design challenge for the sidecar is controlling the approaching temp stably within 5–10°C. Relaxing this standard could affect system stability.

4. It's worth noting that the high power consumption challenge mentioned above involves not only the sidecar, but all components and system design.

5. My latest supply chain survey indicates that NVL72 mass production may be delayed until 2H25 (versus Nvidia's optimistic target of 1H25).



 **Written by 郭明錤 (Ming-Chi Kuo)**
8.5K followers · 2 following

 Follow