# Exhibit 5

Exhibit 5 Page 022



06-Jan-2025

# NVIDIA Corp. (NVDA)

**Consumer Electronics Show - Keynote**

**FACTSET:call**street
1-877-FACTSET   www.callstreet.com

Total Pages: 15
Copyright © 2001-2025 FactSet CallStreet, LLC

Exhibit 5 Page 023

**NVIDIA Corp.** *(NVDA)*
Consumer Electronics Show - Keynote

Corrected Transcript
06-Jan-2025

# CORPORATE PARTICIPANTS

**Jen Hsun Huang**
*Co-founder, President, Chief Executive Officer & Director, NVIDIA Corp.*

# MANAGEMENT DISCUSSION SECTION

## Unidentified Participant

Welcome to the stage, NVIDIA Founder and CEO, Jensen Huang.

## Jen Hsun Huang
*Co-founder, President, Chief Executive Officer & Director, NVIDIA Corp.*

Welcome to CES. Are you excited to be in Las Vegas? Do you like my jacket? I thought I'd go the other way from Gary Shapiro. I'm in Las Vegas, after all. If this doesn't work out, if all of you object, well, just get used to it, I think – I really think you have to let this sink in. In another hour or so, you're going to feel good about it.

Well, welcome to NVIDIA. In fact, you're inside NVIDIA's digital twin, and we're going to take you to NVIDIA. Ladies and gentlemen, welcome to NVIDIA. You're inside our digital twin. Everything you hear is generated by AI. It has been an extraordinary journey, extraordinary year, and it started in 1993. With NV1 we wanted to build computers that can do things that normal computers couldn't, and NV1 made it possible to have a game console in your PC. Our programming architecture was called UDA, missing the letter C until a little while later, but UDA, Unified Device Architecture. And the first developer for UDA and the first application that ever worked on UDA was Sega's Virtual Fighter.

Six years later, we invented in 1999, the programmable GPU, and it started 20 years, 20-plus years of incredible advance in this incredible processor called the GPU. It made modern computer graphics possible. And now, 30 years later, Sega's Virtual Fighter is completely cinematic. This is the new Virtual Fighter project that's coming. I just can't wait. Absolutely incredible. Six years after that, six years after 1999, we invented CUDA, so that we could explain or express the programmability of our GPUs to a rich set of algorithms that could benefit from it. CUDA initially was difficult to explain and it took years in fact, it took approximately six years, somehow six years later, six years later or so, 2012, Alex Krizhevsky, Ilya Sutskever, and Geoff Hinton discovered CUDA, used it to process AlexNet, and the rest of it is history.

AI has been advancing at an incredible pace since, started with perception AI, we now can understand images and words and sounds to generative AI, we can generate images and text and sounds and now agentic AI. AIs that can perceive, reason, plan and act. And then the next phase, some of which we'll talk about tonight, physical AI 2012. Now magically, 2018 something happened that was pretty incredible. Google's Transformer was released as BERT and the world of AI really took off. Transformers, as you know, completely changed the landscape for artificial intelligence. In fact, it completely changed the landscape for computing altogether. We recognized properly that AI was not just a new application with a new business opportunity, but AI, more importantly machine learning, enabled by Transformers, was going to fundamentally change how computing works. And today, computing is revolutionized in every single layer. From hand coding, instructions that run on

Exhibit 5 Page 024

## NVIDIA Corp. *(NVDA)*
Consumer Electronics Show - Keynote

 Corrected Transcript
06-Jan-2025

CPUs to create software tools that humans use, we now have machine learning that creates and optimizes neural networks that processes on GPUs and creates artificial intelligence. Every single layer of the technology stack has been completely changed. An incredible transformation in just 12 years.

Well, we can now understand information of just about any modality. Surely you've seen text and images and sounds and things like that. But not only can we understand those, we can understand amino acids, we can understand physics, we understand them, we can translate them and generate them. The applications are just completely endless. In fact, almost any AI application that you see out there, what modality is the input that it learn from, what modality of information did it translate to, and what modality of information is it generating. If you ask these three fundamental questions, just about every single application could be inferred. And so, when you see application after applications that are AI-driven, AI-native, at the core of it, this fundamental concept is there. Machine learning has changed how every application is going to be built, how computing will be done and the possibilities beyond.

Well, GPUs, GeForce in a lot of ways, all of this with AI is the house that GeForce built. GeForce enabled AI to reach the masses and now AI is coming home to GeForce. There are so many things that you can't do without AI. Let me show you some of it now.

[Video Presentation] (00:07:05-00:08:31)

That was real-time computer graphics. No computer graphics researcher, no computer scientist would have told you that it is possible for us to ray trace every single pixel at this point. Ray tracing is a simulation of light. The amount of geometry that you saw was absolutely insane. It would have been impossible without artificial intelligence.

There are two fundamental things that we did. We used, of course, programmable shading and ray traced acceleration to produce incredibly beautiful pixels. But then we have artificial intelligence be conditioned, be controlled by that pixel to generate a whole bunch of other pixels. Not only is it able to generate other pixels spatially, because it's aware of what the colors should be, it has been trained on a supercomputer back in NVIDIA, and so the neural network that's running on the GPU can infer and predict the pixels that we did not render. Not only can we do that, it's called DLSS, the latest generation of DLSS also generates beyond frames, it can predict the future, generating three additional frames for every frame that we calculate.

What you saw – if we just set four frames of what you saw, because we're going to render one frame and generate three, if I set four frames at full-HD, 4K, that's 33 million pixels or so, out of that 33 million pixels, we computed only 2 million. It is an absolute miracle that we can computationally, computationally using programmable shaders and our ray traced engine – ray tracing engine to compute 2 million pixels and have AI predict all of the other 33 million. And as a result, we're able to render at incredibly high performance, because AI does a lot less computation. It takes, of course, an enormous amount of training to produce that. But once you train it, the generation is extremely efficient. So, this is one of the incredible capabilities of artificial intelligence, and that's why there's so many amazing things that are happening.

We used GeForce to enable artificial intelligence, and now artificial intelligence is revolutionizing GeForce. Everyone, today, we're announcing our next generation, the RTX Blackwell family.

Let's take a look.

[Video Presentation] (00:11:22-00:12:10)

---


Exhibit 5 Page 025

## NVIDIA Corp. (NVDA)
Consumer Electronics Show - Keynote

 Corrected Transcript
06-Jan-2025

Here it is, our brand-new GeForce RTX 50 Series Blackwell Architecture. The GPU is just a beast, 92 billion transistors, 4,000 TOPS, 4 petaflops of AI, three times higher than the last-generation Ada. And we need all of it to generate those pixels that I showed you, 380 ray tracing teraflops so that we could – for the pixels that we have to compute, compute the most beautiful image you possibly can. And of course, 125 shader teraflops, there is actually a concurrent shader teraflops, as well as an integer unit of equal performance of two dual shaders, one is for floating point, one is for integer, G7 memory from Micron (sic) [multiple partners, starting with Samsung], 1.8 terabytes per second, twice the performance of our last generation. And we now have the ability to intermix AI workloads with computer graphics workloads.

And one of the amazing things about this generation is the programmable shader is also able to now process neural networks. So, the shader is able to carry these neural networks. And as a result, we invented neural texture compression and neural material shading. As a result of that, you get these amazingly beautiful images that are only possible because we use AIs to learn the texture, learn the compression algorithm, and as a result, get extraordinary results. Okay? So, this is the brand-new RTX Blackwell 5090.

Now, even the mechanical design is a miracle. Look at this, this has got two fans. This whole graphics card is just one giant fan. So the question is, where is the graphics card? It's literally this big. The voltage regulated design is state-of-the-art, incredible design. The engineering team did a great job. So, here it is. Thank you.

Okay. So, those are the speeds and feeds. So, how does it compare? Well, this is RTX 4090. I know. I know many of you have one. I know it. Look, it's $1,599. It is one of the best investments you could possibly make. For $1,599, you bring it home to your $10,000 PC entertainment command center. Isn't that right? Don't tell me that's not true. Don't be ashamed. It's liquid-cooled. Fancy lights all over it. You lock it when you leave. It's the modern home theater. It makes perfect sense.

And now for $1,599, you get to upgrade that and turbocharge the living daylights out of it. Well, now, with the Blackwell family, RTX 5070, RTX 4090 performance at $549. Impossible without artificial intelligence. Impossible without the 4 TOPS, 4 teraops of AI Tensor Cores, impossible without the G7 memories. Okay? So RTX 5070, RTX 4090 performance $549. And here's the whole family. Starting from RTX 5070, all the way up to RTX 5090. RTX 5090, twice the performance of a RTX 4090. Starting, of course, we're producing at very large scale, availability starting January. Well, it is incredible, but we managed to put these gigantic performance GPUs into a laptop, this is a RTX 5070 laptop for $1,299, this RTX 5070 laptop has a RTX 4090 performance. I think there's one here somewhere.

Let me show you this. This is a – look at this thing. Here, let me – here, there's only so many pockets. Ladies and gentlemen, Janine Paul. So, can you imagine, you get this incredible graphics card here, Blackwell, we're going shrink and then fit in the – put it in there. Does that make any sense? Well, you can't do that without artificial intelligence. And the reason for that is because we're generating most of the pixels using our Tensor Cores. So, we raytrace only the pixels we need and we generate using artificial intelligence all of the other pixels we have. As a result, the amount of – the energy efficiency is just off the charts. The future of computer graphics is neural rendering, the fusion of artificial intelligence and computer graphics. And what's really amazing is – oh, here we go. Thank you. This is a surprisingly kinetic keynote. And what's really amazing is the family of GPUs we're going to put in here. And so, the RTX 5090 will fit into a laptop, a thin laptop. That last laptop was 14.9 millimeters. You got a RTX 5080, RTX 5070 Ti and RTX 5070. Okay? So, ladies and gentlemen, the RTX Blackwell family.

Well, GeForce brought AI to the world, democratized AI. Now, AI has come back and revolutionized GeForce. Let's talk about artificial intelligence. Let's go to somewhere else at NVIDIA. This is literally our office. This is

Exhibit 5 Page 026

## NVIDIA Corp. *(NVDA)*
Consumer Electronics Show - Keynote



Corrected Transcript
06-Jan-2025

literally NVIDIA's headquarters. Okay. So, let's talk about AI. The industry is chasing and racing to scale artificial intelligence. And the scaling law is a powerful model. It's an empirical law that has been observed and demonstrated by researchers and industry over several generations. And the scaling laws says that the more data you have, the training data that you have, the larger model that you have, and the more compute that you apply to it therefore, the more effective or the more capable your model will become. And so, the scaling law continues. What's really amazing is that now we're moving towards, of course, and the Internet is producing about twice the amount of data every single year as it did last year. I think in the next couple of years will produce – humanity will produce more data than all of humanity has ever produced since the beginning. And so, we're still producing a gigantic amount of data, and it's becoming multimodal, video and images and sound. All of that data could be used to train the fundamental knowledge, the foundational knowledge of an AI.

But there are, in fact, two other scaling laws that has now emerged, and it's somewhat intuitive. The second scaling law is post-training scaling law. Post-training scaling law uses technologies, techniques like reinforcement learning, human feedback. Basically the AI produces and generates answers, based on a human query. The human then of course, gives a feedback. It's much more complicated than that. But that reinforcement learning system, with a fair number of very high quality prompts, causes the AI to refine its skills. It could fine-tune its skills for particular domains. It could be better at solving math problems, better at reasoning, so on and so forth. And so it's essentially like having a mentor or having a coach give you feedback after you're done going to school. And so, you get test, you get feedback, you improve yourself. We also have reinforcement learning AI feedback and we have synthetic data generation. These techniques are rather akin to if you will self-practice. You know the answer to a particular problem and you continue to try it until you get it right.

And so, an AI could be presented with a very complicated and a difficult problem that is verifiable functionally and it has an answer that we understand, maybe proving a theorem, maybe solving a geometry problem. And so, these problems would cause the AI to produce answers. And using reinforcement learning, you would learn how to improve itself. That's called post-training. Post-training requires enormous amount of computation, but the end result produces incredible models.

We now have a third scaling law, and this third scaling law has to do with what's called test time scaling. Test time scaling is basically when you're being used, when you're using the AI. The AI has the ability to now apply a different resource allocation. Instead of improving its parameters, now it's focused on deciding how much computation to use to produce the answers it wants to produce. Reasoning is a way of thinking about this. Long thinking is a way to think about this. Instead of a direct inference or one shot answer, you might reason about it. You might break down the problem into multiple steps. You might generate multiple ideas and evaluate. Your AI system would evaluate which one of the ideas that you generated was the best one. Maybe it solves the problem step-by-step, so on and so forth. And so, now, test time scaling has proven to be incredibly effective.

You're watching this sequence of technology and this – all of these scaling laws emerge as we see incredible achievements from ChatGPT to o1 to o3 and now Gemini Pro. All of these systems are going through this journey step-by-step-by-step of pre-training to post-training, to test time scaling. Well, the amount of computation that we need, of course, is incredible. And we would like, in fact – we would like, in fact, that society has the ability to scale the amount of computation to produce more and more novel and better intelligence. Intelligence, of course, is the most valuable asset that we have, and it can be applied to solve a lot of very challenging problems. And so, scaling law, it's driving enormous demand for NVIDIA computing, it's driving an enormous demand for this incredible chip we call Blackwell.

Let's take a look at Blackwell. Well, Blackwell is in full production. It is incredible what it looks like. So, first of all, there's some – every single cloud service provider now have systems up and running. We have systems here

Exhibit 5 Page 027

# NVIDIA Corp. *(NVDA)*
Consumer Electronics Show - Keynote

from about 15 – excuse me, 15 computer makers. It's been made about 200 different SKUs, 200 different configurations. They're liquid-cooled, air-cooled, x86 NVIDIA Grace CPU versions, NVLink 36x2, NVLinks 72x1, whole bunch of different types of systems so that we can accommodate just about every single data center in the world. Well, these systems are being currently manufactured in some 45 factories. It tells you how pervasive artificial intelligence is and how much the industry is jumping on to artificial intelligence in this new computing model.

Well, the reason why we're driving it so hard is because we need a lot more computation. And it's very clear – it's very clear that – Janine. It's hard to tell. You don't ever want to reach your hands into a dark place. Amazing. Is this a good idea? All right. Wait for it. Wait for it. I thought I was worthy. Apparently, [indiscernible] (00:26:21) didn't think I was worthy. All right, this is my show and tell. This is a show and tell.

So, this NVLink system, this right here, this NVLink system, this is GB200 NVLink 72. It is 1.5 tons, 600,000 parts, approximately equal to 20 cars, 120 kilowatts. It has a spine behind it that connects all of these GPU together. Two miles of copper cable. 5,000 cables. This is being manufactured in 45 factories around the world. We build them, we liquid-cool them, we test them, we disassemble them, shipping them in parts to the data centers, because it's 1.5 tons. We reassemble it outside the data centers and install them. The manufacturing is insane, but the goal of all of this is because the scaling laws are driving computing so hard that this level of computation Blackwell over our last generation, improves the performance per watt by a factor of four.

Performance per watt by a factor of four, performance per dollar by a factor of three. That's basically says that in one generation we reduced the cost of training these models by a factor of three, or if you want to increase the size of your model by a factor of three, it's about the same cost. But the important thing is this, these are generating tokens that are being used by all of us, when we use ChatGPT or when we use Gemini, use our phones in the future. Just about all of these applications are going to be consuming these AI tokens and these AI tokens are being generated by these systems. And every single data center is limited by power. And so, if the perf per watt of Blackwell is four times our last generation, then the revenue that could be generated, the amount of business that could be generated in the data center is increased by a factor of four. And so, these AI factory systems really are factories today.

Now, the goal of all of this is to so that we can create one giant chip. The amount of computation we need is really quite incredible. And this is basically one giant chip. If we would have had to build a chip one, here we go. Sorry, guys. You see that. That's cool. Look at that, disco lights in here. If we had to build this as one chip, obviously this would be the size of the wafer. But this doesn't include the impact of yield. It would have to be probably three or four times the size. But what we basically have here is 72 Blackwell GPUs or 144 dyes, this one chip here is 1.4 exaflops. The world's largest supercomputer, the fastest supercomputer only recently – this entire room supercomputer only recently achieved an exaflop plus, this is 1.4 exaflops of AI floating point performance. It has 14 terabytes of memory, but here's the amazing thing. The memory bandwidth is 1.2 petabytes per second. That's basically the entire Internet traffic that's happening right now. The entire world's Internet traffic is being processed across these chips. Okay?

And we have 130 trillion transistors in total, 2,592 CPU cores. Whole bunch of networking. And so, these, I wish I could do this. I don't think I will. So, these are the Blackwells. These are our ConnectX networking chips. These are the NVLink and we're trying to pretend about the NVLink spine, but that's not possible. Okay? And these are all of the HBM memories, 14 terabytes of HBM memory. This is what we're trying to do and this is the miracle. This is the miracle of the Blackwell system. The Blackwell dies right here. It is the largest single chip the world's ever made. But yet the miracle is really in addition to that. This is the greatest Blackwell system. Well, the goal of all of this, of course, is so that we can – thank you, thanks. Boy, is there a chair I could sit down for a second?

Copyright © 2001-2025 FactSet CallStreet, LLC
Exhibit 5 Page 028

# NVIDIA Corp. *(NVDA)*
Consumer Electronics Show - Keynote

 Corrected Transcript
06-Jan-2025

Can I have a Michelob ULTRA? How is it possible that we're in the Michelob ULTRA Stadium? It's like coming to NVIDIA and we don't have a GPU for you. So, we need an enormous amount of computation, because we want to train larger and larger models and these inferences, these inferences used to be one inference but in the future, the AI is going to be talking to itself. It's going to be thinking, it's going to be internally reflecting, processing. So, today, when the tokens are being generated at you, so long as it's coming out at 20 or 30 tokens per second, it's basically as fast as anybody can read. However, in the future and right now with GPTo-1, with the new Gemini Pro and the new GPT, the o-1, o-3 models, they're talking to themselves reflecting, they are thinking. And so, as you can imagine, the rate at which the tokens could be ingested is incredibly high. And so, we need the token rates, the token generation rates to go way up. And we also have to drive the costs way down simultaneously so that the quality of service can be extraordinary, the cost to customers can continue to be low, and AI will continue to scale. And so that's the fundamental purpose, the reason why we created NVLink.

Well, one of the most important things that's happening in the world of enterprise is agentic AI. Agentic AI basically is a perfect example of test time scaling. It's a – AI is a system of models, some of it is understanding, interacting with the customer, interacting with the user. Some of it's maybe retrieving information, retrieving information from storage, a semantic AI system like a RAG, maybe it's going on to the Internet, maybe it's studying a PDF file. And so, it might be using tools, it might be using a calculator, and it might be using a generative AI to generate charts and such. And it's taking the problem you gave it, breaking it down step-by-step, and it's iterating through all these different models. Well, in order to respond to a customer in the future, in order for AI to respond, it used to be ask a question, answer starts spewing out. In the future, you ask a question, a whole bunch of models are going to be working in the background.

And so, test time scaling, the amount of computation used for inferencing is going to go through the roof. It's going to go through the roof because we want better and better answers. Well, to help the industry build agentic AI, our go-to-market is not direct-to-enterprise customers. Our go-to-market is we work with software developers in the IT ecosystem to integrate our technology to make possible new capabilities. Just like we did with CUDA libraries, we now want to do that with AI libraries. And just as the computing model of the past has APIs that are doing computer graphics or doing linear algebra or doing fluid dynamics, in the future, on top of those acceleration libraries, CUDA acceleration libraries, we'll have AI libraries.

We've created three things for helping the ecosystem build agentic AI. NVIDIA NIMs, which are essentially AI micro-services all packaged up. It takes all of this really complicated CUDA software, CUDA DNN, CUTLASS or TensorRT-LLM or Triton or all of these different, really complicated software and the model itself, we package it up, we optimize it, we put it into a container and you could take it wherever you like. And so, we have models for vision, for understanding languages, for speech, for animation, for digital biology, and we have some new exciting models coming for physical AI. And these AI models run in every single cloud, because NVIDIA's GPUs are now available in every single cloud, it's available in every single OEM, so you could literally take these models, integrate it into your software packages, create AI agents that run on cadence or they might be ServiceNow agents or they might be SAP agents and they could deploy it to their customers and run it wherever the customers want to run this software.

The next layer is what we call NVIDIA NeMo. NeMo is essentially a digital employee onboarding and training evaluation system. In the future, these AI agents are essentially digital workforce that are working alongside your employees, working – doing things for you on your behalf. And so, the way that you would bring these special agents into your company is to onboard them, just like you onboard an employee. And so, we have different libraries that helps these AI agents be trained for the type of language in your company. Maybe the vocabulary is unique to your company. The business process is different. The way you work is different. So, you would give

Exhibit 5 Page 029

# NVIDIA Corp. *(NVDA)*
Consumer Electronics Show - Keynote

them examples of what the work product should look like and they would try to generate and you would give a feedback, and then you would evaluate them, so on and so forth. And so that – and you would guardrail them, you say these are the things that you're not allowed to do, these are things you're not allowed to say. And we even give them access to certain information, okay? So that entire pipeline, a digital employee pipeline, is called NeMo.

In a lot of ways, the IT department of every company is going to be the HR department of AI agents in the future. Today, they manage and maintain a bunch of software from the IT industry. In the future, they will maintain, nurture, onboard and improve a whole bunch of digital agents and provision them to the companies to use. Okay? And so, your IT department's going to become kind of like AI agent HR. And on top of that, we provide a whole bunch of blueprints that our ecosystem could take advantage of. All of this is completely open source and so you could take it and modify the blueprints. We have blueprints for all kinds of different types of agents.

Well, today, we're also announcing that we're doing something that's really cool and I think really clever. We're announcing a whole family of models that are based off of Llama, the NVIDIA Llama Nemotron language foundation models. Llama 3.1 is a complete phenomenon. The download of Llama 3.1 from Meta 650,000 times, something like that. It has been derived and turned into other models, about 60,000 other different models. And it is singularly the reason why just about every single enterprise and every single industry has been activated to start working on AI.

Well, the thing that we did was we realized that the Llama models really could be better fine-tuned for enterprise use and so we fine-tune them using our expertise and our capabilities and we turn them into the llama Nemotron suite of open models. There are small ones that interact and very fast response time, extremely small. They're super – what we call super Llama Nemotron supers. They're basically your mainstream versions of your models or your ultra-model. The ultra-model could be used to be a teacher model for a whole bunch of other models. It could be a reward model, evaluator, a judge for other models to create answers and decide whether it's a good answer or not. Basically, give feedback to other models. It could be distilled in a lot of different ways, basically a teacher model, a knowledge distillation model, very large, very capable. And so, all of this is now available online.

Well, these models are incredible. It's number one in leaderboards for a chat, leaderboard for instruction, leaderboard for retrieval. So, the different types of functionalities necessary that are used in AI agents around the world, these are going to be incredible models for you. We're also working with the ecosystem. All of our NVIDIA AI technologies are integrated into the IT industry. We have great partners and really great work being done at ServiceNow, at SAP, at Siemens for industrial AI. Cadence is doing great work, Synopsys is doing great work. I'm really proud of the work that we do with Perplexity. As you know, they revolutionized search. You have really fantastic stuff, Codeium, every software engineer in the world. This is going to be the next giant AI application. Next giant AI service period is software coding. 30 million software engineers around the world. Everybody is going to have a software assistant helping them code. If not, obviously, you're going to be way less productive and create lesser good code. And so, this is – 30 million. There's a billion knowledge workers in the world. It is very, very clear, AI agents is probably the next robotics industry and likely to be a multitrillion-dollar opportunity.

Well, let me show you some of the blueprints that we created and some of the work that we've done with our partners, with these AI agents.

[Video Presentation] (00:41:17-00:43:48)

Okay. That was the first pitch at a baseball – that was not generated. I just felt that none of you were impressed. Okay. So, AI was created in the cloud and for the cloud. AI was created in the cloud, for the cloud. And for



Copyright © 2001-2025 FactSet CallStreet, LLC
Exhibit 5 Page 030

# NVIDIA Corp. *(NVDA)*
Consumer Electronics Show - Keynote

 Corrected Transcript
06-Jan-2025

enjoying AI on phones, of course, it's perfect. Very, very soon, we're going to have a continuous AI that's going to be with you. And when you use those Meta glasses, you could, of course, point at something, look at something and ask it, whatever information you want.

And so, AI is perfect in the cloud. It was created in the cloud, it's prefect in the cloud. However, we would love to be able to take that AI everywhere. I've mentioned already that you could take NVIDIA AI to any cloud, but you could also put it inside your company. But the thing that we want to do more than anything is put it on our PC as well. And so, as you know, Windows 95 revolutionized the computer industry. It made possible this new suite of multimedia services, and it changed the way that applications was created forever. Windows 95, this model of computing, of course, is not perfect for AI. And so, the thing that we would like to do is we would like to have in the future your AI basically become your AI assistant. And instead of just the 3D APIs and the sound APIs and the video APIs, you would have generative APIs, generative APIs for 3D and generative APIs for language and generative AI for sound and so on and so forth. And we need a system that makes that possible while leveraging the massive investment that's in the cloud. There's no way that we could – the world can create yet another way of programming AI models. It's just not going to happen. And so, if we could figure out a way to make Windows PC a world-class AI PC, it would be completely awesome.

And it turns out the answer is Windows. It's Windows WSL 2, Windows WSL 2. Windows WSL 2 basically is two operating systems within one. It works perfectly. It's developed for developers and it's developed so that you can have access to bare metal. It's been – WSL 2 has been optimized for cloud-native applications. It is optimized for – and very importantly it's been optimized for CUDA. And so, WSL2 supports CUDA perfectly out of the box. As a result, everything that I showed you with NVIDIA NIMs, NVIDIA NeMo, the blueprints that we develop that are going to be up in ai.nvidia.com so long as the computer fits it, so long as you could fit that model and we're going to have many models that fit whether it's vision models or language models or speech models or these animation human, digital human models, all kinds of different types of models are going to be perfect for your PC. And it would – you download it and it should just run. And so, our focus is to turn Windows WSL 2, Windows PC into a target first-class platform that we will support and maintain for as long as we shall live. And so, this is an incredible thing for engineers and developers everywhere.

Let me show you something that we can do with that. This is one of the examples of a blueprint we just made for you.

[Video Presentation] (00:47:27-00:48:31)

NVIDIA AI for your PCs, hundreds of millions of PCs in a world with Windows. And so, we could get them ready for AI. OEMs, all the PC OEMs we work with, just basically all of the world's leading PC OEMs are going to get their PCs ready for this stack. And so, AI PCs are coming to a home near you.

Linux is good. Okay. Let's talk about physical AI. Speaking of Linux, let's talk about physical AI.

So, physical AI. Imagine, imagine whereas your large language model, you give it your context, your prompt on the left and it generates tokens one at a time to produce the output. That's basically how it works. The amazing thing is this model in the middle is quite large, it has billions of parameters. The context length is incredibly large because you might decide to load in a PDF. In my case, I might load in several PDFs before I ask it a question. Those PDFs are turned into tokens. The attention, the basic attention characteristic of a transformer has every single token find its relationship and relevance against every other token. So, you could have hundreds of thousands of tokens and the computational load increases quadratically. And it does this that all of the parameters, all of the input sequence process it through every single layer of the transformer, and it produces one

Copyright © 2001-2025 FactSet CallStreet, LLC
Exhibit 5 Page 031

## NVIDIA Corp. *(NVDA)*

Consumer Electronics Show - Keynote

 Corrected Transcript

06-Jan-2025

token. That's the reason why we need a Blackwell. And then the next token is produced. When the current token is done, it puts the current token into the input sequence and takes that whole thing and generates the next token, it does it one at a time. This is the transformer model. It's the reason why it is so incredibly effective, computationally demanding.

What if instead of PDFs it's your surrounding? And what if instead of the prompt a question, it's a request? Go over there and pick up that box and bring it back. And instead of what is produced in tokens, it's text, it produces action tokens? Well, that I just described is a very sensible thing for the future of robotics, and the technology is right around the corner. But what we need to do is we need to create effectively the world model of – as opposed to GPT, which is a language model. And this world model has to understand the language of the world, that has to understand physical dynamics, things like gravity and friction and inertia. It has to understand geometric and spatial relationships. It has to understand cause and effect. If you drop something, it falls to the ground. If you poke at it, it tips over. And I still understand object permanence. If you roll a ball over the kitchen counter when it goes off the other side, the ball didn't leave into another quantum universe that's still there. And so, all of these types of understanding is intuitive understanding that we know that most models today have a very hard time with. And so, we would like to create a world, we need a world foundation model.

Today, we're announcing a very big thing. We're announcing NVIDIA Cosmos, a world foundation model that is designed, that was created to understand the physical world. And the only way for you to really understand this is to see it. Let's play it.

[Video Presentation] (00:52:26-00:54:46)

NVIDIA Cosmos, NVIDIA Cosmos. NVIDIA Cosmos, the world's first world foundation model. It is trained on 20 million hours of video. The 20 million hours of video focuses on physical dynamic things. So, dynamic nature themes, humans walking, hands moving, manipulating things, things that are fast camera movements. It's really about teaching the AI, not about generating creative content, but teaching the AI to understand the physical world. And from this – with this physical AI, there are many downstream things that we could do as a result. We could do synthetic data generation to train models, we could distill it and turn it into effectively the seed, the beginnings of a robotics model. You could have it generate multiple, physically-based, physically-plausible scenarios of the future. Basically, do a Doctor Strange. You could – because this model understands the physical world, of course, you saw a whole bunch of images generated, this model understanding the physical world, it also could do of course captioning. And so, it could take videos, caption it incredibly well. And that captioning and the video could be used to train large language models, multimodality large language models.

And so, you could use this technology to – use this foundation model to train robotics, robots as well as large language models. And so, this is the NVIDIA Cosmos. The platform has an auto regressive model for real-time applications as diffusion model for a very high-quality image generation. It's incredible tokenizer basically learning the vocabulary of real-world and a data pipeline so that if you would like to take all of this and then train it on your own data, this data pipeline – because there's so much data-involved, we've accelerated everything end-to-end for you. And so, this is the world's first data processing pipeline that's CUDA-accelerated as well as AI-accelerated. All of this is part of the Cosmos platform. And today, we're announcing that Cosmos is open licensed. It's open available on GitHub.

We hope that this moment and there's a small, medium, large, for very fast models, mainstream models and also teacher models, basically not knowledge transfer models. Cosmos world foundation model being open, we really hope will do for the world of robotics and industrial AI what Llama 3 has done for enterprise AI.

Copyright © 2001-2025 FactSet CallStreet, LLC

Exhibit 5 Page 032

**NVIDIA Corp.** *(NVDA)*
Consumer Electronics Show - Keynote

 Corrected Transcript
06-Jan-2025

The magic happens when you connect Cosmos to Omniverse and the reason fundamentally is this. Omniverse is a physics-grounded, not physically-grounded, but physics-grounded, it's algorithmic physics, principled physics simulation grounded system. It's a simulator. When you connect that to Cosmos, it provides the grounding, the ground truth that can control and to condition the osmos generation. As a result, what comes out of osmos is grounded on truth. This is exactly the same idea as connecting a large language model to a RAG, to a retrieval augmented generation system. You want to ground the AI generation on ground truth. And so, the combination of the two gives you a physically-simulated, a physically-grounded multiverse generator. And the application and the use cases are really quite exciting. And of course for robotics, for industrial applications, it is very, very clear.

This Cosmos plus – Omniverse plus Cosmos represents the third computer that's necessary for building robotic systems. Every robotics company will ultimately have to build three computers. The robotics system could be a factory. The robotics system could be a car. It could be a robot. You need three fundamental computers, one computer, of course, to train the AI, we call it the DGX computer to train the AI. Another, of course, when you're done to deploy the AI, we call that AGX that's inside the car, in the robot or in an AMR, or at the – in a stadium or whatever it is, these computers are at the edge and they're autonomous. But to connect the two, you need a digital twin, and this is all the simulations that you were seeing. The digital twin is where the AI that has been trained goes to practice, to be refined, to do with synthetic data generation, reinforcement learning AI feedback, such and such. And so, it's the digital twin of the AI. These three computers are going to be working interactively and video strategy for the industrial world and we've been talking about this for some time is this three computer system. Instead of s three body problem, we have a three computer solution, and so it's the NVIDIA robotics.

So, let me give you three examples, all right? So, the first example is how we apply all of this to industrial digitalization. There are millions of factories, hundreds of thousands of warehouses, that's basically is the backbone of a $50 trillion manufacturing industry. All of that has to become software defined. All of it has to have automation in the future. And all of it will be infused with robotics. We're partnering with KION, the world's leading warehouse automation solutions provider, and Accenture, the world's largest professional services provider, and they have a big focus in digital manufacturing. And we're working together to create something that's really special, and I'll show you that in a second. But our go-to-market is essentially the same as all of the other software platforms and all the technology platforms that we have through the developers and ecosystem partners. And we have just a growing number of ecosystem partners connecting to Omniverse. And the reason for that is very clear. Everybody wants to digitalize the future of industries. There's so much waste, so much opportunity for automation in that $50 trillion of the world's GDP. So, let's take a look at that – this one example that we're doing with KION and Accenture.

[Video Presentation] (01:01:49-01:03:58)

That's incredible. Everything is in simulation. In the future, every factory will have a digital twin. And that digital twin operates exactly like the real factory. And in fact, you could use Omniverse with Cosmos to generate a whole bunch of future scenarios, and you pick – then an AI decides which one of those scenarios are the most optimal for whatever KPIs. And that becomes the programming constraints, the program, if you will, the AIs that will be deployed into the real factories.

The next example, autonomous vehicles. The AV revolution has arrived. After so many years with Waymo's success and Tesla's success, it is very, very clear, autonomous vehicles has finally arrived. Well, our offering to this industry is the three computers, the training systems to train the AIs, the simulation systems and the synthetic data generation systems, Omniverse and now Cosmos. And also, the computer that's inside the car. Each car company might work with us in a different way. Use one or two or three of the computers. We're working with just about every major car company around the world, Waymo and Zoox and Tesla, of course, in their data center,

Copyright © 2001-2025 FactSet CallStreet, LLC
Exhibit 5 Page 033

## NVIDIA Corp. *(NVDA)*
Consumer Electronics Show - Keynote

 
BYD, the largest EV company in the world, JLR has got a really cool car coming. Mercedes has a fleet of cars coming with NVIDIA, starting with – starting this year going to production. And I'm super, super pleased to announce that today, Toyota and NVIDIA are going to partner together to create their next-generation EVs.

Just so many cool companies, Lucid and Rivian and Xiaomi and of course, Volvo, just so many different companies. Waabi is building self-driving trucks. Aurora, we announced this week also that Aurora is going to use NVIDIA to build self-driving trucks. Autonomous, 100 million cars built each year, a billion cars, vehicles on the road all over the world, a trillion miles that are driven around the world each year. That's all going to be either highly autonomous or fully autonomous coming up. And so, this is going to be a very large industry.

I predict that this will likely be the first multitrillion-dollar robotics industry. This business, for us, noticed – in just a few of these cars that are starting to ramp into the world, our business is already $4 billion and this year, probably on a run rate of about $5 billion. So, really significant business already. This is going to be very large.

Well, today, we're announcing that our next-generation processor for the car, our next-generation computer for the car is called Thor. I have one right here. Hang on a second. Okay. This is Thor. This is Thor. This is a robotics computer. This is a robotics computer, takes sensors at just – madness amount of sensor information, process it, umpteen cameras, high-resolution radars, LiDARs, they're all coming into this chip. And this chip has to process all that sensor, turn them into tokens, put them into a transformer and predict the next path. And this AV computer is now in full production. Thor is 20 times the processing capability of our last generation, Orin, which is really the standard of autonomous vehicles today. And so, this is just really quite incredible. Thor is in full production. This robotics processor, by the way, also goes into a full robot. And so, it could be an AMR. It could be a humanoid robot. It could be the brain. It could be the manipulator. This processor basically is a universal robotics computer.

The second part of our DRIVE system that I'm incredibly proud of is the dedication to safety. DriveOS, I'm pleased to announce, is now the first software-defined programmable AI computer that has been certified up to ASIL D, which is the highest standard of functional safety for automobiles, the only and the highest. And so, I'm really, really proud of this. ASIL D ISO 26262. It is the work of some 15,000 engineering years. This is just extraordinary work. And as a result of that, CUDA is now a functional, safe computer. And so, if you're building a robot, NVIDIA CUDA – yeah.

Okay. So, now, I wanted to – I told you I was going to show you what would we use Omniverse and Cosmos to do in the context of self-driving cars? And, today, instead of showing you a whole bunch of videos of cars driving on the road, I'll show you some of that, too, but I want to show you how we use the car to reconstruct digital twins automatically using AI and use that capability to train future AI models. Okay, let's play it.

[Video Presentation] (01:09:30-01:11:56)

Isn't that incredible? We take thousands of drives and turn them into billions of miles. We are going to have mountains of training data for autonomous vehicles. Of course, we still need actual cars on the road. Of course, we'll continuously collect data for as long as we shall live. However, synthetic data generation using this multiverse, physically based, physically grounded capability so that we generate data for training AIs that are physically grounded and accurate and work plausible so that we could have an enormous amount of data to train with. The AV industry is here. This is an incredibly exciting time. Super, super excited about the next several years. I think you're going to see just as computer graphics was revolutionized at such incredible pace, you're going to see the pace of AV development increasing tremendously over the next several years.

Copyright © 2001-2025 FactSet CallStreet, LLC
Exhibit 5 Page 034

## NVIDIA Corp. *(NVDA)*
Consumer Electronics Show - Keynote

 Corrected Transcript
06-Jan-2025

I think the next part is robotics. So, humanoid robots, my friends. The ChatGPT moment for general robotics is just around the corner. And in fact, all of the enabling technologies that I've been talking about is going to make it possible for us in the next several years to see very rapid breakthrough, surprising breakthroughs in general robotics. Now, the reason why general robotics is so important is, whereas robots with tracks and wheels require special environments to accommodate them, there are three robots, three robots in the world that we can make that require no greenfields. Brownfield adaptation is perfect. If we could possibly build these amazing robots, we could deploy them in exactly the world that we've built for ourselves. These three robots are, one, agentic robots and agentic AI because, they're information workers so long as they could accommodate the computers that we have in our offices it's going to be great. Number two, self-driving cars. And the reason for that is we spent 100-plus years building roads and cities. And then number three, humanoid robots. If we have the technology to solve these three, this will be the largest technology industry the world's ever seen. And so, we think that robotics era is just around the corner. The critical capability is how to train these robots.

In the case of humanoid robots, the imitation information is rather hard to collect and the reason for that is, in the case of the car, you just drive it. We're driving cars all the time. In the case of these humanoid robots, the imitation information that the human demonstration is rather laborious to do. And so, we need to come up with a clever way to take hundreds of demonstrations, thousands of human demonstrations and somehow use artificial intelligence and Omniverse to synthetically generate millions of synthetically-generated motions. And from those motions, the AI can learn how to perform a task. Let me show you how that's done.

[Video Presentation] (01:15:57-01:18:15)

We're going to have mountains of data to train robots with. NVIDIA Isaac GR00T, NVIDIA Isaac GR00T. This is our platform to provide technology platform – technology elements to the robotics industry to accelerate the development of general robotics. And, well, I have one more thing that I want to show you. None of this would be possible if not for this incredible project that we started about a decade ago. Inside the company was called Project DIGITS, deep learning GPU intelligence training system, DIGITS.

Well, before we launched it, I shrunk at the DGX and to harmonize it with RTX, AGX, OVX and all of the other Xs that we have in the company, and it really revolutionized – DGX-1 really revolutionized – where's DGX-1? DGX-1 revolutionized artificial intelligence. The reason why we built it was because we wanted to make it possible for researchers and start-ups to have an out-of-the-box AI supercomputer. Imagine the way supercomputers were built in the past. You really have to build your own facility and you have to go build your own infrastructure and really engineer it into existence. And so, we created a supercomputer for AI development for researchers and start-ups that comes literally one out of the box. I delivered the first one to a start-up company in 2016 called OpenAI and Elon was there and Ilya Sutskever was there, and many of the NVIDIA engineers were there. And we celebrated the arrival of DGX-1, and obviously it revolutionized artificial intelligence computing.

But now artificial intelligence is everywhere. It's not just in researchers and start-up labs. We want – artificial intelligence, as I mentioned at the beginning of our talk, this is now the new way of doing computing. This is the new way of doing software. Every software engineer, every engineer, every creative artist, everybody who uses computers today as a tool will need AI supercomputer. And so, I just wished, I just wish that DGX-1 was smaller. And so, imagine, ladies and gentlemen, our – this is NVIDIA's latest AI supercomputer. And it's funnily called Project DIGITS right now. And if you have a good name for it, reach out to us.

This – here's the amazing thing. This is an AI supercomputer. It runs the entire NVIDIA AI stack. All of NVIDIA software runs on this. DGX Cloud runs on this. This sits well somewhere and it's wireless or connected to your computer. It's even a workstation if you like it to be. And you could access it. You could reach it like a cloud

Exhibit 5 Page 035

**NVIDIA Corp.** *(NVDA)*
Consumer Electronics Show - Keynote

Corrected Transcript
06-Jan-2025

supercomputer. And NVIDIA's AI works on it. And it's based on a super-secret chip that we've been working on called GB-110, the smallest Grace Blackwell that we make. And I have, well, you know what, let's show everybody inside.

[Video Presentation] (01:22:07-01:22:28)

Isn't this just – isn't just – this is so cute. And this is the chip that's inside. It is in production. This top secret chip we did in collaboration with CPU, the Grace CPU was a – is built for NVIDIA in collaboration with MediaTek. They're the world's leading SoC company, and they worked with us to build this CPU, the CPU SoC, and connected with chip-to-chip NVLink to the Blackwell GPU. And this little thing here is in full production. We're expecting this computer to be available around May timeframe, and so it's coming at you. It's just incredible what we could do and it's just – I think it's – you really – I was trying to figure out, do I need more hands or more pockets?

All right. So, imagine this is what it looks like. Who doesn't want one of those. And if you use PC, Mac, anything, because it's a cloud platform. It's a cloud computing platform that sits on your desk. You could also use it as a Linux workstation, if you like. And if you would like to have double digits, this is what it looks like, and you connect it together with ConnectX and it has NCCL, GPUDirect, all of that out of the box. It's like a supercomputer. Our entire supercomputing stack is available and so NVIDIA Project DIGITS.

Okay. Well, let me tell you what I told you. I told you that we are in production with three new Blackwells. Not only is the Grace Blackwell supercomputers, NVLink 72 is in production all over the world, we now have three new Blackwell systems in production. One amazing AI foundational – world foundation model. The world's first physical AI foundation model is open, available to activate the world's industries of robotics and such. And three, robotics, we're working on agentic AI, humanoid robots and self-driving cars. It's been an incredible year. I want to thank all of you for your partnership. I thank all of you for coming. I made you a short video to reflect on last year and look forward to the next year. Play, please.

[Video Presentation] (01:25:26-01:28:11)

Have a great CES, everybody. Happy New Year. Thank you.

Copyright © 2001-2025 FactSet CallStreet, LLC
Exhibit 5 Page 036

NVIDIA Corp. *(NVDA)*

Consumer Electronics Show - Keynote

Corrected Transcript

06-Jan-2025

**Disclaimer**

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2025 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

Exhibit 5 Page 037