# Exhibit 6

Exhibit 6 Page 038



**BENCHMARK**

October 10, 2024

# Semtech Corporation (SMTC)

### Strong Fireside Chat, Positive ACC Momentum and TAM Upside; Reiterate Buy and $56 PT

**Company Update**

▶ **Earlier this week, we had the opportunity to host Dr. Hong Hou, CEO and Mark Lin, CFO for a Fireside Chat virtual conference call with institutional investors. We came away from the call highly encouraged by the positive tone from leadership regarding both the company's current of business trajectory and their near- and long-term growth opportunities. We believe the company's current business momentum, led by its growing ACC opportunity, is improving across its Infrastructure, Industrial, and High-End Consumer markets, which likely positions the company for upside results to its 3Q forecast of $233M, & EPS of $0.23, and for a positive 4Q outlook. Accordingly, we reiterate our Buy rating & our $56 PT.**

▶ **The vast majority of Tuesday's call was dedicated to the company's opportunities in Active Copper Cables (ACC), and in Linear Pluggable Optical (LPO) Modules. With particular emphasis on Semtech's Copper Edge linear equalizers (Redrivers) for 200G Active Copper Cable applications, where we believe Semtech leads the industry with its partnership with Nvidia to use active copper cables to connect the racks and switches of its Blackwell platform, expected to ramp in the fourth quarter.** We believe management's comments went a long way toward **calming recent sell-side speculation that Nvidia is discontinuing the development of its NVL36x2 architectural platform**, which is expected to initially be the primary vehicle for ACC implementation, with the use of 162 Active Copper Cables to connect the switch ports of the two rack system.  Since the sell-side note first published mid-last week, Semtech has connected with its various cloud service provider customers, multiple supply chain contacts, cable vendors, and a variety of contacts within Nvidia's purchasing organization across multiple geographies, including it Supply Chain Director and Chief Rack Architect **and the company has been unable to find any evidence of any changes to Nvidia program deployment plans.**

▶ **In fact, Semtech has had discussions with the two industry-leading cloud service providers that are planning to lead with the NVL36x2 platform implementation, plus one other CSP that is showing advanced interest in using ACCs, and there are no changes in their deployment plans.** The CSPs decisions to use the NVL36x2 configuration is largely driven by architectural thermal and power density constraints per rack. With the NVL36 racks consuming about 65 kW as compared to the NVL72 at 120kW, all but new greenfield data centers with advanced dual-stage liquid cooling infrastructure will be unable to support native NVL72 deployments. Our understanding is that NVL36x2 still requires a single-stage of direct-to-chip liquid cooling (DLC), while the NVL72 requires a first stage of direct to chip liquid cooling plus a second stage dedicated to cooling the liquid from the first stage before being recycled into the system. We believe only Google is planning on initial NVL72 deployments as they have completed greenfield datacenter builds with the requisite dual-stage cooling infrastructure.

▶ **With its ACC ramp said to be on schedule, Semtech currently estimates its annual opportunity specific to the single platform partnership to well exceed the floor case TAM that was provided a little over a quarter ago, when SMTC's prior CEO estimated its TAM for ACCs to be approximately $100 million.** This TAM was originally provided assuming an ASP range of $30-$35 per ACC, with SMTC now saying this range to be highly conservative.

| Rating: | Buy |
|---|---|
| Current Price | $41.14 |
| Price Target | $56.00 |
| 52-Wk Range | $13.13 - $49.53 |
| Shares Outstanding (mm) | 71.8 |
| Market Cap (mm) | $3,095 |
| Enterprise Value (mm) | $4,187 |
| Average Volume (000s) | 1.097 |
| Net Cash/Share | $3.46 |
| Stockholders Equity (mm) | $-141 |
| Dividend Yield | 0.0% |
| Sector Weight | Overweight |



### Cody Acree, CFA

(214) 335-1811
cacree@benchmarkcompany.com

| FY Jan | | Q1 | Q2 | Q3 | Q4 | Total | P/E |
|---|---|---|---|---|---|---|---|
| **EPS** | **2024A** | $0.04A | $0.26A | $0.06A | $(0.06)A | **$0.30A** | 138.4x |
| | **2025E** | $0.06A | $0.11A | $0.23E | $0.28E | **$0.69E** | 60.0x |
| | **2026E** | $0.30E | $0.32E | $0.45E | $0.48E | **$1.55E** | 26.5x |
| **Revenue (m)** | **2024A** | $236.5A | $238.4A | $200.9A | $192.9A | **$868.8A** | |
| | **2025E** | $206.1A | $215.4A | $233.1E | $240.0E | **$894.6E** | |
| | **2026E** | $245.0E | $256.0E | $275.0E | $285.0E | **$1,061.0E** | |

Exhibit 6 Page 039

⊟ BENCHMARK

▶ **With our estimate of 200,000-250,000 Blackwell chips to be shipped by Nvidia in Q4, increasing to 600,000-800,000 in Q1, which would equate to more that 5-6 million Blackwell units in calendar 2025, with a significant portion of these being consumed by the two lead cloud service providers planning on NVL36x2 deployments**. Therefore, if we estimate that roughly half of Nvidia's Blackwell volume will be used in its NVL36x2 implementation, that equates to about 35k-42k units of NVL36x2 platforms, times 162 ACCs for each platform, times $45-$50 estimated ASPs per cable, **we arrive an estimated 2025 TAM of about $250 - $340 million. If we then estimate even a 50/50 market share with MACOM, then this would equate to an incremental $125-$170 million to Semtech and MACOM for FY25.**

▶ **For further clarification, each individual ACC consists of eight equalizer chips, supporting a total throughput of 1.6T, with each chip handling two channels of 200G/second traffic, leaving each cable with two transmit and two receive chips on each end of the cable. With our estimate of about $5.50 to $6 ASPs per chip, we arrive at our per cable ASPs of $45-$50 used in the TAM derivation above.**

▶ **In addition to the standard NVL36x2 ACC connectivity of 162 cables connecting the two racks of switches horizontally between the two racks, or nine switch trays with 18 ports each to be connected, Semtech also believes there is a significant opportunity for ACC to expand usage vertically within the native NVL36 and NVL72 platforms, connecting each GPU to the NIC (Network Interface Card), thus another 36 to 72 active copper cables per system, one per GPU-NIC connection.** We believe this replacement for DACs (Direct Attached Cable) will be used primarily with Nvidia's upgrade of its networking architecture from ConnectX-7 to ConnectX-8, which we expect to begin to ramp in 2Q25.  The transition from CX-7 to CX-8 will be the main impetus for the shift from 400G (4x100G) optical transceivers to 800G (4x200G) optical transceivers. For CX-8, all the speeds double, 800G (4x200G) DR4 per GPU and 1.6T(8x200G) DR8 per OSFP cage on the switch end. It is at 200G/lane speeds that Semtech's ACC solution really shines, particularly with new designs now able to reach 2.5-3 meters, managing all vertical connectivity needs. **This would ultimately equate to 1x1 connectivity TAM for each Blackwell chip shipped, or by our estimate 5-6 million in 2025 with 3-4 million of these to be shipped in the second half of next year or another TAM increase of $105-$160 million, assuming an average price erosion to about $35-40 per ACC.**

▶ **Additionally, Semtech believes its ACC opportunity extends well beyond its leverage to Nvidia volumes as the company has been leveraging its new CEO's industry background and expertise in cloud and edge networking to accelerate its introduction of ACC capabilities to the broader networking and data center markets.** Dr. Hou's historic contact base is proving invaluable to Semtech's ACC and connectivity solution engagements as Dr. Hou was corporate vice president and general manager of the cloud and edge networking group of Intel, with responsibility for delivering hardware, software, and system products and technology, including Ethernet NICs and controllers, infrastructure processor units, Ethernet switches, and high-performance fabrics.  We believe Dr. Hou has quickly made a positive impact with his industry experience and broad contacts, likely accelerating and expanding the company's total market opportunity.

▶ **Specifically, we believe Semtech's expanded engagements are gaining attention at the leading cloud service providers for the use of ACC connectivity in their custom-silicon based servers, with every CSP having engaged Marvell or Broadcom to aid in the design of their own in-house AI accelerators and/or CPUs.** With Semtech's ACC opportunities extending beyond its lead single platform and single customer and the company estimating data centers currently deploy tens of millions of DAC cables per year. These DAC cables are passive, with very limited reach of about 1.2 meters and maximum data rates of about 100G. As data rates and length requirements increase, Semtech expects there will be natural progression from DAC cables to ACC cables to meet signal integrity, latency, and distance requirements, which can be achieved with ACC implementation at significantly reduced costs and power requirements compared to optical alternatives.

▶ **After suffering through 3-4 quarters of an industry wide excess inventory correction, SMTC looks to be exiting the downturn on a significantly stronger footing, with all of its business units growing nicely during its just reported quarter and its outlook calling for an acceleration of growth in its October period.** The company's improving outlook is led by its Infrastructure products, with strength being particularly driven by its data center application solutions. With revenue into the hyperscale data center market more than doubling year-over-year, the company looks to be very well positioned to lead the industry's transition to 200G single lane data rates with its FiberEdge transimpedance

Exhibit 6 Page 040

*Page 2*

 BENCHMARK

amplifiers (TIAs), and laser drivers, for 400G and 800G optical modules, and TriEdge PAM4 product in 200G and 400G active optical cables.

► **In addition to its ACC opportunity, we believe the company is similarly well positioned to capitalize on the opportunity developing in the market for linear pluggable optical (LPO) modules, which SMTC believes is likely to become a market opportunity about 9-12 months later than its ACC business.** Based on its current engagement with a number of key partners, Semtech believes it has a clear path to begin the ramp of LPO module shipments by the latter portion of FY26. Similar to active copper cables, LPO represents an opportunity to deploy a low latency, low power solutions in the optical space with annual optical transceiver consumption at approximately 30 million units. With only a fraction of this market converting to LPOs, this would represent a substantial SAM expansion for Semtech. LPO's remove the need for DSPs or CDRs, thus reducing power consumption by up to 70% (less than 10 watts versus 30 watts for a retimed alternative) and latency, plus a significant cost savings.

► **Semtech believes it is uniquely positioned to supply the LPO market with its industry leading TIAs, which is key to the industry's adoption of LPOs, which would eliminate the need for the expensive DSP that is standard in optical transceivers today.** Again, Dr. Hou industry experience offers a unique prospective, with himself having selected Semtech as a first choice TIA supplier to support silicon photonics products while he was at Intel.

► **Additionally, Semtech's class-leading TIA performance on the receiving end of the optical module also positions the company for LRO (linear receive optics) module opportunities, with Semtech seeing potential applications where LRO modules are suited to meet customer's interoperability requirements**. LRO design involves a partial retiming of the received optical signal to improve its quality and reliability. In active optical cables, similar to LPO applications, on the receive side, photodiodes and TIAs are performing the optical-to-electrical conversion, this eliminates the need for DSPs or CDRs, separate transceivers and optical connectors, providing a cost-effective and robust solution for short-reach optical connections.

Exhibit 6 Page 041

**BENCHMARK**

**Semtech Corporation (SMTC)**
October 10, 2024

| SMTC Income Statement | ACT FY22A Jan-22 | ACT 1Q23A Apr-22 | ACT 2Q23A Jul-22 | ACT 3Q23A Oct-22 | ACT 4Q23A Jan-23 | ACT FY23A Jan-23 | ACT 1Q24A Apr-23 | ACT 2Q24A Jul-23 | ACT 3Q24A Oct-23 | ACT 4Q24A Jan-24 | ACT FY24A Jan-24 | ACT 1Q25A Apr-24 | ACT 2Q25A Jun-24 | EST 3Q25E Sep-24 | EST 4Q25E Dec-24 | EST FY25E Dec-24 | EST 1Q26E Apr-25 | EST 2Q26E Jun-25 | EST 3Q26E Sep-25 | EST 4Q26E Dec-25 | EST FY26E Dec-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benchmark Company Revenue | $740.9 | $202.1 | $209.3 | $177.6 | $167.5 | $756.5 | $236.5 | $238.4 | $200.9 | $192.9 | $868.8 | $206.1 | $215.4 | $233.1 | $240.0 | $894.6 | $245.0 | $256.0 | $275.0 | $285.0 | $1,061.0 |
| Benchmark Company EPS Adjusted | $2.61 | $0.90 | $1.19 | $0.52 | $0.47 | $3.08 | $0.04 | $0.26 | $0.06 | ($0.06) | $0.30 | $0.06 | $0.11 | $0.23 | $0.28 | $0.7 | $0.30 | $0.32 | $0.45 | $0.48 | $1.55 |
| **Consensus EBITDA** | | | | | | | | | | | | | | | | | | | | | |
| Benchmark EBITDA | 225.4 | 73.0 | 86.6 | 54.9 | 34.4 | 248.9 | 27.7 | 54.5 | 59.8 | 23.5 | 165.4 | 30.9 | 52.6 | 62.0 | 50.1 | 195.5 | 49.4 | 54.2 | 66.1 | 69.8 | 239.5 |
| Total Sales | 740.9 | 202.1 | 209.3 | 177.6 | 167.5 | 756.5 | 236.5 | 238.4 | 200.9 | 192.9 | 868.8 | 206.1 | 215.4 | 233.1 | 240.0 | 894.6 | 245.0 | 256.0 | 275.0 | 285.0 | 1,061.0 |
| Sales Growth Sequential | N/A | 6% | 4% | -15% | -6% | N/A | 41% | 1% | -16% | -4% | N/A | 7% | 2.88% | 8.25% | 2.95% | N/A | 2.08% | 4.50% | 7.40% | 3.65% | N/A |
| Sales Growth Annual | 24% | 19% | 13% | -9% | -12% | 2% | 17% | 14% | 13% | 15% | 15% | -13% | -10% | 16% | 24% | $0.0 | 19% | 19% | 18% | 19% | $0.2 |
| Gross Margin - Adjusted | 62.91% | 64.43% | 65% | 66% | 61.2% | 64.74% | 48.495% | 49.56% | 41.3% | 48.9% | 49.57% | 50.36% | 52.00% | 52.75% | $0.5 | 52.95% | 53.10% | 53.85% | $0.5 |
| Gross Margin - GAPP | 62.77% | 64.8052% | 65.20% | 65.07% | 63.1% | 64.10% | 43.5% | 42.26% | 51.5% | -0.2% | 32.95% | 48.3210% | 48.6% | 50.2% | 51.0% | $0.5 | 0.2% | 0.4% | 0.8% | 1.1% | $0.5 |
| Projected GM Change | | 64.8% | 0.4% | -0.1% | 0.1% | | 43.5% | -1.3% | 9.3% | 7.6% | | 48.3% | | 0.2% | 1.6% | 9.8% | | 0.2% | 0.2% | 0.4% | 0.4% |
| SG&A Percent of Sales | 18.0% | 17.8% | 16.9% | 20.5% | 17.2% | 18.1% | 19.5% | 17.9% | 19.2% | 19.9% | 19.1% | 18.9% | 19.2% | 19.3% | 19.4% | $0.2 | 20.3% | 19.8% | 18.7% | 18.7% | $0.2 |
| R&D Percent of Sales | 17.8% | 17.2% | 17.5% | 17.8% | 22.6% | 18.6% | 19.7% | 18.0% | 21.8% | 19.8% | 19.7% | 18.7% | 17.0% | 16.8% | 16.9% | 16.5% | 17.0% | 16.5% | 15.6% | 15.5% | 15.5% |
| Projected SG&A Change | N/A | 17.8% | -0.9% | 3.6% | 2.0% | N/A | 19.5% | -1.6% | 1.3% | 0.6% | N/A | 18.9% | | 0.1% | 6.5% | 1.0% | N/A | 4.5% | 1.5% | 1.0% | 3.0% |
| Projected R&D Change | N/A | 17.2% | 0.2% | 0.3% | 2.0% | N/A | 19.7% | -1.7% | 3.8% | -2.0% | N/A | 18.7% | | 0.1% | 6.5% | 1.0% | N/A | 4.5% | 1.5% | 1.0% | 3.0% | N/A |
| Total Opex Growth Q/Q | | -4.4% | -12.8% | 22.5% | 13.3% | | 20.3% | -7.5% | -22.7% | 15.5% | | 1.1% | 0.7% | 4.4% | 1.1% | | 4.7% | 1.6% | -0.9% | 3.2% | |
| Adjusted Opex Total | 262.3 | 63.7 | 55.5 | 68.0 | 77.1 | 264.3 | 92.7 | 85.7 | 66.2 | 76.5 | 321.2 | 77.4 | 77.9 | 81.3 | 82.2 | $323.8 | 86.1 | 87.4 | 86.7 | 89.4 | $349.6 |
| OpEx Margin | 43.3% | 40.6% | 42.4% | 45.0% | 92.4% | 53.6% | 48.5% | 168.2% | 40.8% | 321.1% | 140.1% | 46.8% | 45.4% | 44.4% | 43.6% | $0.4 | 44.6% | 43.3% | 40.7% | 40.5% | $0.4 |
| Adjusted OpEx Margin | 35.4% | 31.5% | 26.5% | 38.3% | 46.0% | 34.9% | 39.2% | 36.0% | 33.0% | 39.7% | 37.0% | 37.5% | 36.2% | 34.9% | 34.2% | $0.4 | 35.1% | 34.1% | 31.5% | 31.4% | $0.3 |
| Operating Margin | 19.6% | 23.8% | 22.5% | 21.1% | -31.2% | 10.6% | -5.0% | -125.9% | 0.5% | -321.3% | -107.2% | 1.5% | 3.6% | 6.6% | 8.2% | $0.1 | 7.4% | 8.9% | 11.9% | 12.6% | $0.2 |
| Adjusted Operating Margin | 27.4% | 33.3% | 38.7% | 26.8% | 17.1% | 29.7% | 9.3% | 13.6% | 18.5% | 9.2% | 12.6% | 12.2% | 14.2% | 17.1% | 18.5% | $0.2 | 17.8% | 19.0% | 22.0% | 22.5% | $0.2 |
| Net Margin GAAP | 17.0% | 19.2% | 16.3% | 13.1% | -30.5% | 6.0% | -12.4% | -136.6% | -12.4% | -332.9% | -117.7% | -11.2% | -79.1% | -2.5% | -0.7% | -$0.2 | -0.3% | 0.7% | 4.0% | 4.9% | $0.0 |
| Net Margin Adjusted | 23.1% | 28.7% | 36.3% | 18.6% | 18.1% | 26.1% | 1.2% | -0.2% | 1.8% | -1.9% | 2.2% | 2.0% | 3.8% | 7.8% | 9.3% | $0.1 | 9.8% | 10.3% | 13.4% | 14.2% | $0.1 |
| Adjusted EPS Growth Sequential | N/A | 28.5% | 32.0% | -56.3% | -8.5% | N/A | -90.9% | 488.4% | -77.7% | -201.0% | N/A | -205.2% | 86.3% | 105.7% | 20.6% | N/A | 6.0% | 8.8% | 38.3% | 8.3% | N/A |
| Adusted EPS Growth Annual | 49.2% | 70.7% | 83.6% | -29.9% | -32.2% | 18.0% | -95.2% | -78.5% | -89.0% | -112.1% | -90.4% | 39.8% | -55.7% | 307.3% | -586.3% | $1.3 | 389.7% | 186.1% | 92.4% | 72.8% | $1.3 |
| Tax Rate | 11.1% | 17.2% | 26.2% | 21.4% | 21.4% | 26.4% | 7.6% | -0.3% | 1.2% | 0.5% | 0.5% | -14.6% | -2.5% | 0.0% | 189.0% | -7.2% | 485.0% | 70.8% | 33.1% | 29.2% | 44.2% |
| Non GAAP Tax Rate | 13.0% | 10.9% | 9.5% | 14.4% | 14.4% | 26.4% | -1.2% | -0.3% | 1.2% | 0.5% | 0.5% | (0.1) | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| EBITDA | 145.0 | 67.3 | 47.1 | 37.5 | (52.3) | 99.6 | 22.0 | 32.4 | 1.0 | (620.0) | (564.5) | 25.2 | 30.5 | 39.9 | 44.4 | $140.1 | 43.7 | 48.5 | 60.4 | 64.1 | $216.7 |
| Adjusted EBITDA | 225.4 | 73.0 | 86.6 | 54.9 | 34.4 | 248.9 | 27.7 | 54.5 | 59.8 | 23.5 | 165.4 | 30.9 | 52.6 | 62.0 | 50.1 | $195.5 | 49.4 | 54.2 | 66.1 | 69.8 | $239.5 |
| Adjusted EBITDA Margin | 30% | 36% | 41% | 31% | 21% | 33% | 12% | 23% | 30% | 12% | 19% | 15% | 24% | 27% | 21% | 22% | 20% | 21% | 24% | 24% | 23% |
| GAAP Net Sales | 740.9 | 202.1 | 209.3 | 177.6 | 167.5 | 756.5 | 236.5 | 238.4 | 200.9 | 192.9 | 868.8 | 206.1 | 215.4 | 233.1 | 240.0 | $894.6 | 245.0 | 256.0 | 275.0 | 285.0 | $1,061.0 |

| SMTC Income Statement | ACT FY22A Jan-22 | ACT 1Q23A Apr-22 | ACT 2Q23A Jul-22 | ACT 3Q23A Oct-22 | ACT 4Q23A Jan-23 | ACT FY23A Jan-23 | ACT 1Q24A Apr-23 | ACT 2Q24A Jul-23 | ACT 3Q24A Oct-23 | ACT 4Q24A Jan-24 | ACT FY24A Jan-24 | ACT 1Q25A Apr-24 | ACT 2Q25A Jun-24 | EST 3Q25E Sep-24 | EST 4Q25E Dec-24 | EST FY25E Dec-24 | EST 1Q26E Apr-25 | EST 2Q26E Jun-25 | EST 3Q26E Sep-25 | EST 4Q26E Dec-25 | EST FY26E Dec-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | 740.9 | 202.1 | 209.3 | 177.6 | 167.5 | 756.5 | 236.539 | 238.4 | 200.899 | 192.948 | 868.8 | 206.1 | 215.4 | 233.1 | 240.0 | $894.6 | 245.0 | 256.0 | 275.0 | 285.0 | $1,061.0 |
| Cost of Sales | 274.8 | 71.9 | 73.4 | 62.0 | 64.9 | 272.3 | 133.593 | 127.1 | 107.933 | 193.338 | 561.9 | 106.5 | 109.9 | 114.2 | 115.7 | $446.3 | 117.5 | 122.3 | 130.1 | 133.8 | $503.8 |
| SBC | - | 0.8 | 0.6 | 0.8 | 0.627 | 2.8 | 0.363 | 0.5 | 0.507 | 0.600 | 2.0 | 0.682 | 0.714 | 0.71 | 0.73 | $2.9 | 0.75 | 0.77 | 0.79 | 0.81 | $3.1 |
| Acquisition related Amortization | - | - | - | 1.0 | 2.6 | 3.6 | 10.855 | 10.573 | 10.008 | 2.280 | 33.7 | 2.281 | 2.279 | 2.3 | 2.3 | $9.1 | 2.3 | 2.3 | 2.3 | 2.3 | $9.1 |
| Amortization of Inventory Step-up | | | | | | | | (1.450) | | | | | | | | | | | | | |
| Restructuring Charges | | | | | | | 0.7 | (1.4) | | | (0.7) | | | | | $0.0 | | | | | $0.0 |
| Impairment Charges | | | | | | | | (1.4) | | 91.792 | 90.4 | | | | | $0.0 | | | | | $0.0 |
| Adjusted COGS | 275.8 | 71.15 | 72.8 | 60.3 | 61.7 | 266.0 | 121.6 | 120.2 | 97.4 | 98.666 | 438.0 | 103.6 | 106.9 | 111.9 | 113.4 | $435.7 | 115.3 | 120.1 | 127.9 | 131.5 | $494.7 |
| Adjusted Gross Profit | 466.1 | 130.3 | 136.4 | 117.3 | 105.8 | 489.8 | 114.710 | 118.149 | 103.481 | 94.282 | 430.6 | 102.6 | 108.457 | 121.2 | 126.6 | $458.8 | 129.7 | 135.9 | 147.1 | 153.5 | $566.3 |
| Gross Profit | 465.1 | 131.0 | 135.8 | 115.6 | 102.6 | 485.0 | 102.946 | 100.728 | 83.0 | (0.4) | 286.2 | 99.6 | 105.5 | 118.9 | 124.3 | $448.3 | 127.4 | 133.7 | 144.8 | 151.2 | $557.1 |
| SG&A | 168.2 | 43.4 | 48.1 | 42.4 | 93.1 | 227.0 | 57.8 | 59.6 | 47.7 | 55.2 | 220.2 | 52.3 | 55.8 | 59.4 | 60.0 | $227.5 | 62.7 | 63.7 | 64.3 | 66.2 | $256.9 |
| SBC | 32.6 | 6.1 | 8.6 | (1.0) | (7.801) | 5.9 | (4.5) | (9.4) | (3.1) | (8.361) | (25.3) | (11.4) | (13.0) | (13.0) | (12.0) | -$49.4 | (11.5) | (11.5) | (11.5) | (11.5) | -$46.0 |
| Transaction and integration related | | | 1.2 | (6.9) | (56.463) | | (7.068) | (7.3) | (5.9) | (8.476) | (28.8) | (1.8) | (1.5) | (1.5) | (1.5) | -$6.3 | (1.5) | (1.5) | (1.5) | (1.5) | -$5.9 |
| Restructuring and other Reserves | | | | | | | (0.337) | | | | | | | | | | | | | | |
| Litigation Costs | | | | | | | (0.026) | (0.132) | (0.025) | (0.036) | | (0.098) | (0.057) | (0.057) | (0.057) | | | | | | |
| Adjusted SG&A | 133.6 | 36.056 | 35.385 | 36.450 | 28.838 | 136.7 | 46.184 | 42.767 | 38.643 | 38.325 | 165.9 | 38.935 | 41.277 | 44.960 | 46.536 | $171.7 | 49.737 | 50.678 | 51.314 | 53.243 | $205.0 |
| R&D | 147.9 | 38.8 | 40.6 | 35.2 | 52.5 | 167.1 | 50.6 | 47.4 | 46.9 | 41.5 | 186.5 | 41.6 | 40.1 | 42.7 | 43.1 | $167.5 | 45.1 | 45.7 | 46.2 | 47.6 | $184.6 |
| SBC | 15.7 | 4.0 | 4.1 | 3.6 | 14.6 | 26.3 | (3.539) | (3.5) | (3.0) | (2.9) | (12.8) | (3.2) | (3.4) | (3.4) | (3.4) | -$13.5 | (3.4) | (3.4) | (3.4) | (3.4) | -$13.7 |
| Transaction and Integration Related Costs, net | | | | | | | (0.534) | (1.0) | (0.1) | (0.432) | (2.0) | | | | | $0.0 | | | | | $0.0 |
| Restructuring and other reserves, net | | | | (7.602) | | | 1.563 | | | | | | | | | | | | | | |
| Adjusted R&D | 132.0 | 34.803 | 36.549 | 31.576 | 37.875 | 140.8 | 46.528 | 42.952 | 43.873 | 38.205 | 171.6 | 38.443 | 36.642 | 39.2 | 39.7 | $154.0 | 41.6 | 42.3 | 42.8 | 44.2 | $170.9 |
| Opex Intangible Amortization | | | | | | | 4.882 | | | 0.307 | | | | | | | | | | | |
| SBC | | | | | | | 8.041 | 12.874 | 6.031 | 11.229 | 38.2 | 14.552 | 16.424 | 16.6 | 16.8 | $64.3 | 17.5 | 17.8 | 18.5 | 19.1 | $72.9 |
| Intangibles-amortization and Impairment | 4.9 | 1.0 | 1.0 | 3.085 | 11.393 | 3.9 | 15.757 | 4.871 | 4.835 | 2.587 | 28.0 | 0.307 | 0.282 | 0.3 | 0.3 | $1.2 | 0.3 | 0.3 | 0.3 | 0.3 | $1.1 |
| Transaction and Integration Related Costs, net | | | | 7.9 | 22.538 | | 7.602 | 8.3 | 6.002 | 8.9 | 30.8 | 1.8 | 1.473 | 1.5 | 1.5 | $6.3 | 1.5 | 1.5 | 1.5 | 1.5 | $5.9 |
| Incremental Transaction and Integration Related Costs | | | | | | | 0.049 | | | | | | 0.485 | | | | | | | | |
| Share-Based Compensation Acceleration Expense | | | | 44.947 | 44.9 | | 2.060 | | | | 2.1 | | | | | $0.0 | | | | | $0.0 |
| Restructuring Charges | | | | 2.4 | 9.247 | 11.6 | 1.6 | 9.4 | 3.646 | 9.2 | 23.8 | 2.3 | 1.5 | 1.5 | 1.5 | $6.8 | 1.5 | 1.5 | 1.5 | 1.5 | $6.0 |
| Litigation Costs, net | | | | (0.1) | 0.013 | | 0.026 | 0.1 | 0.025 | 0.0 | | 0.1 | 0.1 | 0.1 | 0.1 | $0.0 | 0.1 | 0.1 | 0.1 | 0.1 | $0.0 |
| Gain on Sale of Business | | | (18.0) | (0.3) | | | 8.4 | | | | | 0.0 | | | | $0.0 | | | | | $0.0 |
| Intangible Impairments | | | | (0.3) | | | | | 1.887 | 39.6 | 41.5 | | | | | $0.0 | | | | | $0.0 |
| Amortization of Deferred Financing Costs | | | | 0.3 | | 0.3 | | | | | | 2.4 | 2.379 | 2.4 | 2.4 | $9.5 | 2.4 | 2.4 | 3.5 | 3.5 | $11.8 |
| Goodwill Impairment | | | | | | | | 279.6 | 2.266 | 473.8 | 755.6 | | | | | $0.0 | | | | | $0.0 |
| Amortization of Inventory Step-Up | | | | | | | | | | | | | | | | | | | | | |
| GAAP Operating Expense | 321.1 | 82.153 | 88.720 | 79.899 | 154.851 | 405.6 | 114.826 | 400.837 | 81.940 | 619.570 | 1,217.2 | 96.449 | 97.696 | 103.605 | 104.626 | $402.4 | 109.266 | 110.883 | 111.977 | 115.291 | $447.4 |
| Adjusted OpEx | 262.3 | 63.670 | 55.535 | 68.026 | 77.053 | 264.3 | 92.712 | 85.719 | 66.236 | 76.530 | 321.2 | 77.378 | 77.919 | 81.314 | 82.169 | $323.8 | 86.055 | 87.409 | 86.665 | 89.424 | $349.6 |
| GAAP Operating Income | 145.0 | 48.100 | 47.1 | 37.5 | (52.3) | 80.4 | (11.8800) | (300.1090) | 1.018 | (619.9600) | (930.9) | 3.1430 | 7.7680 | 15.3442 | 19.6993 | $46.0 | 18.1820 | 22.7873 | 32.8545 | 35.9062 | $109.7 |
| Adjusted Non-GAAP Operating Income | 202.6 | 67.3 | 80.894 | 47.543 | 28.717 | 224.5 | 21.998 | 32.448 | 37.245 | 17.752 | 109.4 | 25.177 | 30.538 | 39.914 | 44.435 | $140.1 | 43.672 | 48.541 | 60.445 | 64.052 | $216.7 |
| Adjusted EBITDA | | | | | | | 30.27 | 39.05 | 24.84 | 24.10 | $118.3 | 33.19 | 40.593 | 45.29 | 51.52 | $170.6 | 51.60 | 54.09 | 64.14 | 67.21 | $237.0 |
| Interest Expense, Net GAAP | (5.1) | (1.2) | (1.3) | (8.2) | (2.138) | (12.8) | (19.441) | (23.497) | (27.731) | (22.093) | (92.8) | (22.687) | (28.578) | (18.800) | (18.350) | -$88.4 | (17.900) | (17.450) | (17.000) | (16.550) | -$68.9 |
| Interest Income | | | | | 0.3 | | 1.069 | 0.7 | 0.6 | 0.734 | | 0.542 | 0.4 | 0.5 | 0.5 | $1.9 | 0.5 | 0.5 | 0.5 | 0.5 | $1.8 |
| Loss on Extinguishment of Debt | | | | | | | | | | | | | (144.7) | | | | | | | | |
| Amortization of Deferred Financing Costs | | | | (0.3) | (0.9) | | (1.414) | (1.7) | (1.837) | (2.4) | (7.3) | 2.4 | 2.400 | 2.400 | 2.400 | $9.6 | 2.400 | 2.400 | 2.400 | 2.400 | $9.6 |
| Investment (Gains) losses, reserves, impairment, net | | | | | | | 0.350 | | | 0.201 | | 0.662 | 0.2 | 0.2 | 0.2 | $0.2 | 0.2 | 0.2 | 0.2 | 0.2 | $0.2 |
| Adjusted Interest Expense, net Non-GAAP | (5.1) | (1.2) | (1.3) | (7.9) | (1.2) | | (18.377) | (21.8) | (25.9) | (19.9) | (86.0) | (25.7) | 113.1 | (21.9) | (21.4) | $44.1 | (21.0) | (20.5) | (20.1) | (19.6) | -$81.1 |
| Non-Operating Income (Expense), net | | | | (0.065) | (0.735) | | (0.473) | (1.566) | 3.542 | (2.045) | (0.5) | 0.400 | (1.015) | | | -$0.6 | | | | | $0.0 |
| Write-off Deferred Financing Costs | | | | | | | | (0.8) | (3.675) | (4.4) | | 5.5 | | | | -$5.5 | | | | | $0.0 |
| Debt Commitment Fee | | | | (7.3) | | | | | | 1.478 | | | | | | | | | | | $0.0 |
| Investment Impairment and Credit Loss Reserves, Net | | | | 0.3 | (1.5) | | (0.033) | 0.2 | (2.0) | (1.7) | (3.5) | (1.1) | | | | -$1.1 | | | | | $0.0 |
| Income/Loss before Taxes and Equity Method Income | 139.918 | 46.903 | 45.840 | 29.550 | (56.678) | 65.615 | (31.827) | (324.994) | (25.161) | (645.777) | (1,027.759) | (20.253) | (166.080) | (3.006) | 1.799 | -$187.5 | 0.732 | 5.787 | 16.304 | 19.806 | $42.6 |
| Tax Rate | | | | | | | -87.2% | 6.1% | -8.5% | 90.2% | 166.5% | 72.1% | 52.0% | 15.6% | 15.2% | | 14.8% | 15.6% | 14.6% | 14.3% | |
| Provision for Income Tax (benefit) | $197.383 | $64.939 | $79.635 | $39.373 | -29.9% | 17.3 | (2.4) | 1.0 | (0.3) | (3.3) | (5.1) | 3.0 | 4.2 | 2.850 | 3.40 | 13.4 | 3.55 | 4.10 | 5.40 | 5.78 | 18.8 |
| Income/Loss before Equity Method Income | 15.5 | 8.1 | 12.0 | 6.3 | (9.1) | | (29.410) | (325.994) | (24.860) | (642.432) | | (23.399) | (170.295) | (5.856) | (1.601) | | (2.818) | 1.687 | 10.904 | 14.026 | |
| Equity Method Loss (Income) | 124.379 | 38.834 | 33.821 | 23.223 | (47.607) | | (0.007) | 0.012 | (0.011) | 0.075 | | 0.050 | | | | | | | | | |
| GAAP Net Income (Loss) | 125.7 | 38.9 | 34.1 | 23.2 | (51.0) | 45.1 | (29.415) | (325.982) | (24.861) | (642.363) | (1,022.6) | (23.159) | (170.295) | (5.856) | (1.601) | (200.9) | (0.688) | 1.687 | 10.904 | 14.026 | 25.9 |
| Total Non-GAAP Adjustments before Taxes | | 1.798 | 1.658 | 14.959 | 47.072 | | 34.975 | 344.625 | 29.026 | 641.570 | 1,050.2 | 25.075 | 175.618 | 25.083 | 25.260 | 251.0 | 26.034 | 26.317 | 28.175 | 28.750 | 109.3 |
| Tax Effect Percent of Income Tax | | 12.1% | 37.1% | 10.4% | 146.8% | | 115.6% | -230.0% | 165.3% | 84.9% | 166.5% | 75.5% | 66.0% | 66.0% | 60.0% | 66.6% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% |
| Associated Tax Effect and Equity Method | (10.1) | 1.0 | 4.5 | 0.7 | (13.32) | (7.2) | (2.8) | (2.3) | (0.5) | (2.84) | (8.4) | 2.2 | 2.8 | 1.88 | 2.04 | 8.9 | 2.13 | 2.46 | 3.24 | 3.47 | 11.3 |
| Total of Supplemental Info, Net of Taxes | - | 2.777 | 6.118 | 15.578 | 33.778 | (7.222) | 32.187 | 342.313 | 28.523 | 638.655 | 1,041.747 | 27.258 | 178.402 | 24.114 | 23.900 | | 24.614 | 24.677 | 26.015 | 26.438 | $101.7 |
| GAAP Net Income (Loss) to Common Stockholders | 125.664 | 38.859 | 34.106 | 23.187 | (51.015) | 45.137 | (29.415) | (325.982) | (24.861) | (642.363) | | (23.159) | (170.295) | (5.856) | (1.601) | -$200.9 | (0.688) | 1.687 | 10.904 | 14.026 | $25.9 |
| Non-GAAP Adjusted Net Income | 171.213 | 58.070 | 75.962 | 33.125 | 30.337 | 197.494 | 2.772 | 16.331 | 3.662 | (3.708) | 19.057 | 4.099 | 8.107 | 18.258 | 22.299 | $52.8 | 23.926 | 26.365 | 36.919 | 40.464 | $127.7 |
| Basic EPS Adjustments per Above | $1.94 | $0.61 | 0.54 | 0.36 | ($0.8) | $0.71 | ($0.46) | (5.09) | (0.39) | ($9.98) | ($15.95) | ($0.36) | (2.61) | ($0.09) | ($0.02) | -$3.08 | ($0.01) | 0.03 | 0.17 | 0.21 | $0.39 |
| Diluted EPS Adjustments per Above | $1.92 | $0.6 | 0.53 | 0.36 | ($0.8) | $0.7 | ($0.46) | (5.09) | (0.39) | ($9.98) | ($15.95) | ($0.34) | (2.37) | ($0.07) | ($0.02) | -$2.70 | ($0.01) | 0.02 | 0.13 | 0.17 | $0.32 |
| Adjusted EPS | $2.61 | $0.9 | 1.19 | 0.52 | $0.47 | $3.08 | $0.04 | $0.26 | 0.06 | ($0.06) | $0.3 | $0.06 | $0.11 | $0.23 | $0.28 | $0.69 | $0.3 | $0.32 | $0.45 | $0.48 | $1.55 |
| Weighted Avg. Basic Shares Out. | 64.7 | 64.0 | 63.5 | 63.8 | 63.9 | 63.8 | 63.9 | 64.0 | 64.2 | 64.4 | 64.1 | 64.5 | 65.3 | 65.3 | 65.5 | $65.14 | 65.7 | 65.9 | 66.1 | $65.8 | |
| Weighted Avg. Diluted Shares Out. | 65.6 | 64.6 | 64.0 | 63.9 | 63.9 | 64.1 | 63.9 | 64.0 | 64.2 | 64.4 | 64.1 | 67.6 | 71.8 | 78.6 | 79.6 | $74.40 | 80.6 | 81.6 | 83.6 | $82.1 | |
| Tax Rate | | | | | | | | | | | | | | 16% | 15% | 25% | 16% | 15% | 14% | Tax 15% | |

Source: Company Reports and The Benchmark Company, LLC Estimates

Exhibit 6 Page 042

# BENCHMARK

# Important Disclosures

### Analyst Certification

The Benchmark Company, LLC ("Benchmark") analyst(s) whose name(s) appears on the front page of this research report certifies that the recommendations and opinions expressed herein accurately reflect the research analyst's personal views about any and all of the subject securities or issues discussed herein. Furthermore, no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the research analyst(s) in this research report.

## Equity Research Ratings System

### Firm-Wide Stock Ratings Distribution

As of September 30, 2024

|  | All Covered Companies | | Investment Banking Clients | |
|---|---|---|---|---|
| Buy | 281 | 71.8% | 49 | 12.5% |
| Hold | 78 | 20.0% | 4 | 1.0% |
| Speculative Buy | 26 | 6.7% | 15 | 3.8% |
| Sell | 6 | 1.5% | 0 | 0.0% |

### Company Ratings

**Buy:** Stock is expected to outperform the analyst's defined Sector/Industry Index* over the following 6 to 12 months.

**Speculative Buy**: The stock has a market value below $100M and/or a higher financial risk profile.  It is expected to outperform the analyst's defined sector/industry index over the following 6 to 12 months.

**Hold:** Stock is expected to perform in-line with the analyst's defined Sector/Industry Index* over the following 6 to 12 months.

**Sell:** Stock is expected to underperform the analyst's defined Sector/Industry Index* over the following 6 to 12 months.

### Industry Ratings

**Overweight:**  Analyst's defined Sector/Industry Index*  is expected to outperform the S&P 500 over the following 6 to 12 months.

**Market Weight:** Analyst's defined Sector/Industry Index* is expected to perform in-line with the S&P 500 over the following 6 to 12 months.

**Underweight:**  Analyst's defined Sector/Industry Index*  is expected to underperform the S&P 500 over the following 6 to 12 months.

### Research Disclosure Legend

1. In the past 12 months, Benchmark and its affiliates have received compensation for investment banking services from the subject company.

2. In the past 12 months, Benchmark and its affiliates have managed or co-managed a public offering of securities for the subject company.

3. Benchmark and its affiliates expect to receive or intend to seek compensation for investment banking services from the subject company in the next three months.

4. The research analyst, a member of the research analyst's household, any associate of the research analyst, or any individual directly involved in the preparation of this report has a long position in the shares or derivatives of the subject company.

5. The research analyst, a member of the research analyst's household, any associate of the research analyst, or any individual directly involved in preparation of this report has a short position in the shares or derivatives of this subject company.

6. A member of the research analyst's household serves as an officer, director or advisory board member of the subject company.

7. As of the month end immediately preceding the date of publication of this report, or the prior month end if publication is within 10 days following a month end, Benchmark and its affiliates, in the aggregate, beneficially owned 1% or more of any class of equity securities of the subject company.

8. A partner, director, officer, employee or agent of Benchmark, or a member of his/her household, is an officer, director or advisor, board member of the subject company and/or one of its subsidiaries.

9. Benchmark makes a market in the securities of the subject company.

10. In the past 12 months, Benchmark, its partners, affiliates, officers or directors, or any analyst involved in the preparation of this report, has provided non-investment banking securities-related services to the subject company for remuneration.

11. In the past 12 months, Benchmark, its partners, affiliates, officers or directors, or any analyst involved in the preparation of this report, has provided non-securities related services to the subject company for remuneration.

### Benchmark Disclosures as of October 10, 2024

| Company | Disclosure |
|---|---|
| Semtech Corporation | |

Exhibit 6 Page 043

# BENCHMARK



## Investment Risk

Investors should carefully consider and evaluate all of the information in the risk factors listed below. This list is not meant to be all inclusive. Risks Relating to Macroeconomic and Industry Conditions, Uncertainty about global economic conditions can pose a risk to the overall economy by causing fluctuations to and reductions in consumer and commercial spending. Risks Relating to Production Operations, Semtech's business could also be harmed if natural disasters, acts of violence, national or international crises or other calamities or emergencies interrupt the production of wafers by the firm's suppliers, the assembly and testing of products by Semtech's subcontractors, or the operations of the company's distributors and direct customers. Risks Relating to Research and Development, Engineering, Intellectual Property and New Technologies. Semtech's customers require their products to undergo a lengthy and expensive qualification process without any assurance of product sales. The firm may be unable to adequately protect its intellectual property rights. Markets for 5G infrastructure may not develop in the manner or in the time periods the company anticipates. While SMTC intends to continue to invest in research and development, the company may be unable to make the substantial investments that are required to remain competitive in the company's business. The company is subject to export restrictions and laws affecting trade and investments, which may limit its ability to sell to certain customers. Semtech receives a significant portion of its revenues from a small number of customers and the loss of any one of these customers or failure to collect a receivable from them could adversely affect the company's business. Changes in government trade policies could have an adverse impact on SMTC's business or the business of its customers, which may materially adversely affect the company's business operations, sales, or gross margins. The loss of any of the firm's key personnel or the failure to attract or retain specialized technical and management personnel could impair it ability to grow its business.

## Valuation Methodology

Our $56 12-month price target is based on a weighted and blended adjustment of SMTC's estimated forward Price-to-Earnings, Price-to-Sales, and forward EV/EBITDA multiples to that of its peer group average. When adjusting SMTC's multiples to those of its peer group averages we arrive at a weighted and blended price target of $56.

## Price Charts

Benchmark's disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies initiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.

## General Disclosures

The Benchmark Company, LLC. ("Benchmark" or "the Firm") compensates research analysts, like other Firm employees, based on the Firm's overall revenue and profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments. No portion of the analyst's compensation is based on a specific banking transaction. Analyst compensation is based upon a variety of factors, including the quality of analysis, performance of recommendations and overall service to the Firm's institutional clients.

This publication does not constitute an offer or solicitation of any transaction in any securities referred to herein. Ratings that use the "Speculative" risk qualifier are considered higher risk. Any recommendation contained herein may not be suitable for all investors.

The Benchmark Company, LLC makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to disclose when information in this report changes apart from when we intend to discontinue research coverage of a subject company. Although the information contained in the subject report has been obtained from sources, we believe to be reliable, its accuracy and completeness cannot be guaranteed.

This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. The Benchmark Company, LLC and its affiliated companies and employees shall have no obligation to update or amend any information herein.

This publication is being furnished to you for informational purposes only and on the condition that it will not form a primary basis for any investment decision. Each investor must make its own determination of the appropriateness of an investment in any securities referred to herein based on the legal, tax and accounting considerations applicable to such investor and its own investment strategy. By virtue of this publication, none of The Benchmark Company, LLC or any of its employees shall be responsible for any investment decision.

This report may discuss numerous securities, some of which may not be qualified for sale in certain states and may therefore not be offered to investors in such states.

The "Recent Price" stated on the cover page reflects the nearest closing price prior to the date of publication.

Exhibit 6 Page 044

▣ BENCHMARK

For additional disclosure information regarding the companies in this report, please contact The Benchmark Company, LLC, 150 East 58th Street, New York, NY 10155, 212-312-6770.

The Benchmark Company, LLC is not in any way affiliated with or endorsed by the Menlo Park, California venture capital firm Benchmark Capital.

This report may not be reproduced, distributed, or published without the prior consent of The Benchmark Company, LLC. Copyright © 2024. All rights reserved by The Benchmark Company, LLC.

Exhibit 6 Page 045