# Exhibit 7

Exhibit 7 Page 046

# PIPER | SANDLER

COMPANY NOTE
October 22, 2024

## Semtech Corp. (SMTC) — Overweight

### Takeaways From Management Deep Dive on Data Center Opportunities

**PRICE: US$43.95**
**TARGET: US$60.00**
~4x P/S on FY26E revs of $1,066M

**Harsh V. Kumar**
Sr. Research Analyst, Piper Sandler & Co.
901 302-1646, harsh.kumar@psc.com

**Robert Aguanno**
Research Analyst, Piper Sandler & Co.
212 284-9345, robert.aguanno@psc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Overweight |
| Price Tgt | — | US$60.00 |
| FY25E Rev (mil) | — | US$898.3 |
| FY26E Rev (mil) | — | US$1,065.7 |
| FY25E EPS | — | US$0.71 |
| FY26E EPS | — | US$1.62 |

| | |
|---|---|
| 52-Week High / Low | US$49.53 / US$13.13 |
| Shares Out (mil) | 71.8 |
| Market Cap. (mil) | US$3,155.0 |
| Total Assets ($mil) | 1,368 |
| Avg Daily Vol (000) | 1,731 |
| Book Value/Share | US$(1.97) |
| Price/Book | (2,231)% |
| Net Cash Per Share | US$(15.00) |
| Debt to Total Capital | 113.5% |
| Div Yield | 0.00% |
| Fiscal Year End | Jan |

**Price Performance - 1 Year**

*Source: Bloomberg*

## CONCLUSION

We had the chance to host the management of SMTC for a call with investors last week to specifically address their opportunities within the data center. Overall, we walked away confident that prospects for SMTC remain intact. Our high-level takeaway was that reports around the demise of NVL36x2 are unfounded as management backed the forecast and guidance for ACC opportunities next year. Additionally, CEO Hou also cited new opportunities are coming up potentially on the horizon with the backplane for ACC. All in all, we are extremely pleased with SMTC's positioning and believe that outside of the core business, which also appears to be turning, numerous opportunities for growth are available. Within the data center, these include SMTC's core products, ACC, LPO, and LRO. We reiterate our Overweight rating and top small-cap pick.

- **Management Enthused Following OCP Demos:** At a high level, management came away from the Open Compute Project Summit (OCP) feeling that data center spend on AI is extremely healthy with a spending roadmap that stretches over the next 5-year time horizon. Companies remain aggressive in their data center deployments particularly around supply. Primary concerns still circulate around the ability to supply compute rather than demand at this time. Topics du jour continue to be supply, power consumption cooling and availability of products.

- **200G Appears to be Standard Going Forward:** As cabling continues to increase in length and power requirements rise with systems scaling, 200G use cases will proliferate amongst compute systems. We feel that this is true for rack-to-rack connectivity as well as backplane opportunities down the line for SMTC as cable lengths increase.

- **NVL36x2 is Alive and Well:** It appears that demand for NVDA's NVL36x2 configuration is alive and well which bodes well for SMTC's initial ACC opportunity. Several weeks ago, there were reports that the NVL36x2 configuration was dead on arrival however this was not the case at OCP as Meta demonstrated its Catalina platform along with NVL72. We note that Meta's Catalina platform was specifically demonstrated at OCP so other data center deployments can reference this configuration.

- **2025 ACC Opportunity Remains Intact:** Management did not back away from its prior statements around its 2025 ACC total opportunity. CEO Hou reiterated SMTC's ACC expectations which we feel is positive given concerns around potential changes in demand for different rack configurations swirling around.

- **Continued on pg. 2...**

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Industry cyclicality, inventory management, and technological improvement

### COMPANY DESCRIPTION

Semtech designs and manufactures high-performance analog products.

| YEAR | REVENUE (US$ m) | | | | | | | | EARNINGS PER SHARE (US$) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr | Jul | Oct | Jan | FY | CY | FY RM | CY RM | Apr | Jul | Oct | Jan | FY | CY | FY P/E | CY P/E |
| **2024A** | 236.5 | 238.4 | 200.9 | 192.9 | 868.8 | — | 3.6x | NA | 0.02 | 0.11 | 0.02 | (0.06) | 0.10 | — | NM | NA |
| **2025E** | 206.1A | 215.4A | 233.0E | 243.9E | 898.3E | — | 3.5x | NA | 0.06A | 0.11A | 0.23E | 0.28E | 0.71E | — | 61.9x | NA |
| **2026E** | 249.3E | 261.9E | 274.0E | 280.5E | 1,065.7E | — | 3.0x | NA | 0.31E | 0.38E | 0.45E | 0.48E | 1.62E | — | 27.1x | NA |

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 7 - 8 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

Exhibit 7 Page 047

**PIPER | SANDLER**

- **Active Copper Opportunity in Backplane:** Today, within data center backplanes, the predominant mode of connectivity for GPUs is DAC cables which are less power efficient and highly cumbersome. This is because DAC cables are usually high gauge and forced to make tight turns in many cases. SMTC already appears to be getting some requests for backplane opportunities as new architectures come online. Ultimately, we feel that as 200G proliferates, these opportunities could expand significantly.

- **Each GPU Gets a Cable:** As far as the backplane opportunity goes, each GPU needs to be connected to the top of the rack switch, so therefore in each of the NVL36 configurations it would be 36 cables while NVL72 would have 72 cables going from GPU or server to the top of rack. Management also noted that NVL72 has major cooling issues given the high power density of over 100KW per rack. We note that the liquid cooling system cools the servers and then facility water is used to cool the cooling units, thus requiring two levels of cooling.

Exhibit 1

**Meta's Catalina Open Architecture**



*Catalina front view (left) and rear view (right).*

Source: Meta

Exhibit 7 Page 048

Semtech Corporation                                                                 Page 2 of 8

**PIPER | SANDLER**

- **Tomahawk 6 Release Could be a Catalyst Next Year:** Broadcom's upcoming switch Tomahawk 6 is expected to ramp through 2025 and could be a major driver for 200G adoption in the industry. This could also be a major catalyst for ACC opportunities which supports the 200G standard. We note that most of the Blackwell platform is already on 200G for InfiniBand configurations. Our understanding is that scale up opportunities are ready for 200G while scale out is still on a mixture of 100G and 200G. Thus, we feel that there are multiple opportunities for SMTC content in both scale up and scale out within the data center.

- **LPO is Coming:** At OCP, SMTC mentioned that they saw several demos of LPO and LRO on the floor. The drivers for adoption of these product are power consumption benefits, thermal and better cost. On our call, management noted that they are aware of several module makers that are already getting LPO and LPO designs from customers for 2025. We suspect that most of the 2025 installations will be non-large hyperscaler applications however they are likely to be smaller CSP's that could adopt LPO/LRP combinations.

- **We Like SMTC's Positioning for LPO Opportunities:** SMTC is well positioned in LPO given its strong TIA offering and will be highly considered for LPO content in our view. We suspect that LPO content could be half of the ACC opportunity while LRO content could be half of LPO opportunity in terms of unit TAM.

- **Backplane Opportunity Depends on GPU Configuration:** As far as the backplane opportunity goes, each GPU needs to be connected to the top of the rack switch, so therefore in each of the NVL36 configurations it would be 36 cables while NVL72 would have 72 cables going from GPU or server to the top of rack. Management also noted that NVL72 has major cooling issues given the high level of power density of over 100KW per rack. We note that the liquid cooling system cools the servers and then facility water is used to cool the cooling units, thus requiring two levels of cooling.

- **Microsoft and Meta Are Two Large ACC Adopters:** As far as SMTC's NVL36 customers for ACC, it appears that the two large adopters appear to be Microsoft and Meta. MSFT has a set of smaller data centers where NVL36 is suitable. For OpenAI, MSFT appears to be going with a larger scale data center buildout using NVL72 configurations.

- **Valuation:** At a closing price of $43.95, Semtech trades at 3.1x our fiscal 2026/CY25 revenue estimate $1,066 million. Semtech trades at a discount relative to its peer group trading at 11.8x. Our $60 price target is based on a ~4x P/S multiple of our fiscal 2026 revenue estimate. We reiterate our Overweight rating.

Exhibit 2

**Valuation Table**

| 10/21/2024 | | | | | Semtech Corporation (SMTC) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ticker | Company Name | | Price | Market Cap (USD)(M) | Volume (90D Avg.) | Enterprise Value (M) | 2025E EPS | 2025E Sales | 2025E P/E | 2025E EV/Sales | 2025E Price/Sales |
| ADI | Analog Devices, Inc. | | $ 225.67 | $ 113,364.25 | 3.216 | 119,446.35 | $ 7.77 | $ 10,562.58 | 29.0 | 11.3 | 10.7 |
| AVGO | Broadcom Inc. | | $ 179.99 | $ 840,190.60 | 27.179 | 898,834.07 | $ 6.37 | $ 61,934.80 | 28.3 | 14.5 | 13.6 |
| MTSI | MACOM Technology Solutions Holdings, Inc. | | $ 114.08 | $ 8,215.36 | 0.512 | 8,413.56 | $ 3.07 | $ 737.60 | 37.2 | 11.4 | 11.1 |
| | | | | | | | | Average: | 31.5 | 12.4 | 11.8 |
| SMTC | Semtech Corporation | | $ 43.95 | $ 3,300.97 | 1.731 | 3,956.46 | $ 1.62 | $ 1,066.00 | 27.1 | 3.7 | 3.1 |

*2025 estimates are calendar or calendar approximations

Source: Factset and Piper Sandler estimates

Exhibit 7 Page 049

**Semtech Corporation (SMTC)**

Annual Income Statement

Fiscal Year Ends January

(Dollars in thousands)

**Harsh Kumar, Senior Analyst**

Harsh.Kumar@psc.com

901-302-1646

10/22/2024

| | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 | FY2021 | FY2022 | FY2023 | FY2024 | FY2025E | FY2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net sales | 594,977 | 557,885 | 490,221 | 549,667 | 604,065 | 648,697 | 547,512 | 595,117 | 740,858 | 756,533 | 868,758 | 898,299 | 1,065,650 |
| Cost of sales | 234,575 | 221,676 | 195,289 | 217,819 | 234,398 | 248,535 | 208,896 | 229,067 | 271,876 | 268,376 | 438,391 | 437,944 | 493,160 |
| Gross profit | 360,402 | 336,209 | 294,932 | 331,848 | 369,667 | 400,162 | 338,616 | 366,050 | 468,982 | 488,157 | 430,367 | 460,355 | 572,490 |
| Operating expenses | | | | | | | | | | | | | |
| Selling, general and admin | 105,195 | 107,831 | 111,921 | 114,155 | 112,706 | 114,005 | 117,471 | 122,270 | 133,646 | 136,729 | 165,919 | 167,797 | 185,400 |
| Research & dev. | 125,150 | 102,111 | 102,656 | 91,528 | 96,411 | 99,183 | 96,230 | 104,245 | 132,544 | 140,803 | 171,558 | 152,585 | 166,500 |
| Total operating expenses | 230,345 | 209,942 | 214,577 | 205,683 | 209,117 | 213,188 | 213,701 | 226,515 | 266,190 | 277,532 | 337,477 | 320,382 | 351,900 |
| Operating income | 130,057 | 126,267 | 80,353 | 126,166 | 160,550 | 186,974 | 124,915 | 139,535 | 202,792 | 210,625 | 92,890 | 139,973 | 220,590 |
| Nonoperating income | | | | | | | | | | | | | |
| Interest income | (10,791) | (5,763) | (9,619) | (12,046) | (8,865) | (6,667) | (5,699) | (6,695) | (6,000) | (6,241) | (85,077) | (78,548) | (75,200) |
| Total nonoperating inc, net | (10,791) | (5,763) | (9,619) | (12,046) | (8,865) | (6,667) | (5,699) | (6,695) | (6,000) | (6,241) | (85,077) | (78,548) | (75,200) |
| Pretax income | 119,266 | 120,504 | 70,734 | 114,120 | 151,685 | 180,307 | 119,216 | 132,840 | 196,792 | 204,384 | 7,813 | 61,425 | 145,390 |
| Income taxes | 12,667 | 16,530 | 14,331 | 23,123 | 25,131 | 30,068 | 16,529 | 17,199 | 25,579 | 25,440 | 1,482 | 8,872 | 17,447 |
| Net income | 106,599 | 103,974 | 56,403 | 90,997 | 126,554 | 150,239 | 102,687 | 115,641 | 171,213 | 178,944 | 6,331 | 52,553 | 127,943 |
| **EPS ($)** | **$1.56** | **$1.54** | **$0.86** | **$ 1.38** | **$ 1.87** | **$ 2.19** | **$ 1.52** | **$ 1.75** | **$ 2.61** | **$ 2.79** | **$ 0.10** | **$ 0.71** | **$ 1.62** |
| Diluted shrs out | 68,516 | 67,559 | 65,769 | 66,105 | 67,743 | 68,493 | 67,523 | 66,058 | 65,557 | 64,077 | 64,149 | 74,177 | 78,950 |
| **Growth rates** | | | | | | | | | | | | | |
| Net sales | 2.8% | -6.2% | -12.1% | 12.1% | 9.9% | 7.4% | -15.6% | 8.7% | 24.5% | 2.1% | 14.8% | 3.4% | 18.6% |
| Gross profit | 1.6% | -6.7% | -12.3% | 12.5% | 11.4% | 8.2% | -15.4% | 8.1% | 28.1% | 4.1% | -11.8% | 7.0% | 24.4% |
| Operating income | -6.3% | -2.9% | -36.4% | 57.0% | 27.3% | 16.5% | -33.2% | 11.7% | 45.3% | 3.9% | -55.9% | 50.7% | 57.6% |
| Net income | -6.9% | -2.5% | -45.8% | 61.3% | 39.1% | 18.7% | -31.7% | 12.6% | 48.1% | 4.5% | -96.5% | 730.1% | 143.5% |
| EPS ($) | -8.4% | -1.1% | -44.3% | 60.5% | 35.7% | 17.4% | -30.7% | 15.1% | 49.2% | 6.9% | -96.5% | 617.9% | 128.7% |
| **Profitability ratios** | | | | | | | | | | | | | |
| Gross margin | 60.6% | 60.3% | 60.2% | 60.4% | 61.2% | 61.7% | 61.8% | 61.5% | 63.3% | 64.5% | 49.5% | 51.2% | 53.7% |
| Operating margin | 21.9% | 22.6% | 16.4% | 23.0% | 26.6% | 28.8% | 22.8% | 23.4% | 27.4% | 27.8% | 10.7% | 15.6% | 20.7% |
| Nonoperating margin | -1.8% | -1.0% | -2.0% | -2.2% | -1.5% | -1.0% | -1.0% | -1.1% | -0.8% | -0.8% | -9.8% | -8.7% | -7.1% |
| Pretax margin | 20.0% | 21.6% | 14.4% | 20.8% | 25.1% | 27.8% | 21.8% | 22.3% | 26.6% | 27.0% | 0.9% | 6.8% | 13.6% |
| Net margin | 17.9% | 18.6% | 11.5% | 16.6% | 21.0% | 23.2% | 18.8% | 19.4% | 23.1% | 23.7% | 0.7% | 5.9% | 12.0% |
| **Expense ratios** | | | | | | | | | | | | | |
| Cost of sales | 39.4% | 39.7% | 39.8% | 39.6% | 38.8% | 38.3% | 38.2% | 38.5% | 36.7% | 35.5% | 50.5% | 48.8% | 46.3% |
| Selling, general and admin | 17.7% | 19.3% | 22.8% | 20.8% | 18.7% | 17.6% | 21.5% | 20.5% | 18.0% | 18.1% | 19.1% | 18.7% | 17.4% |
| Research & dev. | 21.0% | 18.3% | 20.9% | 16.7% | 16.0% | 15.3% | 17.6% | 17.5% | 17.9% | 18.6% | 19.7% | 17.0% | 15.6% |
| Total operating expenses | 38.7% | 37.6% | 43.8% | 37.4% | 34.6% | 32.9% | 39.0% | 38.1% | 35.9% | 36.7% | 38.8% | 35.7% | 33.0% |
| Tax rate | 10.6% | 13.7% | 20.3% | 20.3% | 16.6% | 16.7% | 13.9% | 12.9% | 13.0% | 12.4% | 19.0% | 14.4% | 12.0% |

Current disclosure information for this company is located at http://www.pipersandler.com/researchdisclosures

Exhibit 7 Page 050

Semtech Corporation                                                                 Page 4 of 8

**Semtech Corporation (SMTC)**  **Harsh Kumar, Senior Analyst**
Quarterly Income Statement  Harsh.Kumar@psc.com
Fiscal Year Ends January  901-302-1646
(Dollars in thousands)  **10/22/2024**

| | FY 2024 | | | | | FY 2025E | | | | | FY 2026E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q Apr-23 | 2Q Jul-23 | 3Q Oct-23 | 4Q Jan-24 | YR | 1Q Apr-24 | 2Q Jul-24 | 3QE Oct-24 | 4QE Jan-25 | YRE | 1QE Apr-25 | 2QE Jul-25 | 3QE Oct-25 | 4QE Jan-26 | YRE |
| Net sales | 236,539 | 238,372 | 200,899 | 192,948 | 868,758 | 206,105 | 215,355 | 232,959 | 243,880 | 898,299 | 249,319 | 261,864 | 273,973 | 280,494 | 1,065,650 |
| Cost of sales | 121,818 | 120,139 | 97,838 | 98,596 | 438,391 | 103,465 | 106,816 | 111,821 | 115,843 | 437,944 | 117,180 | 121,767 | 126,028 | 128,186 | 493,160 |
| Gross profit | 114,721 | 118,233 | 103,061 | 94,352 | 430,367 | 102,640 | 108,539 | 121,139 | 128,037 | 460,355 | 132,139 | 140,097 | 147,945 | 152,308 | 572,490 |
| Operating expenses | | | | | | | | | | | | | | | |
| Selling, general and admin | 46,184 | 42,767 | 38,643 | 38,325 | 165,919 | 39,020 | 41,277 | 43,000 | 44,500 | 167,797 | 45,200 | 46,000 | 46,700 | 47,500 | 185,400 |
| Research & dev. | 46,528 | 42,952 | 43,873 | 38,205 | 171,558 | 38,443 | 36,642 | 38,000 | 39,500 | 152,585 | 40,500 | 41,300 | 42,000 | 42,700 | 166,500 |
| Total operating expenses | 92,712 | 85,719 | 82,516 | 76,530 | 337,477 | 77,463 | 77,919 | 81,000 | 84,000 | 320,382 | 85,700 | 87,300 | 88,700 | 90,200 | 351,900 |
| Operating income | 22,009 | 32,514 | 20,545 | 17,822 | 92,890 | 25,177 | 30,620 | 40,139 | 44,037 | 139,973 | 46,439 | 52,797 | 59,245 | 62,108 | 220,590 |
| Nonoperating income | | | | | | | | | | | | | | | |
| Interest & other income | (19,441) | (23,400) | (22,322) | (19,914) | (85,077) | (20,478) | (20,470) | (18,800) | (18,800) | (78,548) | (18,800) | (18,800) | (18,800) | (18,800) | (75,200) |
| Total nonoperating inc, net | (19,441) | (23,400) | (22,322) | (19,914) | (85,077) | (20,478) | (20,470) | (18,800) | (18,800) | (78,548) | (18,800) | (18,800) | (18,800) | (18,800) | (75,200) |
| Pretax income | 2,568 | 9,114 | (1,777) | (2,092) | 7,813 | 4,699 | 10,150 | 21,339 | 25,237 | 61,425 | 27,639 | 33,997 | 40,445 | 43,308 | 145,390 |
| Income taxes | 1,040 | 2,092 | (3,266) | 1,616 | 1,482 | 600 | 2,043 | 3,201 | 3,028 | 8,872 | 3,317 | 4,080 | 4,853 | 5,197 | 17,447 |
| Net income | 1,528 | 7,022 | 1,489 | (3,708) | 6,331 | 4,099 | 8,107 | 18,138 | 22,208 | 52,553 | 24,323 | 29,918 | 35,592 | 38,111 | 127,943 |
| **EPS ($)** | $ 0.02 | $ 0.11 | $ 0.02 | $ (0.06) | $ 0.10 | $ 0.06 | $ 0.11 | $ 0.23 | $ 0.28 | $ 0.71 | $ 0.31 | $ 0.38 | $ 0.45 | $ 0.48 | $ 1.62 |
| **GAAP EPS ($)** | $ (0.46) | $ (5.97) | $ (0.60) | $ (9.98) | $ (17.01) | $ (0.36) | $ (2.61) | $ 0.04 | $ 0.08 | $ (2.85) | $ 0.12 | $ 0.19 | $ 0.26 | $ 0.28 | $ 0.85 |
| Diluted shrs out | 63,924 | 64,005 | 64,304 | 64,363 | 64,149 | 67,620 | 71,787 | 78,600 | 78,700 | 74,177 | 78,800 | 78,900 | 79,000 | 79,100 | 78,950 |
| **Growth rates** | | | | | | | | | | | | | | | |
| Net sales | 17.0% | 13.9% | 13.1% | 15.2% | 14.8% | -12.9% | -9.7% | 16.0% | 26.4% | 3.4% | 21.0% | 21.6% | 17.6% | 15.0% | 18.6% |
| Gross profit | -12.4% | -13.3% | -11.4% | -9.6% | -11.8% | -10.5% | -8.2% | 17.5% | 35.7% | 7.0% | 28.7% | 29.1% | 22.1% | 19.0% | 24.4% |
| Operating income | -63.4% | -49.6% | -57.5% | -52.7% | -55.9% | 14.4% | -5.8% | 95.4% | 147.1% | 50.7% | 84.4% | 72.4% | 47.6% | 41.0% | 57.6% |
| Net income | -97.1% | -87.3% | -96.4% | -112.2% | -96.5% | 168.3% | 15.5% | 1118.1% | -698.9% | 730.1% | 493.4% | 269.0% | 96.2% | 71.6% | 143.5% |
| EPS ($) | -97.0% | -87.3% | -96.4% | -112.1% | -96.5% | 153.6% | 2.9% | 896.6% | -589.8% | 617.9% | 409.2% | 235.8% | 95.2% | 70.7% | 128.7% |
| **Profitability ratios** | | | | | | | | | | | | | | | |
| Gross margin | 48.5% | 49.6% | 51.3% | 48.9% | 49.5% | 49.8% | 50.4% | 52.0% | 52.5% | 51.2% | 53.0% | 53.5% | 54.0% | 54.3% | 53.7% |
| Operating margin | 9.3% | 13.6% | 10.2% | 9.2% | 10.7% | 12.2% | 14.2% | 17.2% | 18.1% | 15.6% | 18.6% | 20.2% | 21.6% | 22.1% | 20.7% |
| Nonoperating margin | -8.2% | -9.8% | -11.1% | -10.3% | -9.8% | -9.9% | -9.5% | -8.1% | -7.7% | -8.7% | -7.5% | -7.2% | -6.9% | -6.7% | -7.1% |
| Pretax margin | 1.1% | 3.8% | -0.9% | -1.1% | 0.9% | 2.3% | 4.7% | 9.2% | 10.3% | 6.8% | 11.1% | 13.0% | 14.8% | 15.4% | 13.6% |
| Net margin | 0.6% | 2.9% | 0.7% | -1.9% | 0.7% | 2.0% | 3.8% | 7.8% | 9.1% | 5.9% | 9.8% | 11.4% | 13.0% | 13.6% | 12.0% |
| **Expense ratios** | | | | | | | | | | | | | | | |
| Cost of sales | 51.5% | 50.4% | 48.7% | 51.1% | 50.5% | 50.2% | 49.6% | 48.0% | 47.5% | 48.8% | 47.0% | 46.5% | 46.0% | 45.7% | 46.3% |
| Selling, general and admin | 19.5% | 17.9% | 19.2% | 19.9% | 19.1% | 18.9% | 19.2% | 18.5% | 18.2% | 18.7% | 18.1% | 17.6% | 17.0% | 16.9% | 17.4% |
| Research & dev. | 19.7% | 18.0% | 21.8% | 19.8% | 19.7% | 18.7% | 17.0% | 16.3% | 16.2% | 17.0% | 16.2% | 15.8% | 15.3% | 15.2% | 15.6% |
| Total operating expenses | 39.2% | 36.0% | 41.1% | 39.7% | 38.8% | 37.6% | 36.2% | 34.8% | 34.4% | 35.7% | 34.4% | 33.3% | 32.4% | 32.2% | 33.0% |
| Tax rate | 40.5% | 22.9% | 183.8% | -77.2% | 19.0% | 12.8% | 20.1% | 15.0% | 12.0% | 14.4% | 12.0% | 12.0% | 12.0% | 12.0% | 12.0% |

Current disclosure information for this company is located at http://www.pipersandler.com/researchdisclosures

Exhibit 7 Page 051

**Semtech Corporation (SMTC)**  
Balance Sheet  
Fiscal Year Ends January  
(Dollars in thousands)

**Harsh Kumar, Senior Analyst**  
Harsh.Kumar@psc.com  
901-302-1646  
10/22/2024

| | Jan-19 | Jan-20 | Jan-21 | Jan-22 | Apr-22 | Jul-22 | Oct-22 | Jan-23 | Apr-23 | Jul-23 | Oct-23 | Jan-24 | Apr-24 | Jul-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | |
| Current assets: | | | | | | | | | | | | | | |
| Cash and equivalents + temp inv | $ 312,120 | $ 293,324 | $ 268,891 | $ 279,601 | $ 275,184 | $ 362,150 | $ 617,801 | $ 235,510 | $ 164,198 | $ 147,912 | $ 123,820 | $ 128,585 | $ 126,777 | $ 115,928 |
| Trade receivable less allowance | 79,223 | 61,927 | 70,433 | 71,507 | 66,360 | 71,105 | 80,539 | 161,695 | 145,383 | 159,097 | 156,613 | 134,322 | 153,921 | 152,976 |
| Inventories | 63,679 | 73,010 | 87,494 | 114,003 | 106,901 | 107,628 | 111,083 | 207,704 | 213,234 | 180,231 | 160,586 | 144,992 | 148,541 | 156,011 |
| Deferred taxes | 8,406 | 10,718 | 22,083 | 5,983 | 2,442 | 2,298 | 2,758 | 6,243 | 11,554 | 7,669 | 10,193 | 11,969 | 10,405 | 15,375 |
| Other | 21,876 | 21,757 | 25,827 | 31,201 | 44,536 | 33,905 | 23,051 | 111,634 | 130,030 | 135,029 | 121,192 | 114,329 | 99,628 | 101,453 |
| Total current assets | 485,304 | 460,736 | 474,728 | 502,295 | 495,423 | 577,086 | 835,232 | 722,786 | 664,399 | 629,938 | 572,404 | 534,197 | 539,272 | 541,743 |
| PPE | 118,488 | 124,418 | 130,934 | 134,940 | 133,590 | 134,015 | 135,571 | 169,293 | 165,341 | 161,329 | 158,834 | 153,618 | 146,944 | 139,525 |
| Intangibles, net | 387,699 | 371,153 | 362,887 | 357,945 | 356,062 | 355,014 | 354,014 | 1,496,805 | 1,487,612 | 1,200,845 | 1,181,909 | 576,793 | 576,009 | 576,458 |
| Investments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred income taxes | 14,362 | 19,409 | 25,483 | 27,803 | 25,643 | 26,977 | 24,898 | 63,783 | 67,490 | 14,075 | 13,597 | 18,014 | 15,271 | 18,017 |
| Other | 57,028 | 76,032 | 88,070 | 107,928 | 105,198 | 106,740 | 117,136 | 116,961 | 115,182 | 112,413 | 111,385 | 91,113 | 99,013 | 92,257 |
| **Total assets** | **$ 1,062,881** | **$ 1,051,748** | **$ 1,082,102** | **$ 1,130,911** | **$ 1,115,916** | **$ 1,199,832** | **$ 1,466,851** | **$ 2,569,628** | **$ 2,500,024** | **$ 2,118,600** | **$ 2,038,129** | **$ 1,373,735** | **$ 1,376,509** | **$ 1,368,000** |
| **Liabilities and shareholders' equity** | | | | | | | | | | | | | | |
| Current liabilities: | | | | | | | | | | | | | | |
| Accounts payable | $ 43,183 | $ 48,009 | $ 50,189 | $ 50,695 | $ 48,381 | $ 53,759 | $ 45,072 | $ 100,676 | $ 74,407 | $ 52,473 | $ 55,008 | $ 45,051 | $ 64,674 | $ 75,760 |
| Accrued liabilities | 65,023 | 50,632 | 59,384 | 77,704 | 60,793 | 86,370 | 95,021 | 253,075 | 192,654 | 215,694 | 183,989 | 172,105 | 160,217 | 148,913 |
| Income tax payable | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred revenue | 3,439 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other current liabilities | 18,269 | - | - | - | 1,242 | - | - | 43,104 | 42,695 | 52,890 | | | | |
| Total current liabilities | 129,914 | 98,641 | 109,573 | 128,399 | 110,416 | 140,129 | 140,093 | 396,855 | 309,756 | 321,057 | 238,997 | 217,156 | 224,891 | 224,673 |
| Long-term debt | 192,845 | 194,743 | 179,195 | 171,676 | 181,797 | 171,917 | 455,113 | 1,296,966 | 1,336,636 | 1,330,614 | 1,373,618 | 1,371,039 | 1,373,422 | 1,192,865 |
| Deferred income taxes | 3,363 | 3,600 | 976 | 1,132 | 1,066 | 1,159 | 1,075 | 5,065 | 4,708 | 4,755 | 4,526 | 829 | - | - |
| Other | 54,078 | 78,249 | 93,405 | 91,929 | 87,464 | 87,581 | 77,973 | 114,707 | 115,715 | 95,159 | 86,549 | 91,961 | 91,294 | 91,899 |
| Shareholders' equity | 682,681 | 676,515 | 698,953 | 737,775 | 735,173 | 799,046 | 792,597 | 756,035 | 733,209 | 367,015 | 334,439 | (307,250) | (313,098) | (141,437) |
| **Total liabilities and shareholders' equity** | **$ 1,062,881** | **$ 1,051,748** | **$ 1,082,102** | **$ 1,130,911** | **$ 1,115,916** | **$ 1,199,832** | **$ 1,466,851** | **$ 2,569,628** | **$ 2,500,024** | **$ 2,118,600** | **$ 2,038,129** | **$ 1,373,735** | **$ 1,376,509** | **$ 1,368,000** |
| **Key balance sheet data** | | | | | | | | | | | | | | |
| Cash and inv per share | $ 1.75 | $ 1.47 | $ 1.36 | $ 1.65 | $ 1.45 | $ 2.97 | $ 2.55 | $ (16.60) | $ (18.34) | $ (18.48) | $ (19.44) | $ (19.30) | $ (18.44) | $ (15.00) |
| Book per share | $ 10.02 | $ 10.09 | $ 10.58 | $ 11.31 | $ 11.39 | $ 12.49 | $ 12.41 | $ 11.83 | $ 11.47 | $ 5.73 | $ 5.20 | $ (4.77) | $ (4.63) | $ (1.97) |
| Tangible book value per share | $ 4.33 | $ 4.55 | $ 5.09 | $ 5.82 | $ 5.87 | $ 6.94 | $ 6.87 | $ (11.59) | $ (11.80) | $ (13.03) | $ (13.18) | $ (13.74) | $ (13.15) | $ (10.00) |
| Long-term debt/total capital | 22.0% | 22.4% | 20.4% | 18.9% | 19.8% | 17.7% | 36.5% | 63.2% | 64.6% | 78.4% | 80.4% | 128.9% | 129.5% | 113.5% |
| Return on equity | 21.8% | 15.7% | 19.5% | 25.1% | 28.1% | 28.9% | 20.8% | 15.7% | 0.8% | 5.1% | 1.7% | -109.1% | -5.3% | -14.3% |
| Working capital | $ 355,390 | $ 362,095 | $ 365,155 | $ 373,896 | $ 385,007 | $ 436,957 | $ 695,139 | $ 325,931 | $ 354,643 | $ 308,881 | $ 333,407 | $ 317,041 | $ 314,381 | $ 317,070 |
| Current ratio | 3.7x | 4.7x | 4.3x | 3.9x | 4.5x | 4.1x | 6.0x | 1.8x | 2.1x | 2.0x | 2.4x | 2.5x | 2.4x | 2.4x |
| Inventory turnover | 3.9x | 3.0x | 3.1x | 2.5x | 2.6x | 2.7x | 2.2x | 1.6x | 2.3x | 2.4x | 2.3x | 2.6x | 2.8x | 2.8x |
| Days sales out in accts rec | 45.2x | 40.9x | 39.0x | 34.2x | 30.0x | 31.0x | 41.4x | 88.1x | 56.1x | 60.9x | 71.1x | 63.5x | 68.1x | 64.8x |
| Net sales | 160,006 | 138,001 | 164,673 | 190,550 | 202,149 | 209,254 | 177,618 | 167,512 | 236,539 | 238,372 | 200,899 | 192,948 | 206,105 | 215,355 |
| Cost of goods sold | 60,611 | 53,173 | 63,430 | 67,662 | 71,121 | 72,825 | 61,278 | 63,152 | 121,818 | 120,139 | 97,838 | 98,596 | 103,465 | 106,816 |
| Net income | 37,548 | 26,810 | 33,590 | 45,659 | 51,821 | 55,432 | 41,354 | 30,337 | 1,528 | 7,022 | 1,489 | (3,708) | 4,099 | 8,107 |
| Average shares out | 68,165 | 67,051 | 66,085 | 65,235 | 64,553 | 63,977 | 63,855 | 63,924 | 63,924 | 64,005 | 64,304 | 64,363 | 67,620 | 71,787 |

Current disclosure information for this company is located at http://www.pipersandler.com/researchdisclosures

Exhibit 7 Page 052

**PIPER|SANDLER**

## IMPORTANT RESEARCH DISCLOSURES



Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| Distribution of Ratings/IB Services Piper Sandler | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [OW] | 532 | 58.02 | 112 | 21.05 |
| HOLD [N] | 350 | 38.17 | 32 | 9.14 |
| SELL [UW] | 35 | 3.82 | 1 | 2.86 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification

The analyst Harsh V. Kumar, primarily responsible for the preparation of this research report, attests to the following:

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 22 October 2024 03:29EDT.

Exhibit 7 Page 053

Semtech Corporation                                                                                          Page 7 of 8

**PIPER|SANDLER**

**Research Disclosures**

Piper Sandler will buy and sell the securities of Semtech Corporation on a principal basis.

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorised and regulated by the Financial Conduct Authority, and is located at 6th Floor, 2 Gresham Street, London EC2V 7AD. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

**Rating Definitions**

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

**Other Important Information**

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives. Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. Canada: Piper Sandler & Co. is not registered as a dealer in Canada and relies on the "international dealer exemption" set forth in National Instrument 31-103 – Registration Requirements, Exemptions and Ongoing Registrant Obligations of the Canadian Securities Administrators. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e., persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2024 Piper Sandler. All rights reserved.

Exhibit 7 Page 054

Semtech Corporation                                                                                                    Page 8 of 8