# Exhibit 8

Exhibit 8 Page 055



**ROTH · MKM**

**Scott W. Searle, CFA**, Managing Director, (646) 616-2782
ssearle@roth.com

**Sales** (800) 933-6830, **Trading** (203) 861-9060

**COMPANY NOTE  |  EQUITY RESEARCH  |  January 11, 2025**

**Technology: Communications, Wireless & (A)IoT**

**Company Update**

# Semtech Corp.  | SMTC-$66.15-NASDAQ  | *Buy*

## Stock Data

| | |
|---|---|
| 52-Week Low - High | $18.48-$69.10 |
| Shares Out. (mil) | 86.18 |
| Mkt. Cap.(mil) | $5,825.69 |
| 3-Mo. Avg. Vol. | 1,639,924 |
| 12-Mo.Price Target | $75.00 |
| Cash (mil) | $155.0 |
| Tot. Debt (mil) | $568.0 |
| Est. 3Yr. EPS Growth | 20% |

Note: Debt and cash are updated (estimates) for the 10.5M share secondary offering ($661M gross and $641M net proceeds).

### Rev ($M)

| Yr Jan | — 2024— | — 2025E— | — 2026E— |
|---|---|---|---|
| | | Curr | Curr |
| 1Q | 236.3A | 206.1A | 241.9E |
| 2Q | 238.4A | 215.4A | 267.5E |
| 3Q | 200.9A | 236.8A | 304.2E |
| 4Q | 192.9A | 249.2E | 309.1E |
| YEAR | 868.8A | 907.5E | 1,122.8E |

### EPS $

| Yr Jan | — 2024— | — 2025E— | — 2026E— |
|---|---|---|---|
| | | Curr | Curr |
| 1Q | 0.02A | 0.06A | 0.33E |
| 2Q | 0.11A | 0.11A | 0.46E |
| 3Q | 0.02A | 0.26A | 0.63E |
| 4Q | (0.06)A | 0.34E | 0.64E |
| YEAR | 0.09A | 0.78E | 2.07E |



**SMTC One-Year Price and Volume History**

## SMTC: CES Underscores Data Center Strength With ACC and LPOs on Track

Coming out of CES, Semtech offered positive elements of optimism as the core semi businesses continues to stabilize and improve, SWIR's divestiture path continues (with a modest boost from Quectel's exclusion list) and the Data Center opportunity is on or ahead of schedule. More specifically, LPOs have quietly ramped up with initial sales expected in CY2H25, which could ultimately exceed the ACC opportunity in 3+ years. With continued delivering on track (SWIR) and ACC/LPOs ramping, we maintain our Buy rating.

**ACC on or ahead of schedule, with LPO coming stealthily fast:** While the discussion has largely centered around the optimism and opportunity for ACC, LPO (linear pluggable optics) could quickly rival or exceed the ACC opportunity in ~3+ years. In general, it remains early days for active copper cable (ACC), but early indications continue to be promising. Mgmt. continues to underscore 1. Expansion above its prior $100M FY26 ACC TAM, 2. Increasing interest beyond initial NVDA (NC) design traction, and 3. Continued 200Gbps port growth. In general, the ACC remains on track with NVDA's Blackwell. However, opportunities continue to percolate beyond NVDA (Google (GOOGL-Buy, Kulkarni)), with further upside dictated by the architectural data center shift and ramp between scale up and scale out. Elsewhere, LPOs (linear pluggable optics) continue to gain traction with SMTC engaged with 6 major optical transceiver companies. Initial revenue is expected in CY2H25 and LPOs could rival and exceed ACC sales within 3+ years depending on interoperability approvals. Post the anticipated divestiture of Sierra Wireless, we believe Data Center could ramp from 28% of sales (3Q25 adjusted) to 40-50%+ of the mix in FY28 (1/28).

**SWIR continues on parallel divestiture path (Quectel entity designation provides a boost):** The demand recovery continues at Sierra Wireless (Modules, gateways/routers and platform) with increasing orders and design activity. Additionally, the recent addition of Quectel to the exclusion list should provide an incremental sales and design bump for SWIR modules, in our opinion (this was generally supported throughout the show). However, despite the recent capital raise ($600M in Dec) and improving demand, we expect the evaluation and divestiture of non-core assets to continue. Collectively, we estimate the SWIR assets would fetch $500-700M, below this initial cash purchase price of $1.2B. However, this would effectively eliminate any remaining high-priced debt and result in net debt of ~$0M. Additionally, this would transform SMTC into a more pure play silicon data center story, which should entail a higher multiple and be welcomed by the Street, in our opinion. We estimate that a divestiture of Sierra Wireless at the low end of our expectations would translate to a pure-play SMTC trading at ~7x preliminary EV/CY26 sales, below comps of 7-15X+

**Elsewhere demand continues to recover; Buy:** In general, the overall demand profile continues to stabilize and improve with LoRa demand and design activity accelerating, Protection stabilizing, GPON poised for next cycle (late CY25). Our conversations throughout CES selectively provided data points around the sustained LoRa adoption cycle. Elsewhere, smartphones, while recovered, are entering their seasonally weaker period. We maintain our Buy rating and $75PT.

**Important Disclosures & Regulation AC Certification(s) are located on pages 6 to 7 of this report.**
*Roth Capital Partners, LLC | 888 San Clemente Drive | Newport Beach CA 92660 | 949 720 5700 | Member FINRA/SIPC*

Exhibit 8 Page 056

**SEMTECH CORP.**                                                  **Company Note - January 11, 2025**

## VALUATION

We maintain our Buy rating and $75 price target, based on ~8.5x EV/CY26E sales (excluding SWIR), a discount to semi data center comps at 10-25x.

Factors that could cause shares to deviate from our price target include changes in competition, continued weakness in China, data center and mobile devices and the continued expansion of the LoRa market.

## RISKS

- **Debt covenants:** Despite the near-term top-line headwinds, we believe the recent financing and more flexible covenant restrictions have dramatically reduced the likelihood of tripping any covenants.
- **Semis are cyclical and highly competitive:** Semtech operates in the highly cyclical semiconductor industry. The company is subject to the macro and cyclical trends that are inherent in the industry. While the current outlook appears to be positive, there is no guarantee how long the current cycle will last. Additionally, semi markets are highly competitive and Semtech competes against larger more financially established vendors. Notably, Semtech participates in several distinct segments that are early in terms of market development and penetration: namely LoRa and data center markets. These segments historically represent approx. 35%+ of core-Semtech (semi) sales and are less subject to the typical semiconductor cycles. Given the April results, we believe that semis have troughed and will continue to improve in the back half of FY25.
- **Sierra Wireless integration:** In addition to traditional integration issues, Semtech is expanding beyond its core skill set of semiconductor design and manufacturing into wireless modules, systems and platforms. While this entails new risks, we believe the company is well-prepared for the integration and expansion of its product portfolio, which will now generate over 50% of its sales from IoT end markets.
- **LoRa remains in the early stages of development:** LoRa, one of the key drivers for growth (increasing from sales of $40-50M in CY17 to ~$200M+ in FY22, before declining to less than $100m run rate in recent quaters), remains in the very early stages of development. While the technology has been deployed in over 170 networks in 100+ countries and exceeding 300 million devices connected, it remains early days with somewhat limited geographic coverage, particularly in the U.S. We believe deployments and the LoRa footprint will continue and use cases will expand making continued device unit growth sustainable, in our opinion.
- **China has been a key driver:** In both wireless and PON (Passive Optical Networks), China is a key market. Collectively, these two segments comprise approximately 10%+ of sales but continue to occupy a disproportionate amount of investor attention. Additionally, smartphones in China are a key portion of consumer Protection sales, which we estimate at ~10% of the mix. We believe that global smartphones have bottomed and are on track to grow in 2024.

## COMPANY DESCRIPTION

Semtech Corporation ("Semtech") is a global supplier of high-performance analog, mixed-signal semiconductors and advanced algorithms. The company designs, develops, and manufactures a wide range of products for commercial applications, typically for leading OEMs and the majority of which are sold into the enterprise computing, communications, high-end consumer and industrial end markets.

**SEMTECH CORP.**  
**Company Note - January 11, 2025**

**Semtech Corp**

| Income Statement | Apr-22 1Q23 | Jul-22 2Q23 | Oct-22 3Q23 | Jan-23 4Q23 | Apr-23 1Q24 | Jul-23 2Q24 | Oct-23 3Q24 | Jan-24 4Q24 | Apr-24 1Q25 | Jul-24 2Q25 | Oct-24 3Q25 | Jan-25 4Q25E | Apr-25 1Q26E | Jul-25 2Q26E | Oct-25 3Q26E | Jan-26 4Q26E | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025E | 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 202.1 | 209.3 | 177.6 | 167.5 | 236.5 | 238.4 | 200.9 | 192.9 | 206.1 | 215.4 | 236.8 | 249.2 | 241.9 | 267.5 | 304.2 | 309.1 | 648.7 | 547.5 | 595.1 | 740.9 | 756.5 | 868.8 | 907.5 | 1,122.8 |
| COGS | 71.1 | 72.8 | 61.3 | 63.1 | 121.8 | 120.2 | 97.9 | 98.7 | 103.4 | 106.9 | 112.8 | 117.2 | 115.9 | 126.2 | 143.3 | 144.9 | 248.5 | 208.9 | 229.0 | 272.0 | 268.4 | 438.6 | 440.3 | 530.3 |
| Gross Profit | 131.0 | 136.4 | 116.3 | 104.4 | 114.7 | 118.2 | 103.0 | 94.3 | 102.7 | 108.5 | 124.0 | 132.1 | 126.1 | 141.3 | 160.9 | 164.2 | 400.2 | 338.6 | 366.1 | 468.8 | 488.2 | 430.2 | 467.2 | 592.5 |
| R&D | 34.8 | 36.5 | 31.6 | 37.9 | 46.5 | 43.0 | 43.9 | 38.2 | 38.4 | 36.6 | 38.7 | 39.2 | 39.2 | 39.7 | 40.5 | 41.5 | 99.2 | 96.2 | 104.1 | 132.5 | 140.8 | 171.6 | 153.0 | 160.8 |
| SG&A | 36.1 | 35.4 | 36.5 | 28.8 | 46.2 | 42.8 | 38.6 | 38.3 | 38.9 | 41.3 | 41.9 | 42.9 | 42.9 | 43.4 | 44.1 | 45.1 | 114.0 | 117.5 | 122.3 | 133.6 | 136.7 | 165.9 | 165.0 | 175.5 |
| **Operating Income** | **60.2** | **64.5** | **48.3** | **37.7** | **22.0** | **32.5** | **20.5** | **17.7** | **25.3** | **30.6** | **43.4** | **50.0** | **44.0** | **58.2** | **76.4** | **77.6** | **187.0** | **124.9** | **139.8** | **202.7** | **210.6** | **92.7** | **149.3** | **256.1** |
| Amortization | 11.9 | 14.3 | 4.2 | 61.6 | 24.3 | 28.8 | 20.9 | 12.1 | 18.0 | 19.7 | 20.8 | 22.3 | 19.3 | 20.8 | 20.8 | 22.3 | 80.1 | 60.8 | 61.3 | 56.7 | 92.0 | 86.1 | 80.8 | 83.2 |
| Non-recurring Costs | 1.2 | 4.1 | 7.0 | 14.1 | 9.7 | 303.8 | 11.9 | 625.6 | 4.2 | 3.1 | 4.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (5.2) | 2.8 | 3.3 | 1.2 | 26.5 | 951.0 | 12.1 | 0.0 |
| **Operating Income (repo** | **47.1** | **46.1** | **37.0** | **(38.0)** | **(11.9)** | **(300.1)** | **(12.4)** | **(620.0)** | **3.1** | **7.8** | **17.8** | **27.7** | **24.7** | **37.4** | **55.6** | **55.3** | **112.0** | **61.3** | **75.1** | **144.7** | **92.2** | **(944.3)** | **56.4** | **172.9** |
| Net Interest | (1.2) | (1.3) | (9.0) | (2.1) | (19.4) | (23.5) | (27.7) | (22.1) | (22.7) | (28.1) | (20.3) | (15.6) | (8.8) | (8.8) | (8.8) | (8.8) | (9.2) | (9.1) | (5.3) | (5.1) | (13.6) | (92.8) | (86.7) | (35.3) |
| Other | 0.3 | 18.8 | 1.1 | (42.4) | (0.5) | (1.8) | 1.6 | (3.7) | (0.7) | (145.7) | (1.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (17.7) | 1.7 | (6.6) | (0.2) | 17.9 | (4.5) | (147.5) | 0.0 |
| EBT | 46.1 | 63.6 | 29.1 | (42.4) | (31.8) | (325.4) | (38.6) | (645.8) | (20.3) | (166.1) | (3.6) | 12.1 | 15.8 | 28.6 | 46.7 | 46.5 | 85.2 | 53.8 | 63.1 | 139.4 | 96.5 | (1,041.6) | (177.9) | 137.7 |
| Income Tax | 8.1 | 12.0 | 6.3 | (9.1) | (2.4) | 56.6 | 0.3 | (3.3) | 3.0 | 4.2 | 4.0 | 1.8 | 2.9 | 5.1 | 8.4 | 8.4 | 20.5 | 14.2 | 3.4 | 15.5 | 17.3 | 51.1 | 13.0 | 24.8 |
| **Net Income** | **38.0** | **51.6** | **22.8** | **(33.3)** | **(29.4)** | **(382.0)** | **(38.9)** | **(642.4)** | **(23.2)** | **(170.3)** | **(7.6)** | **10.3** | **13.0** | **23.5** | **38.3** | **38.1** | **64.7** | **39.6** | **59.7** | **123.9** | **79.1** | **(1,092.7)** | **(190.8)** | **112.9** |
| Share (Basic) | 64.0 | 63.5 | 63.8 | 63.9 | 63.9 | 64.0 | 64.2 | 64.4 | 64.5 | 65.3 | 75.3 | 81.1 | 86.6 | 86.9 | 87.2 | 87.5 | 66.0 | 66.3 | 65.2 | 64.7 | 63.8 | 64.1 | 71.5 | 87.1 |
| Shares (FD) | 64.6 | 64.0 | 63.9 | 63.9 | 64.0 | 64.0 | 64.3 | 64.4 | 67.6 | 71.8 | 78.6 | 85.3 | 90.1 | 90.4 | 90.7 | 91.0 | 68.3 | 67.5 | 66.1 | 65.6 | 64.1 | 64.2 | 75.8 | 90.6 |
| **EPS (Basic) - GAAP** | **$0.59** | **$0.81** | **$0.36** | **($0.52)** | **($0.46)** | **($5.97)** | **($0.61)** | **($9.98)** | **($0.36)** | **($2.61)** | **($0.10)** | **$0.13** | **$0.15** | **$0.27** | **$0.44** | **$0.44** | **$0.96** | **$0.48** | **$0.92** | **$1.92** | **$0.96** | **($17.03)** | **($2.94)** | **$1.29** |
| **Pro Forma EPS (FD)** | **$0.80** | **$0.87** | **$0.65** | **$0.47** | **$0.02** | **$0.11** | **$0.02** | **($0.06)** | **$0.06** | **$0.11** | **$0.26** | **$0.34** | **$0.33** | **$0.46** | **$0.63** | **$0.64** | **$2.20** | **$1.52** | **$1.75** | **$2.61** | **$2.80** | **$0.09** | **$0.78** | **$2.07** |
| *% of Sales* | | | | | | | | | | | | | | | | | | | | | | | | |
| Gross Margin | 64.8% | 65.2% | 65.5% | 62.3% | 48.5% | 49.6% | 51.3% | 48.9% | 49.8% | 50.4% | 52.4% | 53.0% | 52.1% | 52.8% | 52.9% | 53.1% | 61.7% | 61.8% | 61.5% | 63.3% | 64.5% | 49.5% | 51.5% | 52.8% |
| R&D | 17.2% | 17.5% | 17.8% | 22.6% | 19.7% | 18.0% | 21.8% | 19.8% | 18.7% | 17.0% | 16.3% | 15.7% | 16.2% | 14.8% | 13.3% | 13.4% | 15.3% | 17.6% | 17.5% | 17.9% | 18.6% | 19.7% | 16.9% | 14.3% |
| SG&A | 17.8% | 16.9% | 20.5% | 17.2% | 19.5% | 17.9% | 19.2% | 19.9% | 18.9% | 19.2% | 17.7% | 17.2% | 17.7% | 16.2% | 14.5% | 14.6% | 17.6% | 21.5% | 20.5% | 18.0% | 18.1% | 19.1% | 18.2% | 15.6% |
| Op Inc (normalized) | 29.8% | 30.8% | 27.2% | 22.5% | 9.3% | 13.6% | 10.2% | 9.2% | 12.3% | 14.2% | 18.3% | 20.0% | 18.2% | 21.8% | 25.1% | 25.1% | 28.8% | 22.8% | 23.5% | 27.4% | 27.8% | 10.7% | 16.4% | 22.8% |
| Net Inc | 18.8% | 24.7% | 12.8% | (19.9%) | (12.4%) | (160.2%) | (19.3%) | (333.0%) | (11.3%) | (79.1%) | (3.2%) | 4.1% | 5.4% | 8.8% | 12.6% | 12.3% | 10.0% | 7.2% | 10.0% | 16.7% | 10.5% | (125.8%) | (21.0%) | 10.1% |
| *% Change* | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | 18.7% | 13.1% | (8.9%) | (12.1%) | 17.0% | 13.9% | 13.1% | 15.2% | (12.9%) | (9.7%) | 17.9% | 29.2% | 17.4% | 24.2% | 28.5% | 24.0% | 7.4% | (15.6%) | 8.7% | 24.5% | 2.1% | 14.8% | 4.5% | 23.7% |
| Op Inc | 44.9% | 28.6% | (15.0%) | (30.4%) | (63.4%) | (49.6%) | (57.6%) | (53.0%) | 14.9% | (6.0%) | 112.2% | 181.8% | 73.7% | 90.5% | 75.9% | 55.3% | 19.8% | (33.2%) | 11.9% | 45.0% | 3.9% | (56.0%) | 61.0% | 71.6% |

Source: SEC Filings, company reports, and ROTH Capital Partners

**Scott W Searle, CFA**  
ssearle@roth.com  
**(646) 616-2782**

**SEMTECH CORP.**  Company Note - January 11, 2025

## Semtech Corp

| Sales Summary | Apr-22 1Q23 | Jul-22 2Q23 | Oct-22 3Q23 | Jan-23 4Q23 | Apr-23 1Q24 | Jul-23 2Q24 | Oct-23 3Q24 | Jan-24 4Q24 | Apr-24 1Q25 | Jul-24 2Q25 | Oct-24 3Q25 | Jan-25 4Q25E | Apr-25 1Q26E | Jul-25 2Q26E | Oct-25 3Q26E | Jan-26 4Q26E | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025E | 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Revenue Mix* | | | | | | | | | | | | | | | | | | | | | | | | | |
| Signal Integrity | 79.3 | 87.4 | 76.7 | 60.8 | 41.6 | 46.5 | 48.7 | 42.8 | 58.3 | 59.4 | 71.5 | 74.8 | 72.0 | 79.4 | 88.2 | 88.2 | 263.0 | 276.0 | 223.1 | 255.4 | 289.5 | 304.1 | 179.7 | 263.9 | 327.7 |
| Protection | 55.5 | 54.3 | 39.9 | 39.4 | 27.6 | 37.0 | 39.1 | 32.4 | 39.4 | 36.3 | 38.5 | 36.4 | 33.4 | 36.9 | 42.7 | 40.8 | 176.5 | 182.1 | 157.2 | 161.9 | 203.7 | 189.1 | 136.1 | 150.6 | 153.8 |
| Wireless and Sensing | 67.3 | 67.6 | 61.1 | 52.3 | 34.3 | 28.2 | 29.9 | 28.0 | 36.0 | 43.0 | 44.3 | 45.3 | 41.3 | 44.5 | 50.3 | 50.4 | 164.6 | 190.6 | 167.1 | 177.6 | 247.7 | 248.3 | 120.4 | 168.5 | 186.4 |
| Sierra Wireless | 0.0 | 0.0 | 0.0 | 15.0 | 133.0 | 126.6 | 83.2 | 89.7 | 72.5 | 76.7 | 82.5 | 92.9 | 95.4 | 106.8 | 123.1 | 129.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 15.0 | 432.6 | 324.5 | 454.9 |
| **Total** | **202.1** | **209.3** | **177.6** | **167.5** | **236.5** | **238.4** | **200.9** | **192.9** | **206.1** | **215.4** | **236.8** | **249.2** | **241.9** | **267.5** | **304.2** | **309.1** | **604.1** | **648.7** | **547.3** | **595.0** | **740.9** | **756.5** | **868.8** | **907.5** | **1,122.8** |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Revenue Mix* | | | | | | | | | | | | | | | | | | | | | | | | | |
| Signal Integrity | 39% | 42% | 43% | 36% | 18% | 20% | 24% | 22% | 28% | 28% | 30% | 30% | 30% | 30% | 29% | 29% | 44% | 43% | 41% | 43% | 39% | 40% | 21% | 29% | 29% |
| Protection | 27% | 26% | 22% | 24% | 12% | 16% | 19% | 17% | 19% | 17% | 16% | 15% | 14% | 14% | 14% | 13% | 29% | 28% | 29% | 27% | 27% | 25% | 16% | 17% | 14% |
| Wireless and Sensing | 33% | 32% | 34% | 31% | 15% | 12% | 15% | 15% | 17% | 20% | 19% | 18% | 17% | 17% | 17% | 16% | 27% | 29% | 31% | 30% | 33% | 33% | 14% | 19% | 17% |
| Sierra Wireless | 0% | 0% | 0% | 9% | 56% | 53% | 41% | 46% | 35% | 36% | 35% | 37% | 39% | 40% | 40% | 42% | 0% | 0% | 0% | 0% | 0% | 2% | 50% | 36% | 41% |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| *% Change (y/y)* | | | | | | | | | | | | | | | | | | | | | | | | | |
| Signal Integrity | 18.9% | 19.5% | 1.7% | (18.2%) | (47.5%) | (46.8%) | (36.5%) | (29.5%) | 40.0% | 27.7% | 46.7% | 74.5% | 23.4% | 33.7% | 23.3% | 17.9% | 1.6% | 5.0% | (19.2%) | 14.5% | 13.3% | 5.1% | (40.9%) | 46.9% | 24.1% |
| Protection | 23.0% | 10.0% | (29.3%) | (25.3%) | (50.4%) | (31.8%) | (2.0%) | (17.8%) | 42.8% | (1.9%) | (1.4%) | 12.2% | (15.2%) | 1.6% | 11.0% | 12.1% | 17.8% | 3.2% | (13.7%) | 3.0% | 25.8% | (7.2%) | (28.0%) | 10.7% | 2.1% |
| Wireless and Sensing | 15.0% | 8.1% | (3.3%) | (17.6%) | (49.0%) | (58.3%) | (51.0%) | (46.5%) | 4.9% | 52.4% | 48.1% | 61.6% | 14.7% | 3.5% | 13.5% | 11.4% | 16.9% | 15.8% | (12.3%) | 6.3% | 39.4% | 0.3% | (51.5%) | 39.9% | 10.6% |
| Sierra Wireless | | | | | | | | 498.0% | (45.5%) | (39.5%) | (0.8%) | 3.5% | 31.6% | 39.3% | 49.2% | 39.7% | (100.0%) | | | | | | | (25.0%) | 40.2% |
| **Total** | **18.7%** | **13.1%** | **(8.9%)** | **(12.1%)** | **17.0%** | **13.9%** | **13.1%** | **15.2%** | **(12.9%)** | **(9.7%)** | **17.9%** | **29.2%** | **17.4%** | **24.2%** | **28.5%** | **24.0%** | **9.9%** | **7.4%** | **(15.6%)** | **8.7%** | **24.5%** | **2.1%** | **14.8%** | **4.5%** | **23.7%** |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| *% Change (seq)* | | | | | | | | | | | | | | | | | | | | | | | | | |
| Signal Integrity | 6.7% | 10.2% | (12.2%) | (20.8%) | (31.5%) | 11.7% | 4.8% | (12.1%) | 36.1% | 1.9% | 20.4% | 4.5% | (3.7%) | 10.4% | 11.0% | 0.0% | | | | | | | | | |
| Protection | 5.3% | (2.3%) | (26.5%) | (1.1%) | (30.1%) | 34.3% | 5.5% | (17.0%) | 21.4% | (7.7%) | 6.1% | (5.6%) | (8.2%) | 10.5% | 15.9% | (4.6%) | | | | | | | | | |
| Wireless and Sensing | 6.0% | 0.5% | (9.7%) | (14.3%) | (34.4%) | (17.8%) | 6.0% | (6.3%) | 28.5% | 19.5% | 3.0% | 2.2% | (8.8%) | 7.9% | 12.9% | 0.3% | | | | | | | | | |
| Sierra Wireless | | | | | 786.9% | (4.8%) | (34.3%) | 7.8% | (19.2%) | 5.8% | 7.6% | 12.6% | 2.7% | 11.9% | 15.3% | 5.4% | | | | | | | | | |
| **Total** | **6.1%** | **3.5%** | **(15.1%)** | **(5.7%)** | **41.2%** | **0.8%** | **(15.7%)** | **(4.0%)** | **6.8%** | **4.5%** | **10.0%** | **5.3%** | **(2.9%)** | **10.6%** | **13.7%** | **1.6%** | | | | | | | | | |

Source: SEC Filings, company reports, and ROTH Capital Partners. Note: We continue to estimate sales in previoulsy recorded categories.

**Scott W Searle, CFA**
ssearle@roth.com
**(646) 616-2782**

**SEMTECH CORP.**    **Company Note - January 11, 2025**

**Semtech Corp**

Adjusted for net proceeds of $640.7M

*Fiscal Year Ends January*

| Balance Sheet | Apr-21 1Q22 | Jul-21 2Q22 | Oct-21 3Q22 | Jan-22 4Q22 | Apr-22 1Q23 | Jul-22 2Q23 | Oct-22 3Q23 | Jan-23 4Q23 | Apr-23 1Q24 | Jul-23 2Q24 | Oct-23 3Q24 | Jan-24 4Q24E | Apr-24 1Q25 | Jul-24 2Q25 | Oct-24 3Q25 | ... | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | | | | | | | |
| Cash & equivalents | 258.2 | 262.7 | 276.6 | 279.6 | 275.2 | 362.2 | 617.8 | 235.5 | 164.2 | 147.9 | 123.8 | 128.6 | 126.8 | 115.9 | 155.2 | | 312.1 | 293.3 | 268.9 | 279.6 | 235.5 | 128.6 |
| Accounts Receivables | 66.5 | 73.1 | 74.3 | 71.5 | 66.4 | 71.1 | 80.5 | 161.7 | 145.4 | 159.1 | 156.6 | 134.3 | 153.9 | 153.0 | 142.5 | | 79.2 | 61.9 | 70.4 | 71.5 | 161.7 | 134.3 |
| Inventories | 93.9 | 103.0 | 105.2 | 114.0 | 106.9 | 107.6 | 111.1 | 207.7 | 213.2 | 180.2 | 160.6 | 145.0 | 148.5 | 156.0 | 163.5 | | 63.7 | 73.0 | 87.5 | 114.0 | 207.7 | 145.0 |
| Prepaid Expenses & Other | 42.7 | 46.1 | 40.3 | 37.2 | 47.0 | 36.2 | 25.8 | 117.9 | 141.6 | 142.7 | 131.4 | 126.3 | 110.0 | 116.8 | 115.4 | | 30.3 | 32.5 | 47.9 | 37.2 | 117.9 | 126.3 |
| **Total current assets** | **461.4** | **484.8** | **496.4** | **502.3** | **495.4** | **577.1** | **835.2** | **722.8** | **664.4** | **629.9** | **572.4** | **534.2** | **539.3** | **541.7** | **576.6** | | **485.3** | **460.7** | **474.7** | **502.3** | **722.8** | **534.2** |
| | | | | | | | | | | | | | | | | | | | | | | |
| PP&E | 131.3 | 132.1 | 130.7 | 134.9 | 133.6 | 134.0 | 135.6 | 169.3 | 165.3 | 161.3 | 158.8 | 153.6 | 146.9 | 139.5 | 133.2 | | 118.5 | 124.4 | 130.9 | 134.9 | 169.3 | 153.6 |
| Goodwill | 361.6 | 360.3 | 359.0 | 357.9 | 356.1 | 355.0 | 354.0 | 1,496.8 | 1,487.1 | 1,200.8 | 1,181.9 | 576.8 | 576.0 | 576.5 | 578.1 | | 387.7 | 371.2 | 362.9 | 357.9 | 1,496.8 | 576.8 |
| LT Investments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 115.4 | 122.7 | 135.2 | 107.9 | 105.2 | 133.7 | 142.0 | 180.7 | 182.7 | 126.5 | 125.0 | 109.1 | 99.0 | 110.3 | 109.9 | | 71.4 | 95.4 | 113.6 | 107.9 | 180.7 | 109.1 |
| **Total Assets** | **1,069.6** | **1,100.0** | **1,121.3** | **1,103.1** | **1,090.3** | **1,199.8** | **1,466.9** | **2,569.6** | **2,499.5** | **2,118.6** | **2,038.1** | **1,373.7** | **1,361.2** | **1,368.0** | **1,397.8** | | **1,062.9** | **1,051.7** | **1,082.1** | **1,103.1** | **2,569.6** | **1,373.7** |
| | | | | | | | | | | | | | | | | | | | | | | |
| Liabilities | | | | | | | | | | | | | | | | | | | | | | |
| Accounts payable | 51.2 | 52.5 | 46.4 | 50.7 | 48.4 | 53.8 | 45.1 | 100.7 | 74.4 | 52.5 | 55.0 | 45.1 | 64.7 | 75.8 | 63.9 | | 43.2 | 48.0 | 50.2 | 50.7 | 100.7 | 45.1 |
| Accrued expenses | 45.3 | 63.9 | 77.5 | 77.7 | 60.8 | 86.4 | 95.0 | 253.1 | 192.7 | 215.7 | 184.0 | 172.1 | 160.2 | 148.9 | 171.6 | | 65.0 | 50.6 | 59.4 | 77.7 | 253.1 | 172.1 |
| Current debt & capital lease | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 43.1 | 42.7 | 52.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 18.3 | 0.0 | 0.0 | 0.0 | 43.1 | 0.0 |
| Deferred Revenue | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 3.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 1.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total current liabilities** | **96.5** | **116.4** | **123.9** | **128.4** | **110.4** | **140.1** | **140.1** | **396.9** | **309.8** | **321.1** | **239.0** | **217.2** | **224.9** | **224.7** | **235.5** | | **129.9** | **98.6** | **109.6** | **128.4** | **396.9** | **217.2** |
| | | | | | | | | | | | | | | | | | | | | | | |
| LT Debt & Cap Lease | 175.3 | 175.4 | 175.6 | 171.7 | 181.8 | 171.9 | 455.1 | 1,297.0 | 1,336.6 | 1,330.6 | 1,373.6 | 1,371.0 | 1,373.4 | 1,192.9 | 568.3 | | 192.8 | 194.7 | 179.2 | 171.7 | 1,297.0 | 1,371.0 |
| Convertible Debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Liabilities | 93.3 | 99.6 | 103.4 | 93.1 | 88.5 | 88.7 | 79.0 | 114.7 | 120.6 | 99.9 | 91.1 | 92.8 | 91.3 | 91.9 | 92.9 | | 57.4 | 81.8 | 94.4 | 93.1 | 114.7 | 92.8 |
| **Total liabilities** | **365.1** | **391.4** | **402.9** | **393.1** | **380.7** | **400.8** | **674.3** | **1,808.5** | **1,767.0** | **1,751.6** | **1,703.7** | **1,681.0** | **1,689.6** | **1,509.4** | **896.7** | | **380.2** | **375.2** | **383.1** | **393.1** | **1,808.5** | **1,681.0** |
| | | | | | | | | | | | | | | | | | | | | | | |
| **Equity** | | | | | | | | | | | | | | | | | | | | | | |
| Common Equity | 704.5 | 708.6 | 718.4 | 737.8 | 735.2 | 799.0 | 792.6 | 756.0 | 733.0 | 367.0 | 334.4 | (307.3) | (313.1) | (141.4) | (139.7) | | 682.7 | 676.5 | 699.0 | 737.8 | 756.0 | (307.3) |
| **Total Equity** | **704.5** | **708.6** | **718.4** | **737.8** | **735.2** | **799.0** | **792.6** | **756.0** | **733.0** | **367.0** | **334.4** | **(307.3)** | **(313.1)** | **(141.4)** | **(139.7)** | | **682.7** | **676.5** | **699.0** | **737.8** | **756.0** | **(307.3)** |
| | | | | | | | | | | | | | | | | | | | | | | |
| **Total Liabilities & Equity** | **1,069.6** | **1,100.0** | **1,121.3** | **1,130.9** | **1,115.9** | **1,199.8** | **1,466.9** | **2,564.6** | **2,500.0** | **2,118.6** | **2,038.1** | **1,373.7** | **1,376.5** | **1,368.0** | **757.0** | | **1,062.9** | **1,051.7** | **1,082.1** | **1,130.9** | **2,564.6** | **1,373.7** |

*Fiscal Year* (header spanning 2019–2024 columns)

Source: ROTH Capital Partners

**Scott W Searle, CFA**
ssearle@roth.com

**SEMTECH CORP.**                                                    **Company Note - January 11, 2025**

Regulation Analyst Certification ("Reg AC"): The research analyst primarily responsible for the content of this report certifies the following under Reg AC: I hereby certify that all views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

## Disclosures:

The price target and rating history for Alphabet Inc. prior to February 1, 2023 reflect MKM's published opinion prior to the acquisition of MKM Partners, LLC by Roth Capital Partners, LLC.

Within the last twelve months, ROTH Capital Partners, or an affiliate to ROTH Capital Partners, has received compensation for investment banking services from Semtech Corp..

Within the last twelve months, ROTH Capital Partners, or an affiliate to ROTH Capital Partners, has managed or co-managed a public offering for Semtech Corp..





Each box on the Rating and Price Target History chart above represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first note written during the past three years. **Distribution Ratings/IB Services** shows the number of companies in each rating category from which Roth or an affiliate received compensation for investment banking services in the past 12 month.
**Distribution of IB Services Firmwide**

**IB Serv./Past 12 Mos.**

**SEMTECH CORP.**                                                                    **Company Note - January 11, 2025**

| Rating | Count | Percent | as of 01/11/2025 Count | as of 01/11/2025 Percent |
|---|---|---|---|---|
| **Buy [ B]** | **356** | **78.24** | **106** | **29.78** |
| **Neutral [ N]** | **76** | **16.70** | **5** | **6.58** |
| **Sell [ S]** | **2** | **0.44** | **0** | **0** |
| **Under Review [ UR]** | **21** | **4.62** | **2** | **9.52** |

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a stock and its implied price movement may not correspond to the stated 12-month price target.

Ratings System Definitions - ROTH Capital employs a rating system based on the following:

**Buy:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation of a total return of at least 10% over the next 12 months.

**Neutral:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation of a total return between negative 10% and 10% over the next 12 months.

**Sell:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation that the price will depreciate by more than 10% over the next 12 months.

**Under Review [UR]:** A rating, which at the time it is instituted and or reiterated, indicates the temporary removal of the prior rating, price target and estimates for the security. Prior rating, price target and estimates should no longer be relied upon for UR-rated securities.

**Not Covered [NC]:** ROTH Capital does not publish research or have an opinion about this security.

ROTH Capital Partners, LLC expects to receive or intends to seek compensation for investment banking or other business relationships with the covered companies mentioned in this report in the next three months. The material, information and facts discussed in this report other than the information regarding ROTH Capital Partners, LLC and its affiliates, are from sources believed to be reliable, but are in no way guaranteed to be complete or accurate. This report should not be used as a complete analysis of the company, industry or security discussed in the report. Additional information is available upon request. This is not, however, an offer or solicitation of the securities discussed. Any opinions or estimates in this report are subject to change without notice. An investment in the stock may involve risks and uncertainties that could cause actual results to differ materially from the forward-looking statements. Additionally, an investment in the stock may involve a high degree of risk and may not be suitable for all investors. No part of this report may be reproduced in any form without the express written permission of ROTH. Copyright 2025. Member: FINRA/SIPC.