# Exhibit 9

Exhibit 9 Page 063



Semiconductors
# Processors/AI

## 27th Annual Needham Growth Conference Takeaways: Semiconductor Recap

Last week, Needham hosted over 400 companies and 1,100 investors at the 27th Annual Needham Growth Conference (NGC). Our team hosted presentations, fireside chats and 1x1 meetings with over 40 semiconductor companies, including 18 under coverage.

We come away with three key themes heading into 4Q24 earnings season: 1) excess inventory in the Automotive and Industrial segments should be mostly cleared by mid-2025; 2) End demand remains mixed, as Data Center/AI demand is robust, while non-AI exposed end markets are soft; and 3) Most companies believe they won't be directly affected by tariffs from the new administration, but acknowledge indirect demand risks associated with tariffs.

We remain positive on our 2025 Top Pick, **ALGM,** and view **ALAB, CRDO, MTSI, and SMTC** as beneficiaries from robust Data Center/AI demand. We were also encouraged by positive commentary from **AMBA, MXL, SYNA and VICR**,

### Automotive and Industrial inventory likely to clear by mid-2025.

Most of our companies believe the worst is behind them with regard to inventory digestion, and expect excess inventory should be mostly cleared by mid-2025. **ALGM** is seeing healthy automotive demand in Asia, but noted softness persists in North America and Europe on inventory digestion and shifting automotive strategies. In industrial, the company is beginning to see green shoots in subsegments such as automation, cloud infrastructure, medical, and robotics. **LSCC** expects channel inventories in the Industrial and Automotive segment to improve through C1H25, leading to Y/Y revenue growth within that segment in C2H25. **NVTS** expects to return to sequential growth beyond C1Q25 as inventory clears and new GaN design wins ramp in the solar market in mid-2025 and in the EV market sometime in late-2025/early-2026.

### End demand remains soft in most end markets except for Data Center/AI.

End market demand in data center/AI remains healthy, while non-AI exposed end markets are soft. **ALAB** expects content increases in Blackwell platforms due to Scorpio and highlighted the large opportunity in scale-up networks outside NVDA. **CRDO** reiterated its outlook for revenue to grow ~50% Y/Y in FY26, and we see the potential for Amazon to drive upside to current FY26 estimates. **MTSI** and **SMTC** are both seeing solid opportunities for ACCs/linear equalizers and LPOs. **MTSI** expects another "strong year" in data center driven by opportunities in both copper and optical and the ramp of 1.6T solutions. **SMTC** maintains its ACC floor case TAM of $100MM, but appears increasingly confident in additional opportunities for linear equalizers.

### Tariffs are expected to have limited direct impact on our coverage universe, though several companies acknowledged an indirect effect from higher prices potentially driving lower demand as consumer discretionary income remains tight.

Many of our management teams believe they won't experience a direct impact from higher tariffs, but acknowledged the indirect risks associated with tariffs. **SIMO** believes it shouldn't be directly impacted by tariffs as the company typically isn't shipping components that are impacted by tariffs. However, management did concede it potentially could be indirectly affected by a trade war between U.S. and China due to the effect on consumer confidence. Domestic foundry **SKYT** views tariffs as a net positive as the threat will likely "make companies think twice" about moving production to China or greater Asia based on price and supply continuity.

**RELEVANT DISCLOSURES BEGIN ON PAGE 13 OF THIS REPORT.**

Exhibit 9 Page 064

### Topic of Discussion

This report highlights industry and company-specific trends and commentary based on our conversations at Needham's 27th Annual Growth Conference (NGC).

### CONTRIBUTING ANALYSTS

**N. QUINN BOLTON, CFA**
(212) 705-0322
qbolton@needhamco.com

**NICK DOYLE**
(212) 705-0442
ndoyle@needhamco.com

**NEIL YOUNG**
(212) 705-0374
nyoung@needhamco.com

**SHADI MITWALLI**
(212)-705-0443
smitwalli@needhamco.com

### MENTIONED COMPANIES

**ALAB**: $133.30, PT: $140.00
**ALGM**: $24.84, PT: $30.00
**AMBA**: $80.79, PT: $100.00
**CRDO**: $80.02, PT: $80.00
**CRNC**: $12.58, PT: NA
**LSCC**: $58.32, PT: $70.00
**MRAM**: $6.32, PT: $8.00
**MTSI**: $145.41, PT: $150.00
**MU**: $105.75, PT: $120.00
**MXL**: $24.05, PT: NA
**NVDA**: $137.71, PT: $160.00
**NVTS**: $3.26, PT: $4.00
**PXLW**: $0.81, PT: $1.50
**SIMO**: $51.96, PT: $70.00
**SITM**: $250.97, PT: $225.00
**SMTC**: $75.00, PT: $74.00
**SYNA**: $83.14, PT: $90.00
**TSM**: $211.50, PT: $225.00
**VICR**: $51.54, PT: NA

### SECTOR CHART
S&P 500
vs.



January 21, 2025

# *Table of contents*

**I. REPORT CONTENT** ................................................................................................................ **3**

**Astera Labs, Inc. (ALAB: Buy, $140.00)**............................................................................ **3**

**Allegro MicroSystems, Inc. (ALGM: Buy, $30.00)**........................................................... **3**

**Ambarella, Inc. (AMBA: Buy, $100.00)**............................................................................. **4**

**Credo Technology Group Holding Ltd. (CRDO: Buy, $80.00)**......................................... **4**

**Cerence Inc. (CRNC: Hold, NA)**........................................................................................ **5**

**Lattice Semiconductor Corporation (LSCC: Buy, $70.00)**.............................................. **5**

**Everspin Technologies, Inc. (MRAM: Buy, $8.00)**........................................................... **6**

**MACOM Technology (MTSI: Buy, $150.00)**..................................................................... **6**

**MaxLinear, Inc. (MXL: Hold, NA)**.................................................................................... **7**

**Navitas Semiconductor Co. (NVTS: BUY, $4.00)**............................................................. **7**

**Penguin Solutions, Inc. (PENG: Buy, $27.00)**................................................................... **8**

**Pixelworks, Inc. (PXLW: Buy, $1.50)**............................................................................... **8**

**Silicon Motion Technology Corporation (SIMO: Buy, $70.00)**...................................... **9**

**SiTime Corp (SITM: Buy, $225.00)**.................................................................................. **9**

**SkyWater Technology Inc. (SKYT: Buy, $12.00)**............................................................. **10**

**Semtech Corporation (SMTC: Buy, $74.00)**..................................................................... **10**

**Synaptics Inc. (SYNA: Buy, $90.00)**................................................................................ **11**

**Vicor Corporation (VICR: Hold, NA)**............................................................................... **11**

**Links to Recent Notes.**...................................................................................................... **12**

**II. ANALYST CERTIFICATION & DISCLOSURES** ................................................................... **13**

Exhibit 9 Page 065                    **2**

**Needham**

January 21, 2025

# ASTERA LABS, INC. (ALAB: BUY, $140.00)

- **Content increases in Blackwell platforms due to Scorpio content, reiterates large opportunity in scale-up networks outside NVDA.** Management again reiterated the company's dollar content on Blackwell platforms will be meaningfully higher than on Hopper platforms, due to the addition of Scorpio P-Series PCIe switches even as Aries PCIe retimer content is decreasing. Further, ALAB sees a significant content increase when hyperscalers customize the Blackwell platform to fit their own infrastructure needs. This is particularly true in architectures where hyperscalers are using PCI Express fabrics for scale-up networking due to the large amount of required interconnects. As an example, management cited a Grace Blackwell server on display at AWS' re:Invent conference that had two Grace CPUs, four Blackwell GPUs, and nine Nitro NICs. We believe ALAB is providing its Scorpio P-Series switches to AWS to connect the Nitro NICs to the Blackwell GPUs.

- **Appeared to hint at the eventual introduction of an optical solution.** ALAB believes hyperscalers will run their scale-up networks over copper if they can. However, management noted that as the size of scale-up clusters continues to increase and data rates go beyond 200G per lane, optical will become an important strategy. ALAB is currently working with customers to better understand this timeframe and their needs to determine what interconnect solutions will be required for scale-up fabrics in the future. Management acknowledged that both Marvell Technology (MRVL, Buy) and Broadcom (AVGO, Not Rated) currently have a strong position in the optical market. Therefore, Astera is not looking to introduce a product until a unique opportunity arises, which management believes comes with the further evolution of scale-up networks and customers adopting new protocols like UALink.

- **CXL expected to ramp this year.** CXL was previously delayed as past server CPU generations including Sapphire Rapids and Genoa offered no or limited CXL support, and while Emerald Rapids supports CXL expansion, it hasn't seen strong adoption by cloud providers. However, new server GPUs including Granite Rapids, Turin, and the equivalent ARM processors all support CXL expansion and are set to ramp this year. With the release of these new CPUs some spending should shift back to general purpose compute from AI as hyperscalers upgrade their old servers with new servers. Management believes the ramp of new CPUs and hyperscalers replacing old servers should lead to first deployments of Leo for CXL memory expansion in 2025. Additionally, ALAB noted it is working closely with a lead customer on rack scale qualification in the data center. We currently model $25MM of Leo revenue in 2025, up ~400% Y/Y.

# ALLEGRO MICROSYSTEMS, INC. (ALGM: BUY, $30.00)

- **Reiterates auto revenue growth is not dependent on auto SAAR.** Management reiterated the company doesn't need automotive production to grow for the company's automotive segment to grow. The two drivers of automotive growth will be increased electrification of vehicles and growing adoption of ADAS features. Electrification of vehicles is expected to increase ALGM's content per vehicle from ~$40 in pure ICE vehicles, to ~$60 in hybrid vehicles (400V), to as high as ~$100 in full BEVs (800V) including content from the company's new isolated gate drivers.

- **Asia auto demand is healthy while demand in North America and Europe remains weak**. Geographically, the company continues to see strength in China and other Asian markets such as Japan and Korea. North America and European markets remain soft as inventory digestion continues and OEMs are shifting their automotive strategies to better compete in the EV market.

- **China-for-China strategy: Localizing certain aspects of supply chain.** ALGM is making solid progress in localizing certain aspects of its supply chain in China to better support its Chinese OEM customers. The company is qualifying >10 tape-outs at its Chinese foundry and is expected to begin shipping products manufactured by Chinese OSATs this year. The company is localizing standard process flows and packages and not transferring any critical licenses or IP into China. The company's shift to localizing its supply chain is driven by the preference of Chinese OEMs to have local production to improve integrity of their supply chains.

- **Asia leading the charge, while still waiting on North America and Europe.** Automotive markets in Asia remain strong, while recovery in North America and European markets is taking longer than anticipated. Asian markets such as China continue to drive growth, while other countries such as Japan and Korea are beginning to demonstrate a return to growth. Inventory digestion in North America continues to linger, and struggles in Europe are attributed to shifts in electrification strategies. Overall, we believe the worst in automotive is behind the company, and we believe the pricing environment has normalized.

Exhibit 9 Page 066          3



- **Beginning to see green shoots in Industrial & Other.** Management feels like the Industrial & Other segment is mostly through the inventory digestion process, and is beginning to see green shoots in subsegments such as automation, cloud infrastructure, medical, and robotics. In medical, the company revealed its acquisition of Crocus has provided a SAM opportunity of ~$300MM, mainly attributed to the TMR technology used in applications such as continuous glucose monitors (CGMs) where the company has already secured two meaningful design wins. Management disclosed the company is already shipping ~$5MM per quarter into the medical subsegment.

## AMBARELLA, INC. (AMBA: BUY, $100.00)

- **Management remains comfortable with F4Q25 (January) and FY26 estimates.** Management is comfortable with current Street estimates for F4Q25 and FY26 at $78MM and $324MM (+16% Y/Y), respectively, as edge AI continues to be a significant growth driver for the company and as blended ASPs continue to trend higher with the ramp of the company's CV5 and CV7 solutions. Importantly, following several years of unit shipment declines, we believe the company's unit shipments are poised to grow in FY26 as the decline in the company's legacy human viewing business becomes less of a headwind. We note the company's human viewing products declined ~50% in FY24. The legacy business is now only ~30% of revenue and is mostly through the inventory digestion process. Management expects the legacy business to decline at a 10%-20% CAGR over the next several years.

- **Well positioned to capitalize on the ADAS market in China.** AMBA's business in China today is entirely from ADAS applications including eMirrors, drive recorders, and driver and occupant monitoring systems. Looking forward, the company feels well positioned to capitalize on increasing adoption of ADAS in the China automotive market. Management doesn't view local competition as a threat as the technological advantages AMBA provides outweigh any cost reductions that can be offered by local Chinese suppliers. Additionally, the company views the China export segment as a significant opportunity and highlighted its recent win at Smart Automotive, a 50%/50% JV between Geely and Mercedes Benz, in the Smart #5 SUV where the company's CV2 is powering a L2 ADAS system supplied by tier-one supplier Aptiv. This is the company's first commercial program with Aptiv.

- **Wearables increasingly becoming an opportunity in IoT.** AMBA's IoT business has been predominately in enterprise-security cameras. But as the company rolls out products with lower power consumption, wearable cameras become an attractive opportunity that the company has very little penetration in to date. There have been little adoption of AI at the edge in wearables largely due to the power consumption and latency to run certain tasks. However, AMBA views its N1 chip as a low power and low latency chip suited for AI at the edge applications in wearables.

## CREDO TECHNOLOGY GROUP HOLDING LTD. (CRDO: BUY, $80.00)

- **Amazon could drive upside to FY26 estimates.** On its F2Q25 (October) earnings call, management called for revenue to grow ~50% Y/Y in FY26. Embedded in this outlook we believe is a flattening of quarterly revenue from Amazon and growth from customers including Microsoft (driven by a recovery in the original 100G "Y" cables for front-end networks), xAI (increasing adoption of 800G ZeroFlap AEC cables as the company deploys additional GPUs) and its third hyperscaler customer. As we look at Amazon, we see the opportunity for growth in quarterly revenue driven by three factors including 1) increasing deployments of Trainium servers, 2) deployments of the company's Nitro NICs on NVIDIA-based systems (as AECs are qualified solutions for the Nitro NICs) and 3) an upgrade to 400G port speeds on the next generation Nitro NIC expected to be deployed later this year. Should shipments to Amazon continue to increase, we believe upside to FY26 is possible.

- **Hyperscalers still largely demanding full Dispraised optical modules.** While architectures including LRO (linear receive optics) and LPO (linear pluggable optics) reduce the cost and power consumption of pluggable optical modules, management stated that most hyperscalers are still demanding full DSP-based optical modules. As a result, management believes most of the volume for pluggable modules will be DSP-based and sees more limited adoption of LRO and LPO solutions. Management acknowledged that one emerging hyperscaler is looking at LROs as a way to reduce power consumption and that LPO can work in closed environments where the same SERDES is used across the entire link (e.g., NVIDIA's NVLink fabrics). Based on the significant growth of AECs this year, management believes optical DSPs may fall slightly short of its 10% of revenue goal for FY25.

- **Company could hit 30% NG OM target by F4Q25 (April).** Management stated that OPEX growth is largely a function of headcount and that headcount doesn't necessarily grow as fast as revenue during periods of strong adoption of AECs as the company has seen

Exhibit 9 Page 067      4



recently. Management further commented that project related spending is not a big driver of OPEX growth. Based on its expected revenue growth over the next couple of quarters, management believes the company will likely hit its 30% NG OM target by F4Q25.

- **200G per lane production tape-out in early FY26 and sees roadmap to 448G per lane**. In our meeting, management confirmed the company's 3nm 200G per lane production tape-out would likely occur in early FY26. Management also believes the company will be able to develop a 448G per lane electrical SERDES on TSMC's 3nm process node. At 448G per lane, management does not believe passive copper DACs will be a viable connectivity option.

- **Expecting a convergence in ASPs for AECs & AOCs.** Traditionally, AECs have been roughly half the cost and power of AOCs. Management expects pricing to converge in the future as the performance of AECs continues to improve. Last year, the company introduced its ZeroFlap AECs with xAI, solving some of the reliability issues seen in AOCs, and ultimately driving a higher ASP.

- **No plans to enter the LPO market.** Management indicated the company has no intention to enter the LPO market as they view the opportunity as marginal.

## CERENCE INC. (CRNC: HOLD, NA)

- **LLMs are becoming more prevalent in automotive, and Cerence's white box approach applies here as well.** Management views the use of AI/LLMs in automotive as a massive opportunity for the company over the next 3-5 years. Simple functions such as rolling down the window, opening the charging port, and turning on the heated seats will all be better served with a LLM. Management noted OEMs don't want to feel locked in when choosing LLM technology, and views the customization capabilities of their LLMs as key advantages over competitor's technology. This is further solidified as management revealed they have been winning back business from competitors such as Google, largely attributed to the customization capabilities of their LLMs. That said, we view CRNC positioned well to capitalize on the movement towards a "hands free" user interface.

- **Expands partnership with NVIDIA via SLMs.** CRNC announced it has expanded its partnership with NVDA to enhance capabilities of its CaLLM family of large language models, via the use of NVDA's AI Enterprise software platform. Interestingly, the partnership will spend some time focusing on CRNC's CaLLM Edge embedded small language models (SLMs). As AI/LLMs becomes more prevalent at the edge, there has been increased interest in SLMs due to these models requiring less memory and compute power.

- **Opportunities in the developing world.** The company highlighted they are seeing a number of opportunities in developing regions such as India, South America, and Africa. Penetration in these regions is being addressed by OEMs such as BYD and Hyundai, along with other Western European and Southeast Asian automotive OEMs. Initial volumes in these regions have been low and been geared towards basic features. In past quarters, we have seen penetration numbers increase while PPUs decrease; management pointed to increasing exposure in developing markets as the driver.

## LATTICE SEMICONDUCTOR CORPORATION (LSCC: BUY, $70.00)

- **Sees higher attach rate in NVDA's GB200 NVL72 racks.** The company again reiterated it has meaningful FPGA content in NVIDIA's NVL72 racks, and its FPGAs are included on the NVL72 reference design. While it didn't provide specifics, management pointed to the ~12% sequential growth seen in the Communications and Computing segment in 3Q24 noting that while some of that growth came from general purpose servers, the majority was driven by AI servers due to the much higher attach rate. Additionally, the company highlighted its FPGAs can support any GPU or custom silicon. Management also highlighted the significant opportunity to support post-quantum cryptography (PQC) and compute and networking applications. For a further breakdown on LSCC's opportunity within NVL72 racks, please see our OCP Recap note from October 2024.

- **C1H25 still expected to be the bottom.** LSCC previously guided revenue to remain flattish through ~2Q25, and to grow through C2H25. Management reiterated this guidance along with the expectation to grow LSD% Y/Y in CY25. Strength in the Computing bucket of the Communications and Computing segment should continue throughout the year. Channel inventories in the Industrial and Automotive segment should see improvement through C1H25 and lead to Y/Y revenue growth within that segment in C2H25. We currently model C2H25 I&A revenue growing ~34% H/H vs. C1H25. We model total C2H25 revenue growing ~19% vs. 1H25.

Exhibit 9 Page 068          5



January 21, 2025

## EVERSPIN TECHNOLOGIES, INC. (MRAM: BUY, $8.00)

- **Looking for a C2H25 recovery, quarterly revenue possibly reaching $15-16MM a quarter.** Following lower revenue in the past few quarters mostly due to inventory digestion, management commented they are looking for C2H25 revenue to reach the $15-16MM range. We point out this is slightly higher than our current revenue estimates of $14MM and $15MM in 3Q25 and 4Q25, respectively. This 2H25 recovery should be driven by inventory replenishment within industrial, as well as the ramp of its low density 64Mb and 16Mb STT MRAM solutions. Additionally, management is targeting annualized revenue of $100MM by 2028 driven by increasing adoption of its low density 64Mb and 16Mb STT MRAM solutions.

- **UNISYST product rollout on track for 2025.** Management highlighted that its UNISYST product is expected to enter production this year at GlobalFoundries. UNISYST, named for its ability to perform data execution and data configuration, targets the NOR-replacement market where configuration data for a processor is typically stored in non-volatile memory. However, as NOR flash stopped scaling at 40nm CMOS, foundries are offering embedded MRAM to extend the embedded flash roadmap. MRAM estimates NOR flash was a $3.5BN market in 2021, and is expected to be a $4.9BN market in 2027.

## MACOM TECHNOLOGY (MTSI: BUY, $150.00)

- **Bullish Outlook for 2025.** Management appears confident in the business heading into 2025 as all end markets are expected to grow by a double digit % in FY25. The company expects another "strong year" in data center driven by opportunities in both copper and optical and the ramp of 1.6T solutions. The Industrial and Defense segment is expected to grow DD % driven largely by applications within Defense such as radar, electronic warfare and SATCOM. The Industrial segment remains soft due to continued inventory digestion, similar to commentary from peers. After two years of decline in Telecom, this segment is forecasted to grow Y/Y driven by strength in LEO and other SATCOM engagements and share gains in GaN-on-SiC power amplifiers for the 5G base station market. While the company is not yet seeing a broad-based recovery in the Telecom market, management did note green shoots in the metro/long-haul coherent optical and DOCSIS 4.0 cable infrastructure segments.

- **Announces CHIPS Act funding and five-year strategic investment plan.** On January 14, MACOM announced a long-term investment plan to modernize its Massachusetts and North Carolina semiconductor wafer fabrication facilities. MACOM's five-year strategic investment plan of up to $345 million is supported by a recently executed preliminary, non-binding agreement with the CHIPS Program Office, which would provide for proposed direct funding from the U.S. Department of Commerce under the CHIPS and Science Act of up to $70 million. The preliminary terms propose up to $180 million to be supported by the CHIPS and Science Act through a combination of direct Federal funding, Federal Investment Tax Credits and State funding. The balance of ~$165 million would be self-funded by MACOM's operating cash flow over the next five years. Under the five-year strategic investment plan, MACOM will modernize its 4-inch line and install a 6-inch GaN line in its Lowell, MA fab as well as installing a new 6-inch GaN line at its RTP fab in North Carolina. These investments will double the company's internal wafer manufacturing capacity. We note that more than half of the company's revenue is derived from internally manufactured wafers.

- **Data Center outlook remains robust**: MACOM saw strong growth in its Data Center business in FY24 and sees another strong growth year in FY25. Overall, MACOM is a beneficiary of the move to higher data rates in the Data Center. While the attach rate of merchant TIAs and laser drivers to third party DSPs varies depending on speed and reach, we generally believe MACOM will benefit from increasing adoption of merchant TIA and driver solutions at higher line speeds and longer reaches. As an example, management highlighted that laser drivers integrated into current optical DSP platforms cannot support voltage swings of >1V required by longer reach optical module solutions. We continue to believe the company is well positioned for the LPO opportunity. Management highlighted that hyperscalers want to see LPO adopted in scale due to lower power consumption and noted that customers are already using LPO modules in their networks. Management sees adoption of Broadcom's Tomahawk 5 and 6 switches as a positive driver of LPO adoption. Management also remains positive on its opportunity for ACCs and linear equalizers. The company highlighted expanding use cases for its linear equalizers including 1) placement directly on the PCB, 2) used to replace expensive flyover cables, and 3) in PCIe cables as additional opportunities to NVIDIA's use of 1.6T ACCs in its NVL36x2 racks. Lastly, management believes it will be several years before the industry sees wide-scale adoption of CPO architectures.

Exhibit 9 Page 069    **6**

**Needham**

January 21, 2025

## MAXLINEAR, INC. (MXL: HOLD, NA)

- **Provides positive end market commentary, growth sounds likely in 2025.** The Infrastructure segment is expected see the strongest growth in 2025, followed by Broadband & Connectivity, then Industrial & Multi-Market. We currently model CY25 Infrastructure revenue growing +27% Y/Y, Broadband +7% Y/Y, and Connectivity +47% Y/Y. In Infrastructure, growth will be driven by high-speed optical DSPs for AI workloads. PON will likely be the largest driver of Broadband, along with some recovery in cable. Expanding 2.5G Ethernet design wins with a large NA enterprise switch OEM that start to ramp in 2Q25/3Q25 should drive Connectivity growth. Additionally, Wi-Fi 7 adoption should provide another driver of Connectivity growth in C2H25 and 2026. While Industrial has most likely bottomed and some growth is expected in 2025, management believes it will take place towards the end of the year as pockets of inventory remain. We currently model C2H25 Industrial & Multi-Market revenue growing +13% vs. C1H25.

- **800G ramp expected to be backend loaded.**  Management highlighted the ramp of its 800G optical DSP will be backend loaded, but not as heavy as it was for its ramp of 400G optical DSPs. The c   ompany is likely to generate $12-$15MM in DSP revenue in 4Q24 and reiterated it remains comfortable with a $60-$70MM revenue estimate in 2025. If there were to be upside to those numbers, management believes it would come from the strength and timing of 800G ramps at hyperscalers. Regarding differentiation compared to key competitors optical DSPs, management highlighted MXL's DSP provides up to ~20% less power consumption.  The company's 200G per lane Rushmore solution will likely to be shown at OFC in March 2025 and will ramp in 2026. We expect Rushmore to continue the company's leadership in low power consumption for optical DSP platforms.

- **Expects modest telco capex growth in 2025; backhaul expected to outperform access.** The wireless infrastructure market was sluggish in 2024 mainly due to depressed telco capex. Management expects to see some telco spending recovery in 2025, albeit nothing robust. Backhaul is expected to outperform access due to growing content coming from transceivers. Geographically within backhaul, India and Europe seem to be improving. Access is expected to remain softer, as it is more levered to 5G rollouts and large capex deployments. However, this should be partially offset due to MXL's new Sierra transceiver product that brings a ~2x content increase due to the integration of digital front-end functionality.

## NAVITAS SEMICONDUCTOR CO. (NVTS: BUY, $4.00)

- **Expects to return to growth in 2025.** NVTS and many other non-AI exposed semiconductor companies had a rough 2024. However, management believes the company can return to growth in 2025 as new design wins ramp and inventory digestion abates after C1Q25. Management expects continued strength in Mobile, which posted record high GaN shipments in 3Q24, as GaN penetration of mobile fast-chargers is expected to continue to increase in 2025. The Data Center segment is expected to contribute $10-20MM in revenue, driven by the ramp of GaN and SiC solutions in high-power data center power supplies. Additionally, GaN is expected to enter production in the solar market via micro-inverters in mid-2025 and in the EV market via OBCs and DC-to-DC converters sometime late-2025/early-2026.

- **Low-voltage GaN offering provides new opportunities.** Management touched on a number of new opportunities provided via the company's low-voltage GaN cross license agreement with Infineon. Low-voltage GaN allows NVTS to address the 48V power market in data center, EVs, and AI robotics. In the data center, 48V is becoming an increasingly popular power distribution rail and is expected to double NVTS's opportunity within that end market. In the automotive market, there is a transition from 12V to 48V batteries, providing another opportunity within EVs. Lastly, in the nascent stages of development, management discussed AI robotics being a potential opportunity for the company as they highlighted humanoid robots utilizing 48V batteries and having significant motor driver electronics.

- **Path to profitability in 2026.** In 3Q24, Navitas announced a cost-reduction plan to better focus resources on key end markets such as Mobile, Data Center, and EV. The cost-reduction plan is expected to reduce OpEx by ~$2MM per quarter over the next couple of years, totaling ~$15MM in cost savings. This new cost structure reduces the company's revenue breakeven from ~mid-$50's per quarter to the ~mid-$40's per quarter. Management highlighted the cost-reduction plan gives the company a better opportunity towards breakeven heading into 2026. We model the company achieving breakeven in 4Q26.

Exhibit 9 Page 070                7



# PENGUIN SOLUTIONS, INC. (PENG: BUY, $27.00)

- **The Optical Memory Appliance is both a new way Penguin is exposed to AI Data Centers and a very large opportunity**. Historically, Penguin's memory business (~30% of overall revenue) was tied to legacy memory. Through the SMART brand, the company sells specialized memory into Enterprise routers and switches. We knew the company has been making progress on CXL based memory products (we assume $10-20MM in CXL contributions in FY25), but we think these are currently memory expansion cards, primarily for CPU based compute. Combining our learning from the Penguin and Celestial AI firesides, we now understand the OMA product is focused on "in network computing" for scale up networks (second generation products will utilize in-memory computing). The two companies are essentially building a memory bank type appliance to address density issues and solve the memory bottleneck. Hyperscalers are no longer compute limited. Celestial management pointed out they have seen customers like META, who are memory limited, are purchasing entire H100 DGX systems, just for the memory. This comes out to $355/GB, compared to the OMA future offering of less than $25 per GB. They see this as a $3.8BN opportunity.

- **OMA material revenue likely isn't until C2H26, and competition will encroach on the overall opportunity.** The new OMA product discussed on the F1Q25 earnings call is expected to have final specifications done by the end of C1Q25, but true revenue won't be until C2H26. While Penguin is the initial integrator, Celestial management pointed out they are a non-exclusive partner (Celestial can work with DELL and HPE). We do expect Penguin to benefit initially given their part in co-developing the solution. Contributions from the OMA are not built into our FY26 estimates.

- **We expect a clearer FY25 guide next quarter. However, higher revenue may come at the expense of gross margins.** In our view, F1Q25 earnings confirmed a solid F1H, but 2H still has low visibility. We learned management will have a much better idea of that shape over the next 8 weeks, as most bookings made in the F2Q25 timeframe will be for F2H; anything past that will likely be for FY26. Importantly, the F2H implies new customer booking forecasts, confirming the company will need to go out and get those wins. We expect payout changes are beneficial here; sales representatives bonuses are structured partially based on new customer billings. Finally, it seems upside will more than likely come from hardware wins, where we estimate margins to be 18-23%. Significant revenue upside will take margins to the low end of the guide (below our estimate).

# PIXELWORKS, INC. (PXLW: BUY, $1.50)

- **Read on China Mobile: China Mobile OEM units are resilient near-term but profitability in question, while Apple faces stimulus-related unit headwinds**. Despite largely negative commentary around the Chinese economy, Pixelwork's point of view around units is more upbeat. Management thinks the core OEM players (excluding Huawei and Apple) will ship 5% more units Y/Y. Interestingly, the consumer electronics stimulus is only for phones under ~$500, a quiet way of targeting Apple's higher priced products, in our view. OEMs cost of goods has been impacted by inflation (where we know Qualcomm increased the price of SoCs by ~20% and memory prices were higher in early 2024). Net, OEM profitability is likely down. In terms of units, we think these dynamics are beneficial to the Pixelworks mobile business, as the company has shifted their roadmap to focus on mid-to-low tiers. We see the company expanding beyond gaming-focused phones into mainstream phones, providing higher overall frame rates, which consumers increasingly desire. Net, we didn't hear anything that would sway our Mobile estimates, which incorporate a 4Q24 bottom (well below normal levels), slow 1Q25 recovery and sharper ramp from both the new, higher ASP product the cost-down unit expansion.

- **Little Giant Status likely helping OpEx more than we anticipated.** The company has established a lower OpEx level following a 16% RIF in late June. However, as China continues to push money into local companies, we think Pixelworks is set to receive incremental support from the Little Giant program. This is not built into estimates.

- **CY25 TrueCut estimates essentially incorporate wins beyond new content.** To hit our CY25 TrueCut estimate of $3.5MM, the company would likely have to win Device Manufacturer business (TVs, projectors, etc.) and or sign deals with exhibitors (theaters). While we do expect TrueCut content to increase through CY25 and enable a flywheel effect, this alone would more than likely not enable the company to hit our estimate.

Exhibit 9 Page 071          8



- **Stock trading below $1.00 minimum since August 2024**. PXLW must trade above $1.00 for 10 consecutive days before 3/10/25. With another tough quarter or two ahead of the company (driven by low Mobile revenue levels), management has previously messaged the solution to be selling a portion of the Shanghai subsidiary. We believe discussions have continued with strategic interests.

## SILICON MOTION TECHNOLOGY CORPORATION (SIMO: BUY, $70.00)

- **4Q24 weakness came from both mobile and PC.** On January 7, Silicon Motion announced preliminary 4Q24 results including revenue at the low-end of previous guidance of $191MM-$202MM and NG GM near the midpoint of previous guidance of 46.5-47.5%. Weakness was seen primarily in the PC end market, similar to what MU reported in December. Management commented that while NAND prices remain high, the main issue remains inflation weighing on consumer discretionary spending.

- **Core business should grow in CY25 driven by solid positioning in PCIe Gen5; UFS 4.0 still on track for a mid-2025 ramp**. SIMO currently has four major NAND flash maker customers for its PCIe Gen5 8-channel high-end controller, and initial shipments commenced in 4Q24 as expected. For the high-end PC market, management believes the company can win 50-60% share by 2026. Regarding its UFS 4.0 solution, SIMO has one flash maker partner that it is going to market with already, and has design wins with additional module maker customers. While UFS 4.0 should see first revenue in 2025, larger growth is expected in 2026, when management expects the solution to see adoption beyond the 20-25% of the market that the high-end flagship customers constitute to ~50% of the market as it is adopted by mid-range handset customers. We note UFS 4.0 carries a ~50% ASP uplift vs UFS 3.0.

- **MonTitan shipments began in 4Q24 and is expected to ramp in 2H25.** The company confirmed it began shipping its MonTitan enterprise solid-state drive controllers to its first two customers in December. Revenue from this product is expected to ramp more significantly in C2H25, and make up 5-10% of total revenue by CY26/27. Its MonTitan solution carries a significant ASP premium vs. other products, as well as typically richer GMs vs. corporate margins. We expect an update on MonTitan customer design wins on the company's 4Q24 earnings call on February 6.

- **Indirectly impacted by China tariffs**. SIMO believes it shouldn't be directly impacted by a trade war, as the company typically isn't shipping a component that is impacted by tariffs, nor a component like a high-end GPU or CPU that would be disallowed to sell into certain geographic areas. However, management did concede it potentially could be indirectly affected by a trade war between U.S. and China due to the effect on consumer confidence.

## SITIME CORP (SITM: BUY, $225.00)

- **Still targeting 25%-30% revenue growth in 2025 and 2026.** Management reiterated its revenue growth target of +25%-30% Y/Y in 2025 and 2026, supported by ASP, unit, and end system growth across almost all of its products. Additionally, the company sees growth across multiple segments including AI, communications, personal electronics, and automotive. Design win activity also remains healthy across all of the company's key products. We currently model 2025 revenue to grow +26% Y/Y and 2026 to grow +30%.

- **Data center demand remains strong, provides ASP color on different applications.** SITM has design wins with precision timing products in all key applications of the AI ecosystem: GPU and CPU boards, ToR switches, optical modules, NIC and accelerator cards, and Active Ethernet Cables (AECs). Products sold into optical modules tend to have the lowest ASPs, closer to $1. Timing content on NIC cards typically ranges from $5-10. When selling into Ethernet switches, clock ASPs can range anywhere from $5-10 while OCXO ASPs range from $15-25. Lastly, management noted that timing products on GPU and CPU boards are in the $10+ range. While management noted that all the products it is selling into the data center "remain on fire", they are taking a cautionary approach due to the risk of potential double ordering. Regardless, the company believes this segment will continue to grow at a significant rate. We currently model Comms-Enterprise revenue growing +37% Y/Y in 2025.

- **Continues to see growth in Auto/Industrial/A&D, despite slowdowns across the auto and industrial end markets.** As noted above, the company continues to see growth in auto, A&D, and Industrial. Despite the slowdown in automotive, the company is seeing growth due to it being levered to highly innovative/premium solutions. This includes premium tier car models, and within ADAS/radar its solutions are used in the highest performing applications. Within A&D, wars/conflicts around the globe are driving further investment in communications and defense. Low earth satellites is another fast growing portion of this business. As a result, the company believes growth within A&D will outpace the corporate rate. Lastly, Industrial is growing as the company is seeing large

Exhibit 9 Page 072          **9**

**Needham**

growth in traditionally GNSS derived areas such as heavy industrials and utilities. We currently model SITM's Automotive/Industrial/Aerospace revenue growing +27% Y/Y.

## SKYWATER TECHNOLOGY INC. (SKYT: BUY, $12.00)

- **ThermaView platform is the first platform created solely by SkyWater and has Wafer Services revenue planned for C2H25**. The company expanded on the press release announced the day of our NGC Fireside Chat. ThermaView development began in 2020 (~5 year development timeframe) and was derived through six ATS customer programs. The company adapted the process from Cypress IP and customer input to create a 15x improvement in pixel density. The customers who helped define the platform are further along in development as compared to those customers who have more recently downloaded the PDK and started designs. We expect the initial customers to support our current Wafer Services estimates. Recall our CY25 WS estimate of $24.5MM (-6% Y/Y) assumes a flat quarterly contributions from Infineon and growth from new customers (including NanoDx and this ThermaView platform) supporting a strong ramp post 1Q25. Current ThermaView use cases are targeted for the DoD, and we expect commercial applications targeted around Automotive (autonomous vehicle thermal and night vision) and Industrial (thermal sensing for drones and imaging for medical devices) to ramp over time. Finally, between the BioTech, Thermal Imaging and RadHard programs, new platform development can clearly take a wide range of time (2 to 10 years).

- **Early stage prototypes from Advanced Packaging fab are expected in C1H26**. A year ago, SkyWater and Deca Technologies announced a $120MM advanced packaging award from the U.S. Department of Defense. SkyWater has been ordering equipment under this contract and expects to install 50-60 new tools at its Florida facility over time. This is an example of one customer (DoD) standing up an entire process, the 2nd Generation DECA Flow, with SkyWater. Recall DECA Gen 1 is designed into Qualcomm's smartphones. Apple has two chips utilizing this packaging technology (showcasing demand). The company expects to work with customers (prime contractors) around the installation time frame and to deliver prototypes in 1H26. We have been positive on this opportunity as there are currently no standalone advanced packaging facilities in the U.S. If customers want this back-end capacity from advanced foundries, they are typically required to use front-end processes as well (from Intel, Samsung or TSM).

- **Tariff situation should be a net positive for the pure play, US Domestic foundry**. Management expects the incoming administration to continue pushing "Made in the USA" and focus on efficiency. The threat of tariffs will likely "make companies think twice" about moving to China or greater Asia based on price and supply continuity. Finally, management pointed out ATS programs are less at risk from getting lost as many were started in the previous Trump administration.

## SEMTECH CORPORATION (SMTC: BUY, $74.00)

- **Maintains ACC floor case TAM of $100MM, but increasingly confident in additional opportunities for linear equalizers.** Management remains comfortable with its floor case ACC TAM of $100MM, noting it continues to be supported by one customer for one use case. We believe the majority of this TAM will be driven by Meta's GB200 Catalina rack. Beyond this single use case, we believe management is increasingly confident in additional opportunities for its linear equalizers including 1) integration into copper backplanes in AI racks, 2) ACC adoption by hyperscalers for use in their scale-out networks driven by deployments of Broadcom's 200G per lane Tomahawk 6 switch, 3) integration into 200G per lane switch ports to enable longer reach over higher gauge (thinner wire) DAC cabling, 4) replacements for expensive flyover cables and 5) integration into PCIe cables.

- **Expecting meaningful LPO revenue in F2H26.** Management remains upbeat on the LPO opportunity. The company revealed its silicon for LPOs has been internally validated and will begin sampling in the upcoming weeks. Management expects LPOs to contribute MSD-HSD millions of revenue in F2H26. If the company provides both the linear driver and TIA for an LPO, dollar content is similar to the dollar content the company receives in an ACC of the same port speed.

- **LoRa set to grow DD % Y/Y.** SMTC is seeing a number of emerging opportunities in its LoRa product lines, ultimately setting up for DD % growth Y/Y. Some opportunities highlighted include smart metering, especially in China and Europe.

- **IoT continues to recover; beginning to see tailwinds from Quectel ban.** Revenue, bookings, and backlog in the company's IoT Systems & Connectivity segment has grown sequentially every quarter since its bottom in F1Q25 (April). Management attributed the recovery in the business to business specific factors; it is unrelated to anything geopolitical. Further, management touched on Quectel

Exhibit 9 Page 073          **10**



Wireless being placed on the China Military list and revealed the company is seeing tailwinds since the announcement. Lastly, on January 14, competitor u-blox announced its strategic decision to exit the cellular module business, which should further consolidate the competitive landscape in the cellular module segment.

- **Divestitures should be non-dilutive.** Management remains committed to its portfolio rationalization plan. Importantly, at our conference, management stated that any divestitures are expected to be at least neutral to NG EPS as interest expense savings from paying down the high interest rate (~7.75%) Term Loan debt with divestiture proceeds should more than offset profits generated by the divested assets. In general, we believe assets to be divested are likely lower margin businesses. As such, we believe divestitures will result in a business that is higher growth and higher margin that deserves a higher valuation multiple. With divestitures to be at worst neutral to NG EPS and likely to drive a higher valuation multiple, we remain positive on the company's divestiture plans.

## SYNAPTICS INC. (SYNA: BUY, $90.00)

- **Management sounded positive regarding inventory and orders.** Management no loner sees excess channel inventory, has been receiving short lead time orders, and has even "chased business" on expedite orders for the first time in 6-8 quarters. This upbeat tone is in stark contrast to many companies we met over the past two weeks (CES and NGC) and feels more than supportive of our F2Q25 (December) revenue estimate of +2.8% Q/Q and our F3Q25 (March) greater-than-seasonal-impact expectation of -5.7% Q/Q.

- **User Presence Detection (UPD) is starting to ship in CY25 with ~$3-4 ASPs**. The company has been vocal about its UPD win with DELL laptops, and we expect this design win to contribute to our CY25 revenue estimate of $1.075BN (+6.7% Y/Y). Built into this is a 10-15% attach rate assumption, which can double over time. SYNA should have majority share at this account after displacing an FPGA competitor. Notably, the company expects to extend share gains into HP and Lenovo as the company's solution can contribute to power savings of 10-20% and sees purpose built solutions outperforming FPGAs.

- **In our view, Google partnership has potential to significantly accelerate revenue growth in CY27**. At the start of 2025, the company announced a collaboration with Google, sending shares sharply higher (+8% to ~$82.50). Management expanded on the announcement, noting the Google went through a "bake off" process with 6-7 MCU suppliers. Synaptics, who is relatively unknown in the MCU/MPU world, showed the best power per inference in the industry. Google's selection of Astra as its platform of choice validates Synaptics technology. The partnership brings customers an open source toolkit and compiler, critical as typical, small product (ex. a garage door opener) companies don't have software capabilities. We see this as opening an opportunity for both internal Google products and products from the rest of the ecosystem, which the partnership enables. Additionally, Google may pay Synaptics to bring the solution to market faster (not the other way around). Synaptics has talked about Astra going to production by FYE26 (mid-CY26) so production related to this opportunity will likely be in FY27 (revenue by CYE26, early CY27).

## VICOR CORPORATION (VICR: HOLD, NA)

- **Believes 2025 can be a record year for revenue.** The company viewed 2024 as a transition year, noting that book-to-bill finally exceeded 1:1 in 3Q24. Management hopes to maintain a positive book-to-bill throughout 2025. Commenting on its 2025 outlook, management believes 2025 may be a record year for the company. A record revenue year would imply revenue >$405MM vs. our current estimate of $375MM.

- **Final Determination in ITC case expected in early February; customers wary of workaround solution; seeing increased interest in licensing following Initial Determination in ITC case.** After months of litigation, in late September the ALJ issued an Initial Determination in its ITC case against Delta. The Initial Determination stated Delta had infringed on certain patents possessed by VICR. A Final Determination is expected in early February. VICR believes the Final Determination will bring about an exclusion order. Vicor believes Delta continues to develop a workaround solution but noted major customers are skeptical of this workaround solution and believe this solution still infringes on Vicor's patents. Following the Initial Determination from the ITC, Vicor has seen increased interest from both OEMs (noting a supplier of AI hardware) and non-OEMs (noting hyperscalers) in licensing the company's patents.

- **Focused on lead customer for Gen 5, remains on track to ramp later this year.** VICR remains focused on executing the ramp of its Gen 5 technology at its lead customer that plans to ramp this year. VICR has not yet demonstrated its Gen 5 technology to any other

Exhibit 9 Page 074      **11**



January 21, 2025

customers yet, as it wants to remain solely focused on executing the ramp at its lead customer, but management highlighted there is great interest across multiple potential customers. With respect to other customers, VICR noted the timeline from initial sampling to production is expected to be close to a year, vs. the 6-9 months for its lead customer, due to other customers being further behind in terms of engagement.

- **Two auto OEMs going into production at end of 2025, sees an additional three by end of 2027.** Momentum in the automotive business continues to trend in a positive direction across a mix of different VICR systems. Two OEM customers are set to go into production with VICR solutions near the end of 2025, with management noting VICR solutions have been designed into 3-4 vehicles at one of these OEMs. Further, three OEMs are moving into the design in phase, and VICR sees these designs ramping into production in 2027.

## LINKS TO RECENT NOTES

2025 Outlook:  Semiconductor 2025 Outlook; Naming Allegro MicroSystems as Our Top Pick

ALAB:  Scorpio Exceeds Expectations; PT to $100

ALGM:  Automotive Inventory Normalized; Confirms Return to Sequential Growth

AMBA:  New Product Ramps Bolster FY25 Growth, Should Drive FY26 Growth; PT to $100

CRDO:  AEC Inflection Point Dazzles; PT to $70

CRNC:  EPS Estimates Tick Higher for the First Time this Year; Maintain Hold

LSCC:  New Small FPGA Platform Announced at Developers Conference

MRAM:  Lumpy On-Shore MRAM Manufacturing Award Drives Big EPS Beat

MTSI:  All Segments Growing Near-Term; Optical Rollouts Make Data Center Really Shine

MXL:  Bookings Improving, Making Progress in Optical DSPs

NVTS:  Another Guide Down Due to Persistent Macro Weakness and Customer Push Outs

PENG:  Strong Start to the Year with FY25 Guide Unchanged

PXLW:  Progress on Two Significant VPU Designs, but Waiting for Wins to Impact Model

SIMO:  Preliminary 4Q24 Results at Low-End of Guidance; Reducing Estimates and PT

SITM:  Catching the Wave of Next-Generation GPUs in Time; PT to $225

SKYT:  Look Past the Tool Noise to See Solid Core Gross Margins

SMTC:  Deleveraging Transaction Unlocks Value; Raise PT to $74

SYNA:  First Signs of Enterprise Refresh Cycle Being Seen

VICR:  Making Progress in ITC Case Against Delta; Gen 5 Shipping in Volume 1H25

Exhibit 9 Page 075        12



January 21, 2025

## ANALYST CERTIFICATION

I, N. Quinn Bolton hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC

|  | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
| --- | --- | --- |
| **Strong Buy** | 0 | 0 |
| **Buy** | 72 | 15 |
| **Hold** | 28 | 4 |
| **Underperform** | < 1 | 0 |
| **Rating Suspended** | < 1 | 50 |
| **Restricted** | 0 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Strong Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market as well as the securities in the analyst's coverage universe over the next 12 months.

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon. This rating also includes the previous designation of "Under Review".

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, please note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 72% of companies under coverage would have a "Buy" rating and 15% have had investment banking services provided within the past 12 months. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at  http://www.needhamco.com/ . You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 250 Park Ave., New York, NY 10177

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

## DISCLOSURES

The Firm and/or its affiliates beneficially own 1% or more of any class of common equity securities of the subject company Vicor Corporation .

The Firm has managed or co-managed a public offering of securities for the subject companies Astera Labs, Inc., Allegro MicroSystems, Inc., Semtech Corporation and Synaptics Inc. in the past 12 months.

The Firm and/or its affiliate have received compensation for investment banking services from the subject companies Astera Labs, Inc., Allegro MicroSystems, Inc., Credo Technology Group Holding Ltd., Pixelworks, Inc., Semtech Corporation and Synaptics Inc. in the past 12 months.

The subject companies Astera Labs, Inc., Allegro MicroSystems, Inc., Credo Technology Group Holding Ltd., Pixelworks, Inc., Semtech Corporation and Synaptics Inc. currently are or during the 12-month period preceding the date of distribution of this research were a client of the Firm and received investment banking services.

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: Astera Labs, Inc., Allegro MicroSystems, Inc., Ambarella, Inc., Credo Technology Group Holding Ltd., Cerence Inc., Lattice Semiconductor Corporation, Everspin Technologies, Inc., MACOM Technology Solutions, Micron Technology, Inc., MaxLinear, Inc.,

Exhibit 9 Page 076          **13**



January 21, 2025

NVIDIA Corporation, Navitas Semiconductor Corporation, Pixelworks, Inc., Silicon Motion Technology Corporation, SiTime Corp, Semtech Corporation, Synaptics Inc., Taiwan Semiconductor Manufacturing Co. and Vicor Corporation

The Firm, at the time of publication, makes a market in the subject companies Astera Labs, Inc., Allegro MicroSystems, Inc., Ambarella, Inc., Credo Technology Group Holding Ltd., Cerence Inc., Lattice Semiconductor Corporation, Everspin Technologies, Inc., MACOM Technology Solutions, Micron Technology, Inc., MaxLinear, Inc., NVIDIA Corporation, Pixelworks, Inc., Silicon Motion Technology Corporation, SiTime Corp, Semtech Corporation, Synaptics Inc. and Vicor Corporation .

The Firm and/or its affiliate expect to receive or intend to seek compensation for investment banking services from the subject companies Everspin Technologies, Inc. and Pixelworks, Inc. in the next three months.

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request.
© Copyright 2025, Needham & Company, LLC, Member FINRA, SIPC.

Exhibit 9 Page 077        **14**