# Exhibit 12

Exhibit 12 Page 114



# QUARTERLY EARNINGS PRESENTATION

Q3'25

NASDAQ: SMTC

Exhibit 12 Page 115

# Safe Harbor Statement

This presentation contains "forward-looking statements" within the meaning of the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995, as amended, based on the Company's current expectations, estimates and projections about its operations, industry, financial condition, performance, results of operations, and liquidity. Forward-looking statements are statements other than historical information or statements of current condition and relate to matters such as future financial performance including the fourth quarter of fiscal year 2025 outlook; future operational performance; the anticipated impact of specific items on future earnings; the Company's expectations regarding near term growth trends; and the Company's plans, objectives and expectations.  Statements containing words such as "may," "believes," "anticipates," "expects," "intends," "plans," "projects," "estimates," "should," "could," "designed to," "projections," or "business outlook," or other similar expressions constitute forward-looking statements.

Forward-looking statements involve known and unknown risks and uncertainties that could cause actual results and events to differ materially from those projected. Potential factors that could cause actual results to differ materially from those in the forward-looking statements include, but are not limited to: the Company's ability to comply with, or pursue business strategies due to the covenants under the agreements governing its indebtedness; the Company's ability to remediate material weakness in its internal control over financial reporting, discovery of additional weaknesses, and its inability to achieve and maintain effective disclosure controls and procedures and internal control over financial reporting; the Company's ability to forecast and achieve anticipated net sales and earnings estimates in light of periodic economic uncertainty; the inherent risks, costs and uncertainties associated with integrating Sierra Wireless, Inc. successfully and risks of not achieving all or any of the anticipated benefits, or the risk that the anticipated benefits may not be fully realized or take longer to realize than expected; the uncertainty surrounding the impact and duration of supply chain constraints and any associated disruptions; export restrictions and laws affecting the Company's trade and investments, and tariffs or the occurrence of trade wars; worldwide economic and political disruptions, including as a result of inflation and current geopolitical conflicts; tightening credit conditions related to the United States banking system concerns; competitive changes in the marketplace including, but not limited to, the pace of growth or adoption rates of applicable products or technologies; downturns in the business cycle; decreasing average selling prices of the Company's products; the Company's reliance on a limited number of suppliers and subcontractors for components and materials; changes in projected or anticipated end-user markets; future responses to and effects of public health crises; and the Company's ability to forecast its annual non-GAAP normalized tax rate due to material changes that could occur during the fiscal year, which could include, but are not limited to, significant changes resulting from tax legislation, acquisitions, entity structures or operational changes and other significant events. Additionally, forward-looking statements should be considered in conjunction with the cautionary statements contained in the risk factors disclosed in the Company's filings with the Securities and Exchange Commission (the "SEC"), including the Company's Annual Report on Form 10-K for the fiscal year ended January 28, 2024, filed with the SEC on March 28, 2024 as such risk factors may be amended, supplemented or superseded from time to time by subsequent reports the Company files with the SEC. In light of the significant risks and uncertainties inherent in the forward-looking information included herein that may cause actual performance and results to differ materially from those predicted, any such forward-looking information should not be regarded as representations or guarantees by the Company of future performance or results, or that its objectives or plans will be achieved or that any of its operating expectations or financial forecasts will be realized.  Reported results should not be considered an indication of future performance. Investors are cautioned not to place undue reliance on any forward-looking information contained herein, which reflect management's analysis only as of the date hereof. Except as required by law, the Company assumes no obligation to publicly release the results of any update or revision to any forward-looking statements that may be made to reflect new information, events or circumstances after the date hereof or to reflect the occurrence of unanticipated or future events, or otherwise.

Exhibit 12 Page 116



# Non-GAAP Financial Measures

To supplement the Company's consolidated financial statements prepared in accordance with GAAP, this release includes a presentation of select non-GAAP financial measures. The Company's non-GAAP measures of gross margin, product development and engineering expense, SG&A expense, operating expenses, net, operating income or loss, operating margin, interest expense, net, net (loss) income attributable to common stockholders, diluted (loss) earnings per share, normalized tax rate, adjusted EBITDA and adjusted EBITDA margin exclude the following items, if any and as applicable, as set forth in the reconciliations in the tables below under "Supplemental Information: Reconciliation of GAAP to Non-GAAP Results."

- Share-based compensation
- Intangible amortization
- Transaction and integration related costs or recoveries (including costs associated with the acquisition and integration of Sierra Wireless, Inc.)
- Restructuring and other reserves, including cumulative other reserves associated with historical activity including environmental, pension, deferred compensation and right-of-use asset impairments
- Litigation costs or dispute settlement charges or recoveries
- Equity method income or loss
- Investment gains, losses, reserves and impairments, including interest income from debt investments
- Write-off and amortization of deferred financing costs
- Loss on extinguishment of debt
- Debt commitment fee
- Goodwill and intangible impairment
- Amortization of inventory step-up

Exhibit 12 Page 117



# Non-GAAP Financial Measures

In the financial results provided in this presentation, the Company also presents adjusted EBITDA, adjusted EBITDA margin and free cash flow. Adjusted EBITDA is defined as net (loss) income attributable to common stockholders plus interest expense, interest income, provision (benefit) for income taxes, depreciation and amortization and share-based compensation, and adjusted to exclude certain expenses, gains and losses that the Company believes are not indicative of its core results over time. Adjusted EBITDA margin is defined as adjusted EBITDA as a percentage of net sales. The Company considers free cash flow, which may be positive or negative, a non-GAAP financial measure defined as cash flows provided by (used in) operating activities less net capital expenditures. Management believes that the presentation of these non-GAAP measures provides useful information to investors regarding the Company's financial condition and results of operations. These non-GAAP financial measures are adjusted to exclude the items identified above because such items are either operating expenses that would not otherwise have been incurred by the Company in the normal course of the Company's business operations or are not reflective of the Company's core results over time. These excluded items may include recurring as well as non-recurring items, and no inference should be made that all of these adjustments, charges, costs or expenses are unusual, infrequent or non-recurring. For example: certain restructuring and integration-related expenses (which consist of employee termination costs, facility closure or lease termination costs, and contract termination costs) may be considered recurring given the Company's ongoing efforts to be more cost effective and efficient; certain acquisition and disposition-related adjustments or expenses may be deemed recurring given the Company's regular evaluation of potential transactions and investments; and certain litigation expenses or dispute settlement charges or gains (which may include estimated losses for which the Company may have established a reserve, as well as any actual settlements, judgments, or other resolutions against, or in favor of, the Company related to litigation, arbitration, disputes or similar matters, and insurance recoveries received by the Company related to such matters) may be viewed as recurring given that the Company may from time to time be involved in, and may resolve, litigation, arbitration, disputes, and similar matters.

Notwithstanding that certain adjustments, charges, costs or expenses may be considered recurring, in order to provide meaningful comparisons, the Company believes that it is appropriate to exclude such items because they are not reflective of the Company's core results and tend to vary based on timing, frequency and magnitude.

These non-GAAP financial measures are provided to enhance the user's overall understanding of the Company's comparable financial performance between periods. In addition, the Company's management generally excludes the items noted above when managing and evaluating the performance of the business. See "Supplemental Information: Reconciliation of GAAP to Non-GAAP Results" for a reconciliation of these non-GAAP financial measures to their most comparable GAAP measures for the second and third quarter of fiscal year 2025 and the third quarter of fiscal year 2024.

The Company adopted a full-year, normalized tax rate for the computation of the non-GAAP income tax provision in order to provide better comparability across the interim reporting periods by reducing the quarterly variability in non-GAAP tax rates that can occur throughout the year. In estimating the full-year non-GAAP normalized tax rate, the Company utilized a full-year financial projection that considers multiple factors such as changes to the Company's current operating structure, existing positions in various tax jurisdictions, the effect of key tax law changes, and other significant tax matters to the extent they are applicable to the full fiscal year financial projection. In addition to the adjustments described above, this normalized tax rate excludes the impact of share-based awards and the amortization of acquisition-related intangible assets. For fiscal year 2024, the Company's projected non-GAAP normalized tax rate was 12% and was applied to each quarter of fiscal year 2024. For fiscal year 2025 ending January 26, 2025 ("fiscal year 2025"), the Company's projected non-GAAP normalized tax rate is 15% and will be applied to each quarter of fiscal year 2025. The Company's non-GAAP normalized tax rate on non-GAAP net income may be adjusted during the year to account for events or trends that the Company believes materially impact the original annual non-GAAP normalized tax rate including, but not limited to, significant changes resulting from tax legislation, acquisitions, entity structures or operational changes and other significant events. These additional non-GAAP financial measures should not be considered substitutes for any measures derived in accordance with GAAP and may be inconsistent with similar measures presented by other companies.

To provide additional insight into the Company's fourth quarter outlook, this presentation also presents certain of the forementioned non-GAAP measures on a forward-looking basis.  The Company is unable to include a reconciliation of forward-looking non-GAAP results to the corresponding GAAP measures as this is not available without unreasonable efforts due to the high variability and low visibility with respect to the impact of transaction, integration and restructuring expenses, share-based awards, amortization of acquisition-related intangible assets and other items that are excluded from these non-GAAP measures. The Company expects the variability of the above charges to have a potentially significant impact on its GAAP financial results.

Exhibit 12 Page 118



# Near-Term Priorities

 **1**

Focus our strategy, rationalize our portfolio and improve the balance sheet

 **2**

Accelerate revenue growth and drive margin expansion through disciplined investment, innovation and efficiency

 **3**

Energize our people and elevate our winning culture

# CEO Message

## Updates

 **1**

- Completed strategic portfolio evaluation, with granular assessment correlating investment levels and priorities to multi-year growth curves
- Increasing investment in data center products, projected to be a long-term and transformational growth engine

 **2**

- Swift changes to intensify customer engagement to provide technical and operational solutions
- Instituted disciplined investment plan, leveraging our design competencies
- Achieved multi-generational roadmap alignment with customers
- Our customers and target markets are moving toward us

 **3**

- Launched Semtech RISING, elevating our determination and drive to win
- Leveraged expertise of Semtech's board members to elevate human capital development

Exhibit 12 Page 119

 SEMTECH®



Exhibit 12 Page 120



"We are very pleased to report broad-based growth across each of our end markets, and particularly in data center, where we project AI-driven product demand to be a long-term and transformational growth engine for Semtech. Our results validate that our customers and target markets are moving toward us and highlight the effectiveness of our initiatives to drive market share gain and SAM expansion," said Hong Hou, Semtech's president and chief executive officer. "I believe we have achieved multi-generational roadmap alignment with customers and aspire to become the partner of choice for key technical and product solutions we provide."

# Q3'25 Net Sales

## END MARKET



$236.8m

28%
17%
55%

■ Infrastructure   ■ High-End Consumer   ■ Industrial

## SEGMENT



$236.8m

30%
35%
35%

■ Signal Integrity   ■ Analog Mixed Signal & Wireless
■ IoT Systems and Connectivity

Exhibit 12 Page 121



# Infrastructure End Market

## Data Center, PON/FTTH, Wireless, Infrastructure Circuit Protection



**Q3'25 NET SALES**

**$65.8m**

Q/Q Change    +24%
Y/Y Change    +52%

- Record data center net sales of $43.1m, up 58% Q/Q

- Shipments commenced on CopperEdge used in 1.6T active copper cable

- Expect incrementally higher CopperEdge contribution in Q4'25, followed by a ramp progressing through FY26

- Semtech's technical collaboration on CopperEdge with a number of cloud service providers and cable manufacturers has accelerated since last quarter

- Tri-Edge PAM4 products continue to contribute meaningful sequential and year-over-year growth

- Confidence in linear pluggable optics adoption has increased, with meaningful net sales contribution in the latter portion of FY26

- Telecom business supporting triple-gen 50G PON and 5G-Advanced deployments

Exhibit 12 Page 122



# High-End Consumer End Market

## Consumer Circuit Protection, PerSe® Smart Sensing



### Q3'25 NET SALES

$40.0m

| | |
|---|---|
| Q/Q Change | +8% |
| Y/Y Change | +7% |

- Consumer TVS net sales of $28.3, up 9% Q/Q and 7% Y/Y, sequential growth each quarter of FY25

- Market share growth at key consumer TVS customers expected to continue based on design-in activities for future generations of product, ability to deliver on time and to meet demand upside

- PerSe® products continue to excite the market with design wins across device manufacturers in smartphones, computing and wearables

- PerSe® proximity sensing capabilities are highly valued by device manufacturers and consumers

Exhibit 12 Page 123



# Industrial End Market

**LoRa®,  Modules, Routers, Smart Connectivity, RF Industrial, Industrial Circuit Protection, Professional AV**

### Q3'25 NET SALES



**$131.0m**

Q/Q Change          +5%
Y/Y Change          +9%

- LoRa-enabled solutions net sales of $29.0 million, up 104% Y/Y

- Increasing consumption of recent generation LoRa products signals market adoption of enhanced capabilities

- IoT Systems net sales of $57.9 million, up 11% Q/Q with robust bookings and backlog

- Launched Airlink management service in Australia which meets stringent local data residency requirements

- IoT Connected Services net sales of $24.6 million, benefiting from our AirVantage connectivity platform

- Industrial TVS net sales of $10.2 million, up 7% Q/Q and expected to grow

Exhibit 12 Page 124



# Summary Financial Results

**GAAP FINANCIAL RESULTS**

**QUARTER ENDED**

| (in millions, except per share data) | Q3'25 | | Q2'25 | | Q3'24 | |
|---|---|---|---|---|---|---|
| Net sales | $ | 236.8 | $ | 215.4 | $ | 200.9 |
| Gross margin | | 51.1 % | | 49.0 % | | 46.3 % |
| Operating expenses, net | $ | 103.2 | $ | 97.7 | $ | 105.3 |
| Operating income (loss) | $ | 17.8 | $ | 7.8 | $ | (12.4) |
| Operating margin | | 7.5 % | | 3.6 % | | (6.2) % |
| Interest expense, net | $ | 20.3 | $ | 28.1 | $ | 27.7 |
| Net loss attributable to common stockholders | $ | (7.6) | $ | (170.3) | $ | (38.3) |
| Diluted loss per share | $ | (0.10) | $ | (2.61) | $ | (0.60) |

**NON-GAAP FINANCIAL RESULTS***

**QUARTER ENDED**

| (in millions, except per share data) | Q3'25 | | Q2'25 | | Q3'24 | |
|---|---|---|---|---|---|---|
| Net sales | $ | 236.8 | $ | 215.4 | $ | 200.9 |
| Gross margin | | 52.4 % | | 50.4 % | | 51.3 % |
| Operating expenses, net | $ | 80.6 | $ | 77.9 | $ | 82.5 |
| Operating income | $ | 43.4 | $ | 30.5 | $ | 20.5 |
| Operating margin | | 18.3 % | | 14.2 % | | 10.2 % |
| Interest expense, net | $ | 18.4 | $ | 20.5 | $ | 22.3 |
| Net income attributable to common stockholders | $ | 20.3 | $ | 8.1 | $ | 1.5 |
| Diluted earnings per share | $ | 0.26 | $ | 0.11 | $ | 0.02 |
| Adjusted EBITDA | $ | 51.1 | $ | 40.5 | $ | 28.1 |
| Adjusted EBITDA margin | | 21.6 % | | 18.8 % | | 14.0 % |

*See Non-GAAP Financial Measures above and Supplemental Information: Reconciliation of GAAP to Non-GAAP Results.

Exhibit 12 Page 125

 SEMTECH®



# Q4'25 OUTLOOK

Exhibit 12 Page 126

SEMTECH®

# Q4'25 Outlook*

*(in millions, except per share data)*

| | | | | | |
|---|---|---|---|---|---|
| Net sales | $ | 250.0 | +/- | $ | 5.0 |
| **Non-GAAP Financial Measures** | | | | | |
| Gross margin | | 52.8 % | +/- | | 50 bps |
| Operating expenses, net | $ | 82.8 | +/- | $ | 1.0 |
| Operating income | $ | 49.2 | +/- | $ | 2.8 |
| Operating margin | | 19.7 % | +/- | | 70 bps |
| Interest and other expense, net | $ | 19.0 | | | |
| Normalized tax rate | | 15 % | | | |
| Diluted earnings (loss) per share | $ | 0.32 | +/- | $ | 0.03 |
| Adjusted EBITDA | $ | 56.9 | +/- | $ | 2.8 |
| Adjusted EBITDA margin | | 22.8 % | +/- | | 70 bps |
| Diluted share count | | 80.0 | | | |

*See Non-GAAP Financial Measures above.

## Net Sales Outlook

- Infrastructure market is expected to be up, with data center leading the growth

- High-end consumer is expected to be down, reflective of typical seasonality

- Industrial end market is expected to be up, with increases across LoRa and the cellular IoT portfolio

Exhibit 12 Page 127





Q&A

Exhibit 12 Page 128



APPENDIX

# NET SALES SCHEDULES

Exhibit 12 Page 129

# Net Sales Schedules

| END MARKET | Q3'25 | Q2'25 | Q1'25 | Q4'24 | Q3'24 |
|---|---|---|---|---|---|
| Infrastructure | $65.8 | $52.9 | $56.0 | $39.4 | $43.2 |
| High-End Consumer | 40.0 | 37.1 | 34.5 | 32.1 | 37.6 |
| Industrial | 131.0 | 125.3 | 115.6 | 121.5 | 120.2 |
| Total | $236.8 | $215.4 | $206.1 | $192.9 | $200.9 |

| REPORTABLE SEGMENT | Q3'25 | Q2'25 | Q1'25 | Q4'24 | Q3'24 |
|---|---|---|---|---|---|
| Signal Integrity | $71.5 | $59.4 | $58.3 | $42.8 | $47.2 |
| Analog Mixed Signal & Wireless | 82.8 | 79.3 | 75.3 | 60.4 | 70.2 |
| IoT Systems and Connectivity | 82.5 | 76.6 | 72.5 | 89.7 | 83.5 |
| Total | $236.8 | $215.4 | $206.1 | $192.9 | $200.9 |

| GEOGRAPHIC REGION | Q3'25 | Q2'25 | Q1'25 | Q4'24 | Q3'24 |
|---|---|---|---|---|---|
| Asia-Pacific | $149.0 | $140.0 | $131.5 | $111.4 | $119.1 |
| North America | 53.7 | 46.1 | 46.3 | 54.9 | 51.5 |
| Europe | 34.1 | 29.3 | 28.3 | 26.6 | 30.4 |
| Total | $236.8 | $215.4 | $206.1 | $192.9 | $200.9 |

*Amounts in millions and may not add precisely due to rounding*

Exhibit 12 Page 130

SEMTECH®



Supplemental Information:

# RECONCILATION OF GAAP TO NON-GAAP RESULTS

For additional information on our Non-GAAP Presentation, see Non-GAAP Financial Measures on pages 3-4 above.

Exhibit 12 Page 131

# Reconciliation of GAAP to Non-GAAP Results

| | QUARTER ENDED | | |
| --- | --- | --- | --- |
| | October 27, 2024 | July 28, 2024 | October 29, 2023 |
| | Q3'25 | Q2'25 | Q3'24 |
| **Gross margin (GAAP)** | 51.1 % | 49.0 % | 46.3 % |
| Share-based compensation | 0.3 % | 0.3 % | 0.3 % |
| Amortization of acquired technology | 1.0 % | 1.1 % | 5.0 % |
| Transaction and integration related costs, net | — % | — % | (0.3) % |
| **Adjusted gross margin (Non-GAAP)** | 52.4 % | 50.4 % | 51.3 % |

Exhibit 12 Page 132



# Reconciliation of GAAP to Non-GAAP Results

|  | QUARTER ENDED | | | | | |
|---|---|---|---|---|---|---|
|  | | October 27, 2024 | | July 28, 2024 | | October 29, 2023 |
|  | | Q3'25 | | Q2'25 | | Q3'24 |
| **Operating expenses, net (GAAP)** | $ | 103.2 | $ | 97.7 | $ | 105.3 |
| Share-based compensation | | (17.6) | | (16.4) | | (6.0) |
| Intangible amortization | | (0.1) | | (0.3) | | (4.9) |
| Transaction and integration related costs, net | | (3.2) | | (1.5) | | (6.0) |
| Restructuring and other reserves, net | | (0.7) | | (1.5) | | (3.6) |
| Litigation costs, net | | (0.9) | | (0.1) | | — |
| Goodwill impairment | | — | | — | | (2.3) |
| **Adjusted operating expenses, net (Non-GAAP)** | $ | 80.6 | $ | 77.9 | $ | 82.5 |

*Amounts in millions and may not add precisely due to rounding*

Exhibit 12 Page 133



# Reconciliation of GAAP to Non-GAAP Results

| | QUARTER ENDED | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | October 27, 2024 | | July 28, 2024 | | October 29, 2023 | |
| | Q3'25 | | Q2'25 | | Q3'24 | |
| **Operating income (loss) (GAAP)** | $ | **17.8** | $ | **7.8** | $ | **(12.4)** |
| Share-based compensation | | 18.4 | | 17.1 | | 6.5 |
| Intangible amortization | | 2.4 | | 2.6 | | 14.9 |
| Transaction and integration related costs, net | | 3.2 | | 1.5 | | 5.5 |
| Restructuring and other reserves, net | | 0.7 | | 1.5 | | 3.6 |
| Litigation costs, net | | 0.9 | | 0.1 | | — |
| Goodwill impairment | | — | | — | | 2.3 |
| **Adjusted operating income (Non-GAAP)** | $ | **43.4** | $ | **30.5** | $ | **20.5** |

*Amounts in millions and may not add precisely due to rounding*

Exhibit 12 Page 134



# Reconciliation of GAAP to Non-GAAP Results

| | QUARTER ENDED | | |
|---|---|---|---|
| | October 27, 2024 | July 28, 2024 | October 29, 2023 |
| | Q3'25 | Q2'25 | Q3'24 |
| **Operating margin (GAAP)** | **7.5 %** | **3.6 %** | **(6.2) %** |
| Share-based compensation | 7.8 % | 8.0 % | 3.3 % |
| Intangible amortization | 1.0 % | 1.2 % | 7.4 % |
| Transaction and integration related costs, net | 1.4 % | 0.7 % | 2.8 % |
| Restructuring and other reserves, net | 0.3 % | 0.7 % | 1.8 % |
| Litigation costs, net | 0.3 % | — % | — % |
| Goodwill impairment | — % | — % | 1.1 % |
| **Adjusted operating margin (Non-GAAP)** | **18.3 %** | **14.2 %** | **10.2 %** |

Exhibit 12 Page 135



# Reconciliation of GAAP to Non-GAAP Results

| | QUARTER ENDED | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | October 27, 2024 | | July 28, 2024 | | October 29, 2023 | |
| | Q3'25 | | Q2'25 | | Q3'24 | |
| **Interest expense, net (GAAP)** | $ | **20.3** | $ | **28.1** | $ | **27.7** |
| Amortization of deferred financing costs | | (2.1) | | (2.4) | | (1.8) |
| Write-off of deferred financing costs | | — | | (5.5) | | (3.7) |
| Investment income | | 0.2 | | 0.2 | | 0.1 |
| **Adjusted interest expense, net (Non-GAAP)** | $ | **18.4** | $ | **20.5** | $ | **22.3** |
| **Loss on extinguishment of debt (GAAP)** | $ | **—** | $ | **144.7** | $ | **—** |
| Loss on extinguishment of debt | | — | | (144.7) | | — |
| **Adjusted loss on extinguishment of debt (Non-GAAP)** | $ | **—** | $ | **—** | $ | **—** |

*Amounts in millions and may not add precisely due to rounding*

Exhibit 12 Page 136



# Reconciliation of GAAP to Non-GAAP Results

| | QUARTER ENDED | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | October 27, 2024 | | July 28, 2024 | | October 29, 2023 | |
| | Q3'25 | | Q2'25 | | Q3'24 | |
| **GAAP net loss attributable to common stockholders** | $ | (7.6) | $ | (170.3) | $ | (38.3) |
| Adjustments to GAAP net loss attributable to common stockholders: | | | | | | |
| Share-based compensation | | 18.4 | | 17.1 | | 6.5 |
| Intangible amortization | | 2.4 | | 2.6 | | 14.9 |
| Transaction and integration related costs, net | | 3.2 | | 2.0 | | 5.5 |
| Restructuring and other reserves, net | | 0.7 | | 1.5 | | 3.6 |
| Litigation costs, net | | 0.9 | | 0.1 | | — |
| Investment (gains) losses, reserves and impairments, net | | (0.2) | | (0.2) | | 1.9 |
| Amortization of deferred financing costs | | 2.1 | | 2.4 | | 1.8 |
| Write-off of deferred financing costs | | — | | 5.5 | | 3.7 |
| Loss on extinguishment of debt | | — | | 144.7 | | — |
| Goodwill impairment | | — | | — | | 2.3 |
| **Total Non-GAAP adjustments before taxes** | | **27.5** | | **175.6** | | **40.2** |
| Associated tax effect | | 0.4 | | 2.8 | | (0.5) |
| Total of supplemental information, net of taxes | | 27.9 | | 178.4 | | 39.7 |
| **Non-GAAP net income attributable to common stockholders** | $ | **20.3** | $ | **8.1** | $ | **1.5** |
| **GAAP diluted loss per share** | $ | **(0.10)** | $ | **(2.61)** | $ | **(0.60)** |
| Adjustments per above | | **0.36** | | **2.72** | | **0.62** |
| **Non-GAAP diluted earnings per share** | $ | **0.26** | $ | **0.11** | $ | **0.02** |
| **Weighted-average number of shares used in computing diluted (loss) earnings per share:** | | | | | | |
| **GAAP** | | 75,319 | | 65,281 | | 64,216 |
| **Non-GAAP** | | 78,581 | | 71,787 | | 64,304 |

*Amounts in millions and may not add precisely due to rounding*

Exhibit 12 Page 137

 SEMTECH®

# Reconciliation of GAAP to Non-GAAP Results

| | QUARTER ENDED | | | | | |
|---|---|---|---|---|---|---|
| | October 27, 2024 | | July 28, 2024 | | October 29, 2023 | |
| | Q3'25 | | Q2'25 | | Q3'24 | |
| **GAAP net loss attributable to common stockholders** | $ | (7.6) | $ | (170.3) | $ | (38.3) |
| Interest expense | | 20.8 | | 28.6 | | 28.3 |
| Interest income | | (0.5) | | (0.4) | | (0.6) |
| Loss on extinguishment of debt | | — | | 144.7 | | — |
| Non-operating expense (income) , net | | 1.1 | | 1.0 | | (3.5) |
| Investment impairments and credit loss reserves, net | | — | | — | | 2.0 |
| Provision (benefit) for income taxes | | 4.0 | | 4.2 | | (0.3) |
| Share-based compensation | | 18.4 | | 17.1 | | 6.5 |
| Depreciation and amortization | | 10.1 | | 12.6 | | 22.5 |
| Transaction and integration related costs, net | | 3.2 | | 1.5 | | 5.5 |
| Restructuring and other reserves, net | | 0.7 | | 1.5 | | 3.6 |
| Litigation costs, net | | 0.9 | | 0.1 | | — |
| Goodwill impairment | | — | | — | | 2.3 |
| **Adjusted EBITDA** | $ | 51.1 | $ | 40.5 | $ | 28.1 |
| **Adjusted EBITDA margin** | | 21.6% | | 18.8% | | 14.0% |

*Amounts in millions and may not add precisely due to rounding*

Exhibit 12 Page 138

 SEMTECH®

# THANK YOU

Semtech and the Semtech logo are registered trademarks or service marks of Semtech Corporation or its subsidiaries.
Copyright © 2024 Semtech Corporation. All rights reserved.

Exhibit 12 Page 139

