Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025
jake@blockleviton.com

*Counsel for Lead Plaintiff Luis Collazos*
*And Lead Counsel for the Class*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SEMTECH CORPORATION SECURITIES LITIGATION<br><br>This Document relates to:<br><br> ALL ACTIONS | Master File No.: 2:25-cv-01474-MSC-JC<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF JACOB A. WALKER IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE**<br><br>Judge: Hon. Mark C. Scarsi<br>Hearing: September 22, 2025<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 7C |

DECLARATION OF JACOB A. WALKER IN SUPPORT
OF LEAD PLAINTIFFS' OPPOSITION TO
DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

I, Jacob A. Walker, declare as follows:

1. I am an attorney licensed to practice before this Court. I am a partner of Block & Leviton LLP, Lead Counsel for Lead Plaintiff Luis Callazos in the above-captioned action. I make this declaration in support of Lead Plaintiff's Opposition to Defendants' Request for Judicial Notice and Incorporation by Reference. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is true and correct copy of an article titled, "Nvidia reportedly cancels development of dual-rack 72 GPU GP200 — analyst says the company intends to focus on single-rack offerings," authored by Anton Shilov, and published October 1, 2024, online, by *Tom's Hardware*. The article was accessed at https://www.tomshardware.com/tech-industry/artificial-intelligence/nvidia-reportedly-cancels-development-of-dual-rack-72-gpu-gb200-analyst-says-the-company-intends-to-focus-on-single-rack-offerings.

3. Attached hereto as **Exhibit B** is a true and correct copy of an article titled, "Nvidia contributes Blackwell platform design to the Open Compute Project — members can build their own custom designs for Blackwell GPUs," authored by Anton Shilov, and published October 15, 2024, online, by *Tom's Hardware*. The article was accessed at https://www.tomshardware.com/pc-components/gpus/nvidia-contributes-blackwell-platform-design-to-the-open-compute-project-members-can-build-their-own-custom-designs-for-blackwell-gpus.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of August 2025.


*/s/ Jacob A. Walker*
Jacob A. Walker

---

DECLARATION OF JACOB A. WALKER IN SUPPORT
OF LEAD PLAINTIFF'S OPPOSITION TO
DEFENDANT'S REQUEST FOR JUDICIAL NOTICE