# EXHIBIT A

tom's HARDWARE

🔍

🇺🇸 ▾        Sign in ⊙

| TRENDING | Back to School Deals | The death of Win 11 SE | Where to Buy Switch 2 | MI350X and MI355X AI GPUs |

Tech Industry   >   Artificial Intelligence

ADVERTISEMENT

# Nvidia reportedly cancels development of dual-rack 72 GPU GB200 — analyst says the company intends to focus on single-rack offerings

News      By Anton Shilov published October 1, 2024

One less configuration to try to create and support.

              💬 Comments (0)



Nvidia is halting development of its dual-rack 72-way GB200-based NVL36×2, to focus on the single-rack NVL72 and NVL36, according to analyst Ming-Chi Kuo over at Medium. He's a reputable analyst and appears to have inside information on the matter. The single-rack NVL36 and NVL72 machines will arrive to market as planned, with the decision said to be driven by limited resources and customer preferences. However, previous reports indicated that the dual-rack NVL36×2 would be the most

popular choice among Nvidia's customers.

The company initially planned to develop three GB200 models based on Blackwell GPUs for AI and HPC workloads: NVL36, NVL72, and NVL36×2. However, managing all three projects became challenging, especially given the complexity of working on two different 72-GPU versions (NVL72 and NVL36×2) at the same time. As a result, Nvidia is now focusing solely on NVL72 and NVL36.

Nvidia's GB200 NVL72 rack contains 18 compute trays and nine NVSwitch trays (18 NVSwitch ASICs), each holding two Bianca boards with one Grace CPU and two Blackwell GPUs per board. This is Nvidia's most powerful offering, though it's also the most power hungry solution one as it consumes around 120kW.

*SemiAnalysis* expects this configuration to see limited use due to its extreme power and density requirements (typical rack power is 12kW, while an H100-based rack consumes around 40kW), which most datacenters cannot support. However, there's one major client planning widespread deployment, and Ming-Chi Kuo claims that Microsoft has shown a clear preference for the NVL72 over the NVL36×2.

The GB200 NVL36×2 was to consist of two interconnected racks, and was initially projected to be the more commonly adopted configuration. Each rack has 18 Grace CPUs and 36 Blackwell GPUs, maintaining full connectivity across the 72 GPUs. However, it would need 36 NVSwitch ASICs, thus consuming more power than one NVL72 and offering slightly lower performance. One GB200 NVL36×2 was projected to consume 66kW per rack (132kW in total), slightly higher than the NVL72, though it's larger size would be more compatible with existing datacenters.

GB200 NVL72 is far more space efficient than GB200 NVL36×2. However, most Nvidia customers cannot support NVL72's power and cooling density requirements. Furthermore, these complexities could delay shipments of GB200 NVL72 to the second half of 2025, according to Ming-Chi Kuo. However, previous reports indicated that some NVL72 machines will be delivered this December, presumably to Microsoft.

"My latest supply chain survey indicates that NVL72 mass production may be delayed until 2H25 (versus Nvidia's optimistic target of 1H25)," Ming-Chi Kuo wrote.

Earlier this year, Nvidia ran into yield-killing issues with the packaging of its B100 and B200 GPUs for AI and HPC, which prompted it to produce low-yielding Blackwell hardware to meet demand as well as refine design of these processors. Refined GPUs are set to enter mass production only starting in late October, so they will be ready to use in late January. In this context, focusing on a GB200-based NVL72 design aimed at the most demanding customers looking for maximum performance makes absolute sense for Nvidia.

It should also be noted that x86-based servers with Blackwell processors are only due in 2025. At this stage, the form factors for these machines remain unknown, with preliminary reports pointing to NVL72 and NVL36×2

ADVERTISEMENT

ADVERTISEMENT

machines. It's likely that has now pivoted to NVL72 and NVL36 racks first, with custom third-party solutions coming later.

## Stay On the Cutting Edge: Get the Tom's Hardware Newsletter

Get Tom's Hardware's best news and in-depth reviews, straight to your inbox.

| Your Email Address | **SIGN ME UP** |

☐ Contact me with news and offers from other Future brands

☐ Receive email from us on behalf of our trusted partners or sponsors

By submitting your information you agree to the Terms & Conditions and Privacy Policy and are aged 16 or over.

ADVERTISEMENT

## YOU MAY LIKE

 **Nvidia GB200 production ramps up after suppliers tackle AI server overheating and liquid cooling leaks**

 **Large-scale shipments of Nvidia GB300 servers tipped to start in September**

 **Nvidia reportedly developing new AI chip for China that meets export controls**

## TOPICS

Nvidia       Nvidia Blackwell

💬 SEE ALL COMMENTS (0)

 **Anton Shilov**  Contributing Writer
 

Anton Shilov is a contributing writer at Tom's Hardware. Over the past couple of decades, he has covered everything from CPUs and GPUs to supercomputers and from modern process technologies and latest fab tools to high-tech industry trends.

## READ MORE

ADVERTISEMENT

Case 2:25-cv-01474-MCS-AYP     Document 60-1     Filed 08/25/25     Page 5 of 17   Page ID #:892



**Nvidia GB200 production ramps up after suppliers tackle AI server overheating and liquid cooling leaks**



**Large-scale shipments of Nvidia GB300 servers tipped to start in September**



**Nvidia reportedly developing new AI chip for China that meets export controls**



**Nvidia H20 AI GPU inventory is limited**



**Nvidia's newest top-tier AI supercomputers deployed for the first time**

Case 2:25-cv-01474-MCS-AYP     Document 60-1     Filed 08/25/25     Page 8 of 17   Page ID #:895



**Nvidia RTX PRO 6000D (B40) Blackwell GPUs reportedly set to supersede banned H20 accelerators in China**

LATEST IN ARTIFICIAL INTELLIGENCE

Case 2:25-cv-01474-MCS-AYP    Document 60-1    Filed 08/25/25    Page 9 of 17   Page ID #:896



**95% of generative AI implementations in enterprise fail, says MIT**



**Arm hires Amazon's AI chip developer, ostensibly to help create its own processors — Rami Sinno returns to the company, boasts Trainium and Inferentia on resume**

Case 2:25-cv-01474-MCS-AYP     Document 60-1     Filed 08/25/25     Page 10 of 17   Page
ID #:897



**SoftBank acquires Foxconn's Ohio facility to build Stargate AI servers**

Case 2:25-cv-01474-MCS-AYP    Document 60-1    Filed 08/25/25    Page 11 of 17   Page
ID #:898



**Fragmented ecosystems and limited supply: Why China cannot break free from Nvidia hardware for AI**



**AI experts warn that China is miles ahead of the US in electricity generation**

Case 2:25-cv-01474-MCS-AYP    Document 60-1    Filed 08/25/25    Page 12 of 17   Page ID #:899



**U.S. AI boom is completely upending the electricity market**

**LATEST IN NEWS**



**China's Great Firewall blocked all traffic to a common HTTPS port for over an hour — with no hint as to its intention**



**Samsung's fastest consumer SSD raises its capacity cap to 8TB**

Case 2:25-cv-01474-MCS-AYP     Document 60-1     Filed 08/25/25     Page 14 of 17   Page
ID #:901



**CHIPS Act funding could herald an era where the U.S. is not offering grants, but buying equity**



**Huawei's Kirin 9020 integrates 5G modem, China-made 5G FEM**



**Valve's secretive 'Fremont' gaming device surfaces in benchmarks with 2X more processing power than Steam Deck OLED**



**Sony hikes PS5 prices by $50, starting tomorrow**

---

NO COMMENTS YET                    COMMENT FROM THE FORUMS ▶

---

Case 2:25-cv-01474-MCS-AYP     Document 60-1     Filed 08/25/25     Page 17 of 17   Page ID #:904

Tom's Hardware is part of Future US Inc, an international media group and leading digital publisher. **Visit our corporate site**.

Terms and conditions

Contact Future's experts

Privacy policy

Cookies policy

Accessibility Statement

Advertise with us

About us

Coupons

Careers

Do not sell or share my personal information

© Future US, Inc. Full 7th Floor, 130 West 42nd Street, New York, NY 10036.