# EXHIBIT B

tom's HARDWARE

🔍

🇺🇸 ▾     Sign in 👤

TRENDING     Back to School Deals     The death of Win 11 SE     Where to Buy Switch 2     MI350X and MI355X AI GPUs

PC Components  >  GPUs                                            ADVERTISEMENT

# Nvidia contributes Blackwell platform design to the Open Compute Project — members can build their own custom designs for Blackwell GPUs

News     By Anton Shilov published October 15, 2024

Nvidia open-sources Blackwell data center architecture.

               Comments (0)

When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.



Nvidia has contributed its GB200 NVL72 rack and compute/switch tray designs to the Open Compute Project (OCP), enabling OCP members to build their designs based on Nvidia Blackwell GPUs. The company is

sharing key design elements of its high-performance server platform to accelerate the development of open data center platforms that can support Nvidia's power-hungry next-generation GPUs with Nvidia networking.

The GB200 NVL72 system with up to 72 GB100 or GB200 GPUs is at the heart of this contribution. Nvidia shares critical electro-mechanical designs, including details about the rack architecture, cooling system, and compute tray components. The GB200 NVL72 system features a modular design based on Nvidia's MGX architecture that connects 36 Grace CPUs and 72 Blackwell GPUs in a rack-scale configuration. This setup provides a 72-GPU NVLink domain, allowing the system to act as a massive single GPU.

At the OCP event, Nvidia introduced a new joint reference design of the GB200 NVL72. It was developed with Vertiv, a leading power and cooling solution known for its expertise in high-density compute data centers. This new reference design reduces deployment time for cloud service providers (CSPs) and data centers adopting the Nvidia Blackwell platform.

**LATEST VIDEOS FROM TOM'S HARDWARE**                    tom's HARDWARE

ADVERTISEMENT

PLAY SOUND

ADVERTISEMENT

**YOU MAY LIKE**



**Nvidia's newest top-tier AI supercomputers deployed for the first time**



**Large-scale shipments of Nvidia GB300 servers tipped to start in September**



**Nvidia unveils 2U RTX Pro 6000 servers at SIGGRAPH shot of Blackwell power comes to smaller rackmoun factors**

Using this reference architecture, data centers no longer need t custom power, cooling, or spacing designs specific to the GB200 Instead, they can rely on Vertiv's advanced solutions for space-s power management and energy-efficient cooling. This approach data centers to deploy 7MW GB200 NVL72 clusters faster globally, cutting implementation time by as much as 50%.

00:38



(Image credit: Nvidia)

"Nvidia has been a significant contributor to open computing standards for years, including their high-performance computing platform that has been the foundation of our Grand Teton server for the past two years," said Yee Jiun Song, VP of Engineering at Meta. "As we progress to meet the increasing computational demands of large-scale artificial intelligence, Nvidia's latest contributions in rack design and modular architecture will help speed up the development and implementation of AI infrastructure across the industry."

In addition to hardware contributions, Nvidia is expanding support for OCP standards with its Spectrum-X Ethernet networking platform. By aligning with OCP's community-developed specifications, Nvidia speeds up the connectivity of AI data centers while enabling organizations to maintain software consistency to preserve previous investments.

Nvidia's networking advancements include the ConnectX-8 SuperNIC, which will be available for OCP 3.0 next year. These SuperNICs support data speeds up to 800Gb/s, and their programmable packet processing is optimized for large-scale AI workloads, which is expected to help organizations build more flexible, AI-optimized networks.

ADVERTISEMENT

## Stay On the Cutting Edge: Get the Tom's Hardware Newsletter

Get Tom's Hardware's best news and in-depth reviews, straight to your inbox.

Your Email Address            SIGN ME UP

☐  Contact me with news and offers from other Future brands

☐  Receive email from us on behalf of our trusted partners or sponsors

By submitting your information you agree to the Terms & Conditions and Policy and are aged 16 or over.

More than 40 electronics manufacturers are working with Nvidia to build its Blackwell platform. Meta, the founder of OCP, is among the notable partners. Meta plans to contribute its Catalina AI rack architecture, based

ADVERTISEMENT

on the GB200 NVL72 system, to the OCP.

By collaborating closely with the OCP community, Nvidia is working to ensure its designs and specifications are accessible to a wide range of data center developers. As a result, Nvidia will be able to sell its Blackwell GPUs and ConnectX-8 SuperNIC to companies that rely on OCP standards.

"Building on a decade of collaboration with OCP, Nvidia is working alongside industry leaders to shape specifications and designs that can be widely adopted across the entire data center," said Jensen Huang, founder and CEO of Nvidia. "By advancing open standards, we're helping organizations worldwide take advantage of the full potential of accelerated computing and create the AI factories of the future."

SEE MORE GPUS NEWS ▶

### TOPICS

Nvidia     Nvidia Blackwell

💬 SEE ALL COMMENTS (0)



**Anton Shilov**  Contributing Writer

 

Anton Shilov is a contributing writer at Tom's Hardware. Over the past couple of decades, he has covered everything from CPUs and GPUs to supercomputers and from modern process technologies and latest fab tools to high-tech industry trends.

### READ MORE



ADVERTISEMENT

00:38

**Nvidia's newest top-tier AI supercomputers deployed for the first time**

Case 2:25-cv-01474-MCS-AYP     Document 60-2     Filed 08/25/25     Page 6 of 18   Page ID #:910



**Large-scale shipments of Nvidia GB300 servers tipped to start in September**



00:38

Case 2:25-cv-01474-MCS-AYP    Document 60-2    Filed 08/25/25    Page 7 of 18    Page ID #:911



**Nvidia unveils 2U RTX Pro 6000 servers at SIGGRAPH — double shot of Blackwell power comes to smaller rackmount form factors**



**Nvidia GB200 production ramps up after suppliers tackle AI s overheating and liquid cooling leaks**

00:38



**Asus brings Nvidia's GB300 Blackwell Ultra 'desktop superchip' to workstations**

00:38

Case 2:25-cv-01474-MCS-AYP     Document 60-2     Filed 08/25/25     Page 9 of 18   Page ID #:913



**Nvidia to boost AI server racks to megawatt scale, increasing power delivery by five times or more**

**LATEST IN GPUS**



00:38

**RTX 5070 Ti finally hits MSRP in the U.S.**

Case 2:25-cv-01474-MCS-AYP   Document 60-2   Filed 08/25/25   Page 10 of 18   Page ID #:914



**Nvidia could be readying Blackwell B30A accelerator for the Chinese market**



00:38



**Nvidia has cut some RTX 50-series prices in Europe**



**Nvidia's unreleased RTX Titan Ada almost shipped with a mo 12VHPWR to 6x 8-pin adapter**

00:38

Case 2:25-cv-01474-MCS-AYP     Document 60-2     Filed 08/25/25     Page 12 of 18   Page ID #:916



**Nvidia's midrange GPUs through the years retested, from the RTX 2070 to the new 5070**



Case 2:25-cv-01474-MCS-AYP     Document 60-2     Filed 08/25/25     Page 13 of 18   Page ID #:917



**Asus' lavish, gold-clad RTX 5090 and RTX 5080 Dhahab Editions surface at a UAE retailer with worldwide shipping**

**LATEST IN NEWS**



**Samsung's fastest consumer SSD raises its capacity cap to 8TB**



**CHIPS Act funding could herald an era where the U.S. is not offering
grants, but buying equity**

00:38

Case 2:25-cv-01474-MCS-AYP      Document 60-2      Filed 08/25/25      Page 15 of 18   Page
ID #:919



**Huawei's Kirin 9020 integrates 5G modem, China-made 5G FEM**



**Valve's secretive 'Fremont' gaming device surfaces in benchm**
**2X more processing power than Steam Deck OLED**

00:38

Case 2:25-cv-01474-MCS-AYP      Document 60-2      Filed 08/25/25      Page 16 of 18   Page ID #:920



**Sony hikes PS5 prices by $50, starting tomorrow**

00:38



**A popular VPN extension for Google Chrome has been screenshotting
every page users visit**

---

NO COMMENTS YET                                          COMMENT FROM THE FORUMS  ▶

---

00:38

Tom's Hardware is part of Future US Inc, an international media group and leading digital publisher. **Visit our corporate site**.

Terms and conditions

Contact Future's experts

Privacy policy

Cookies policy

Accessibility Statement

Advertise with us

About us

Coupons

Careers

Do not sell or share my personal information

© Future US, Inc. Full 7th Floor, 130 West 42nd Street, New York, NY 10036.

00:38