Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants Semtech
Corporation, Hong Q. Hou, Mark Lin*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SEMTECH CORPORATION SECURITIES LITIGATION, <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 2:25-cv-01474-MCS-JC <br><br> **REPLY DECLARATION OF SARAH HEMMENDINGER IN SUPPORT OF DEFENDANTS SEMTECH CORPORATION, HONG Q. HOU AND MARK LIN'S MOTION TO DISMISS** <br><br> *[Filed Concurrently with Defendants Semtech Corporation, Hong Q. Hou and Mark Lin's Reply in Support of their Motion to Dismiss; Reply in Support of Request for Judicial Notice and Supplemental Request for Judicial Notice]* <br><br> Judge: Hon. Mark C. Scarsi <br> Date: September 22, 2025 <br> Time: 9:00 a.m. <br> Location: Courtroom 7C |

REPLY DECLARATION OF SARAH
HEMMENDINGER
2:25-CV-01474-MCS-JC

## DECLARATION OF SARAH HEMMENDINGER

I, Sarah Hemmendinger, declare as follows:

I am an attorney at law licensed to practice in the State of California and a partner with the firm of Sidley Austin LLP, counsel for Defendants Semtech Corporation, Hong Q. Hou, and Mark Lin in this matter. I have personal knowledge of the facts set forth in this declaration. If called as witness, I could and would competently testify thereto. This declaration is submitted in support of Defendants' Reply in Support of their Motion to Dismiss.

Attached as exhibits to this declaration are true and correct copies of the following two documents:

1.      **Reply Exhibit 1**: Form 8-K filed by Semtech Corporation with the SEC on February 7, 2025.

2.      **Reply Exhibit 2**: Form 8-K filed by Semtech Corporation with the SEC on November 26, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of September, in San Francisco, California.

By:  _/s/ Sarah Hemmendinger_
Sarah Hemmendinger

REPLY DECLARATION OF SARAH
HEMMENDINGER
2:25-CV-01474-MCS-JC

1