UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:25-cv-01474-MCS-JC** | Date | October 23, 2025 |
|---|---|---|---|

Title  ***In re Semtech Corp. Sec. Litig.***

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DIRECTING DEFENDANTS TO FILE AN ANSWER**

On October 7, 2025, the Court granted in part and denied in part Defendants' motion to dismiss Lead Plaintiff's consolidated class action complaint. (Order, ECF No. 72.) Lead Plaintiff subsequently filed a notice indicating his intent to stand on his as-filed complaint. (Notice, ECF No. 76.) Defendants shall answer what remains of the consolidated class action complaint within 14 days after entry of this Order.

**IT IS SO ORDERED.**