**NOTE CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re SEMTECH CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 2:25-cv-01474-MCS-JC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER CONSOLIDATED COMPLAINT (ECF No. 78)**<br><br>Judge:   Honorable Mark C. Scarsi |

ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER CONSOLIDATED COMPLAINT
Case No. 2:25-cv-01474-MCS-JC

The Court, having considered the Stipulation to Extend Time to Answer the Consolidated Complaint (the "Stipulation"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1.    The Stipulation is GRANTED.

2.    The time for Defendants to file an Answer to the Consolidated Complaint shall be extended to November 25, 2025. **No further extensions will be granted absent an extraordinary showing of good cause presented in a stipulation or request that complies with Initial Standing Order § 4.**

**SO ORDERED.**

Dated:    October 30, 2025

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER CONSOLIDATED COMPLAINT
Case No. 2:25-cv-01474-MCS-JC