Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

*Counsel for Lead Plaintiff Luis Collazos*
*And Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SEMTECH CORPORATION SECURITIES LITIGATION | Master File No. 2:25-cv-01474-MCS-JC |
| | CLASS ACTION |
| This Document Relates to: | **DECLARATION OF JACOB A. WALKER IN SUPPORT OF MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL** |
| ALL ACTIONS | |

- 1 -

I, Jacob A. Walker, declare as follows:

1.    I am an attorney licensed to practice in the State of California and the Commonwealth of Massachusetts. I am a partner of Block & Leviton LLP, Lead Counsel for Lead Plaintiff Luis Collazos in the above-captioned action. I make this declaration in support of the Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

Exhibit A:    Expert Report of Chad Coffman, CFA;

Exhibit B:    Declaration of Luis Collazos; and

Exhibit C:    Firm Resume of Block & Leviton LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of February 2025.

By: */s/ Jacob A. Walker*
     Jacob A. Walker

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

- 2 -

DECLARATION OF JACOB A. WALKER ISO MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL
CASE NO. 4:21-cv-00076-HSG