# Exhibit B

Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

*Counsel for Lead Plaintiff Luis Collazos*
*And Lead Counsel for the Class*

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SEMTECH CORPORATION SECURITIES LITIGATION | Master File No. 2:25-cv-01474-MCS-JC |
| | CLASS ACTION |
| This Document Relates to: | **DECLARATION OF LUIS COLLAZOS IN SUPPORT OF MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL** |
| ALL ACTIONS | |

- 1 -

I, Luis Collazos, declare as follows:

1.    I respectfully submit this Declaration in support of Plaintiff's Motion for Class Certification. I have personal knowledge of the facts herein and, if called upon as a witness, could and would competently testify thereto.

2.    I previously submitted a declaration in this matter (ECF No. 29-4) along with a certification under the PSLRA (ECF No. 29-2). I was appointed Lead Plaintiff in this action on June 9, 2025 (ECF No. 48).

3.    Should I be appointed as a class representative, I am committed to continuing to vigorously prosecute this action.

4.    I have reviewed and monitored the progress of this litigation and the activities of my attorneys at Block & Leviton LLP in their prosecution of the case. For example, I have received and reviewed, and will continue to receive and review, periodic updates and other correspondence from Block & Leviton regarding this case, which has included: (1) the filing of the consolidated complaint with detailed allegations of the Semtech fraud; (2) the defending of those claims through motion to dismiss briefing; (3) the Court's decision on the motion to dismiss; and (4) ongoing discovery efforts. I have also participated in discussions with Block & Leviton about significant developments in the litigation and will continue to do so.

5.    If I am appointed as a class representative, I will continue to actively participate in this litigation to maximize the recovery for the proposed Class. I understand that I owe a duty to all members of the proposed class to provide fair and adequate representation and will continue to work with Lead Counsel to obtain the largest recovery for the class consistent with good faith, sound judgment, and meritorious advocacy.

6.    Based on the prosecution of the case to date, I know that Block & Leviton has the necessary financial and human resources to continue to prosecute this case effectively.

DECLARATION OF LUIS COLLAZOS ISO MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL
CASE NO. 4:21-cv-00076-HSG

I declare under penalty of perjury that the foregoing is true and correct. Executed on ___01/30/26___ 2026.

_____
LUIS COLLAZOS

- 3 -