# Exhibit C

# BLOCK & LEVITON LLP

260 Franklin Street, Suite 1860 | Boston, MA 02110

400 Concar Drive | San Mateo, CA 94402

222 Delaware Avenue, Suite 1120 | Wilmington, DE 19801

T. (617) 398-5600 | F. (617) 507-6020

www.blockleviton.com

Firm Resume

**BLOCK & LEVITON LLP**

## FIGHT FOR A LEVEL PLAYING FIELD.

Block & Leviton believes investors, pensioners, consumers and employees deserve an advocate who will take a stand to protect their rights. We value our role not only in recovering our clients' immediate losses, but in protecting their long-term interests by helping to shape corporate policy. We genuinely enjoy our work, which each day offers an opportunity to tackle novel problems and unique challenges in a continuously evolving economy. We concur with Aristotle's observation that pleasure in the job puts perfection in the work. We believe this is reflected in our track record, which includes our ability to take a case to trial and win, as well as our appointment as lead or co-lead counsel in many dozens of high profile securities litigation matters, including:

*In re BP Securities Litig.,* Case No. 4:10-MD-02185 (S.D. Tex.) (settled for $175 million), *In re Google Class C Shareholder Litig.,* Case No. 7469-CS (Del. Ch.) (settled for $522 million), *Snap Inc. Securities Cases,* Case No. JCCP 4960 (Cal. Superior Ct.) ($32.8 million settlement preliminarily approved), I*n re Tezos Securities Litig.,* Case No. 3:17-cv-07095 (N.D.Cal.) ($25 million preliminarily approved), *Plains Exploration & Prod. Co. Stockholder Litig.,* Case No. 8090-VCN (Del. Ch.) ($400 million), *In re Pilgrim's Pride Corporation Derivate Litigation,* case no. 2018-0058-JTL (Del. Ch.) ($42.5 million settlement) and *In re Swisher Hygiene, Inc. Securities and Derivative Litig.,* Case No. 3:12-md-2384 (N.D.Cal.) (recovering 30% of the class's recoverable damages).

The Firm has also been appointed to represent, and succeeded in obtaining substantial recoveries on behalf of, class members in the areas of consumer protection, antitrust, and ERISA. See *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litig.,* Case No. 3:15-md- 02672 (N.D. Cal.) (settlement valued at approximately $15 billion), *In re Thalomid & Revlimid Antitrust Litig.,* Case No. 14-cv-6997 (D.N.J.) ($34 million settlement preliminarily approved), and *Pfeifer v. Wawa,* Case No. 2:16-cv-00497 (E.D. Pa.) ($25 million settlement in ESOP litigation).

Our attorneys have successfully recovered billions for our clients and class members and have done so even under adverse conditions, including successfully litigating against bankrupt and foreign-based corporations.

## DEFY CONVENTION.

Instrumental to our philosophy is the willingness to embrace new ways of seeing, and solving, our clients' problems. For example, we challenged Google Inc.'s plan to issue a new class of non-voting stock that threatened to diminish the value of minority investors' holdings in the company. With trial set to begin in less than two days, Block & Leviton brokered a settlement with Google Inc. and its directors that provided for a forwardlooking payment ladder (valued at up to $7.5 billion) to protect minority investors against future diminution in their stock value. As a result of the payment ladder, shareholders ultimately recovered $522 million in cash and stock in May 2015. Appreciation of the fact that each of our clients has a unique viewpoint allows us to tailor our advice and representation accordingly to achieve superior results, and to do so with maximum efficiency.

## SURROUND YOURSELF WITH THE BEST.

The Firm credits its success to its entire team of extremely talented, dedicated attorneys, the majority of whom have significant litigation experience. An in-depth curriculum vitae highlighting each attorney's areas of expertise, unique experience, recognition in the field and education credentials follows.



## JEFFREY C. BLOCK

Partner

 jeff@blockleviton.com

### EDUCATION

- Brooklyn Law School, J.D., cum laude 1986
- State University of New York, B.A., Political Science, cum laude 1983

### BAR ADMISSIONS

- New York
- Massachusetts

### COURT ADMISSIONS

- United States Supreme Court
- First, Second, Third, Ninth, and Eleventh Circuit Courts of Appeal
- D. Mass.
- S.D.N.Y. and E.D.N.Y.

### PUBLICATIONS | SPEAKING EVENTS

- ALI-ABA Conference for Insurance and Financial Services Industry Litigation, July 2009, Lecturer and Panelist
- Damages in Securities Litigation, sponsored by Law Seminars International at the Harvard Club, Panelist
- Litigation to Remedy Meltdown Damages: What Can Be Gained?, Harvard Law School's Capital Matters Conference, Speaker
- Guest commentator on NBC
- International Strategies Recoveries for Foreign Investments, Post Morrison, San Francisco Bar Association, Panel Moderator

Jeffrey Block is a co-founding partner of Block & Leviton. With a career spanning thirty years, Jeff is recognized as one of the nation's preeminent class action attorneys and is recognized as a "Super Lawyer" by Massachusetts Super Lawyers. Jeff was one of the lead attorneys representing the Ohio Public Employees Retirement System in *In re BP Sec. Litig.*, No. 4:10-MD-02185 (S.D. Tex.), charging that BP misled investors as to the amount of oil leaking from the Macondo well after the explosion aboard the Deepwater Horizon oil rig in the Gulf of Mexico in 2010. Jeff, on behalf of the plaintiffs, successfully argued against defendants' motions to dismiss, in favor of class certification, in opposition to summary judgment, and helped secure a settlement of $175 million for the class, which represents more than 60% of the class' actual losses. Jeff also represented the Brockton Retirement System in an action challenging Google's attempt to split its stock into voting and non-voting shares. See *In re Google, Inc. Class C S'holder Litig.,* Case No. 7469-CS (Del. Ch. Ct.). Two days before the start of trial, the action settled for significant corporate governance changes and a payment ladder valued up to $7.5 billion, which was designed to protect shareholders against any diminution in the value of their shares during the first year of trading. Because of the payment ladder, shareholders ultimately recovered $522 million in cash and stock in May 2015.

Jeff also oversaw the Firm's litigation efforts in *In re McKesson Corporation Derivative Litigation* (N.D. Cal.), in which the McKesson Board agreed to re-pay to the company $175 million and agreed to significant corporate governance reforms to ensure that McKesson would comply with Federal law regarding the sales and distribution of dangerous drugs, including opioids. Jeff also spearheaded the Firm's litigation involving the offering of unregistered cryptocurrency by the Tezos Foundation. Defendants' agreed to pay $25 million to resolve the case, the first settlement of a cryptocurrency case by a private plaintiff in the country. *In re Tezos Securities Litigation* (N.D. Cal.) Finally, Jeff played a key role in helping to secure $175 million in the aggregate to resolve claims that Snap, Inc. misled its investors in connection with its public offering of securities. Snap, Inc. Securities Cases (Sup. Ct. Cal.).

In addition, Jeff represents some of the country's largest institutional investors, including the Massachusetts Pension Reserves Investment Management Board (PRIM), the Ohio Public Employees Retirement System, the Ohio State Teachers Retirement System, the Washington State Investment Board, the New Mexico Educational Retirement Board, the New Mexico Public Employees Retirement System, and the New Mexico State Investment Council.

Some of the major class actions that Jeff has either led, or played a significant role in, include: *In re First Executive Corp. Securities Litig.*, 89-cv-7135 (C.D. Cal.) (settled for $100 million); *In re Xerox Corp. Sec. Litig.*, 3:00-cv- 01621 (D. Co11nn.) (settled for $750 million); *In re Bristol Myers Squibb Sec. Litig.*, 02-cv-2251 (S.D.N.Y.) (settled for $300 million); *In re Lernout & Hauspie Sec. Litig.*, 1:00-cv-11589 (D. Mass.) (settled for $180 million); *In re Symbol Technologies Sec. Litig.*, 2:02-cv-1383 (E.D.N.Y.) (settled for $127 million); *In re Prison Realty Corp. Sec. Litig.*, 3:99-cv-0452 (M.D. Tenn.) (settled for over $100 million); *In re Philip Services Corp. Sec. Litig.*, 98-cv-835 (S.D.N.Y.) (settled for $79.75 million); *In re American Home Mortgage Sec. Litig.*,

07-MD-1898 (E.D.N.Y.) (settled for $50.5 million); *In re Force Protection Sec. Litig.*, 2:08-cv-845 (D.S.C.) ($24 million settlement); *In re Swisher Hygiene, Inc., Securities and Derivative Litig.*, 3:12-md-2384 GCM (W.D.N.C.) ($5.5 million settlement).

Jeff has a proven record of overcoming significant challenges to obtain substantial recoveries on behalf of his clients. For example, in the Philip Services securities litigation, Jeff persuaded the United States Court of Appeals for the Second Circuit to reverse the District Court's dismissal of the action on the grounds of forum non conveniens. *See Dirienzo v. Philip Services Corp.*, 294 F.3d 21 (2d. Cir. 2002).

Upon reversal, Jeff led the team of attorneys in taking more than 40 depositions and, upon the eve of trial, the action settled for $79.50 million, among the largest recoveries ever in a securities action from a Canadian accounting firm. Jeff's skills were discussed in great lengths by the court, specifically noting that counsel:



"pursued this fact-intensive and legally complex litigation vigorously over a nine-year period, rejected offers of settlement for amounts inferior to the amounts upon which the parties ultimately agreed, and assumed significant risks of non-recovery. Co-Lead Counsel had to overcome the disclaimers and uncertainties of insurance coverage, and vigorous advocacy of extremely able and deeply-staffed defense counsel. … And **they did their work efficiently, with minimal duplication, and maximum effectiveness.**

**I was careful to choose attorneys who have great ability [and] great reputation… And I think you've undertaken the representation of these people, you've done an excellent job, you've reached a settlement that I think is fair and in their benefit.**

**Honorable C. Weston Houck**

*In re Force Protection Sec. Litig., 2:08-cv-845 CWH (D.S.C.)*
($24 million settlement)

*In re Philip Servs. Corp. Sec. Litig.*, 2007 U.S. Dist. LEXIS 101427, 13-14 (S.D.N.Y. Mar. 27, 2007) (Honorable Alvin K. Hellerstein). Similarly, in *Lernout & Hauspie Sec. Litig.*, Jeff was the lead attorney in securing over $180 million for defrauded investors. The action involved an accounting fraud of a company headquartered in both the United States and Belgium.

Recently, Jeff led a team of litigators, private investigators and a forensic accountant through a complex accounting fraud case. Jeff settled the case on terms extremely beneficial to the class, as recognized by the court. *See In re Swisher Hygiene, Inc., Securities and Derivative Litig.*, 3:12-md-2384 GCM (W.D.N.C.).



## JASON M. LEVITON
*Partner*

✉ jason@blockleviton.com

### EDUCATION

- Georgetown University Law Center, LL.M., Securities and Financial Regulations - Dean's Award (1 of 6)
- Gonzaga University School of Law, J.D., *cum laude*, Moot Court Council, International Law Review
- Gonzaga University, B.A., Philosophy and Political Science

### BAR ADMISSIONS

- Massachusetts
- District of Columbia
- Washington (voluntarily inactive)
- Florida (voluntarily inactive)

### COURT ADMISSIONS

- First Circuit Court of Appeals
- D. Mass.
- D. D.C.
- W.D. Wash.
- Commonwealth of Massachusetts
- District of Columbia
- State of Washington (voluntarily inactive)
- Florida (voluntarily inactive)

Jason is a co-founding partner of Block & Leviton and focuses his practice on investor protection and stockholder rights matters. He serves as Co-Chair of the Firm's New Case Investigation and Monitoring Team and Chair of the Merger and Acquisition/Deal Litigation Team.

Since 2011, Jason has been named either a "Super Lawyer" or "Rising Star" by Massachusetts Super Lawyers, an honor given to only 3% and 5% of all lawyers, respectively, has an AV rating from Martindale-Hubbell, has been named a Top 100 Trial Lawyer by the National Lawyer Association, is a Lawdragon Leading Plaintiff Financial Lawyer, and has been named to the Law360 Securities Editorial Board multiple times.

Jason focuses his practice on claims alleging breaches of fiduciary duty against officers and directors of publicly traded companies. In just the last few years alone, his litigation efforts have returned hundreds of millions of dollars to aggrieved stockholders. More specifically, Jason served as lead or co-lead counsel in the following breach of fiduciary duty actions, among others: *Sciabacucchi, et al. v. Liberty Broadband Corporation, et al.*, C.A. No. 11418-VCG (Del. Ch.) (settled for $87.5 million weeks before trial was set to begin); *In Re Madison Square Garden Entertainment Corp. Stockholders Litigation,* C.A. No. 2021-0468-KSJM (Del. Ch.) (settlement of $85 million reached less than two months before trial); *Klein v. HIG Capital, et al.,* C.A. No. 2017-0862-AGB (Del. Ch.) ($45 million settlement); *In re Cornerstone Bldg. Brands, Inc. S'holder Litig.,* C. A. No. 2023-0092-JTL (Del. Ch.) ($45 million settlement); In *In re Pilgrim's Pride Corporation Derivative Litigation,* Consol. C.A. No. 2018-0058-JTL (Del. Ch.) ($42.5 million settlement); *In re Pivotal Software, Inc. Shareholders' Litigation,* C.A. No. 2020-0440-KSJM (Del. Ch.) ($42.5 million settlement); *Wilhoite, et al. v. Hou*, Case No. 23cv2333 BEN (MSB) (S.D.Cal.) (derivative settlement of $42.5 million stemming from alleged wrongdoing by certain officers and directors at TuSimple Holdings, Inc.); *In re Handy & Harman Ltd. Shareholders' Litigation,* Consol. C.A. No. 2017-0882-TMR (Del. Ch.) (settled for $30 million, making it one of the largest sell-side premiums ever achieved for stockholders through Delaware litigation); *In re Onyx Pharmaceuticals Inc. Shareholders' Litigation,* Case No. CIV523789 (Cal. Sup. Ct) (settled for $30 million; at the time, the largest M&A class action in California state court history); *In re Rentrak Shareholders Litigation*, Case No. 15CV27429 (Ore. Sup.) ($19 million settlement and with the related action, $23.75 million; the largest Oregon M&A settlement); *Lao v. Dalian Wanda Group Co. Ltd.*, C.A. No. 2019-0303-JRS (Del. Ch.) ($17.375 million settlement); and *In re Tangoe Inc. Shareholders' Litigation,* Consol. C.A. No. 2017-0650-JRS (Del. Ch.) ($12.5 million settlement).

## PUBLICATIONS | SPEAKING EVENTS

- Guest on Rights Radio
- Law360 Securities Law Editorial Advisory Board
- SEC Litigation Release No. 18638, primary author
- Contributor, After the Ball is Over: Investor Remedies in the Wake of the Dot-Com Crash and Recent Scandals, Nebraska Law Review, 2005
- Speaker at Georgetown University Law Center on prosecution of securities class action lawsuits
- Presenter at Business Law Symposium entitled Shareholder Rights: An Idea Whose Time has Come, November 2013
- Presenter at National Conference on Public Employee Retirement Systems

## ORGANIZATIONS & AWARDS

- Named a Rising Star by Massachusetts Super Lawyers from 2011-2015
- Named a Top 100 Trial Lawyer by The National Trial Lawyer
- Appointed to the Law360 Securities Law Editorial Board
- Member, National Conference on Public Employee Retirement Systems
- Member, International Foundation of Employee Benefit Plans
- Plaintiffs' Class Action Forum (2014) (1 of 40)

He has also litigated numerous actions pursuant to the federal securities laws, including, but not limited to: *In re BP plc Securities Litigation,* Case No. MDL 2185 (S.D. Tex) (settlement of $175 million); *Rubin v. MF Global, LTD., et al.,* Case No. 08-cv-02233 (S.D.N.Y.) ($90 million settlement); *In re VeriSign Securities Litigation,* Case No. C-02-2270 (N.D. Cal.) ($78 million settlement); *Welmon v. Chicago Bridge & Iron,* Case No. 06-cv-01283 (S.D.N.Y.) (settlement of $10.5 million; in approving the settlement, the court noted: "Plaintiffs' counsel have conducted the litigation and achieved the settlement with skill, perseverance and diligent advocacy."); and *Ong v. Sears Roebuck & Co.,* Case No. 03 C 4142 (N.D. Ill.) ($15.5 million settlement).

Jason is experienced in litigating consumer class action cases as well. For instance, he successfully recovered 100% of the class's alleged damages stemming from the overcharging of scooped coffee beans at Starbucks stores throughout the country. *In re Starbucks Consumer Litig.,* Case No. 2:11-cv-01985-MJP (W.D. Wa.) See also, K*eenholtz v. GateHouse Media, LLC, et al.,* Case No. 17-184-A (Mass. Sup.) (settlement involved complete relief to punitive class members and significant governance measures).

In addition to his class action experience, Jason has also litigated other complex actions. He successfully defended an attorney accused of insider trading against an SEC investigation and criminal referral to the United States Department of Justice. He has represented former employee whistleblowers before the S.E.C. and obtained the maximum whistleblower award (30%, under the Dodd-Frank Act) for a client, which equated to nearly $1 million. And he also represented the same whistleblower in a retaliation claim against his old employer: a large, multinational financial institution. See *John Doe v. Oppenheimer Asset Management, Inc., et al.,* Case No. 1:14-cv-00779-LAP (S.D.N.Y.).

Jason was also heavily involved in the representation of four detainees being held at the Guantánamo Bay Naval Station in Cuba.

Moreover, Jason has served as liaison counsel in numerous cases before the U.S. District Court for the District of Massachusetts. See, e.g., *Moitoso v. FMR LLC,* 1:18-cv-12122-WGY (D. Mass.) (settlement of $28.5 million); *Toomey v. Demoulas Super Markets, Inc.,* 1:19-cv-11633-LTS (D. Mass.) (settlement of $17.5 million); *Baker v. John Hancock Life Insurance Co. (USA), et al.,* 1:20-cv-10397-RGS (D. Mass.) (settlement of $14 million); and *Brotherston et al v. Putnam Investments,* 1:15-cv-13825-WGY (D. Mass.) (successful appeal, in part, of trial verdict; settled for $12.5 million).

After receiving his law degree from Gonzaga University School of Law, with honors, Jason attended the Georgetown University Law Center and received a Master of Laws (LL.M.) in Securities and Financial Regulation (Dean's Award, 1 of 6). During that time, he was the inaugural LL.M. student selected for an externship with the S.E.C., Enforcement Division. Jason is now a member of the Association of Securities and Exchange Commission Alumni.



## KIMBERLY EVANS

*Partner*

 kim@blockleviton.com

### EDUCATION
- Temple University Beasley School of Law, J.D.
- LaSalle University, B.A.

### BAR ADMISSIONS
- Delaware
- New Jersey
- Pennsylvania

### COURT ADMISSIONS
- U.S. Court of Appeals for the 3rd Circuit
- U.S. Court of Appeals for the 9th Circuit
- U.S. District Court for the District of Delaware
- U.S. District Court for the District of New Jersey
- U.S. District Court for the Eastern District of Pennsylvania

Kimberly Evans is the Managing Partner of Block & Leviton's Delaware office, where she focuses her practice on corporate governance and stockholder litigation. Since joining B&L in 2022, Ms. Evans has recovered millions of dollars on behalf of stockholders in Delaware cases where the firm has served as lead or co-lead counsel, including *Sciabacucchi v. Liberty Broadband, et al*., C.A. 11418-VCG (Del. Ch.) ($87.5 million settlement), *In re Madison Square Garden Entertainment Corp. Stockholder Litig.*, C.A. 2021-0468-LWW (Del. Ch.) ($85 million settlement), *In re Cornerstone Building Brands, Inc. Stockholder Litigation*, C.A. 2023-0092-JTL (Del. Ch.) ($45 million settlement), *In re Golden Nugget Online Gaming, Inc. S'holder Litig.*, C.A. 2022-0797-JTL (Del. Ch.) ($22 million settlement), *Assad v. TPG Inc.*, C.A. 2023-0096-LWW (Del. Ch.) ($19.5 million settlement), *Lao v. Dalian Wanda Group Co.*, C.A. 2019-0303-JTL (Del. Ch.) ($17.375 million settlement), *In re Hemisphere Media Group, Inc. S'holder Litig.*, C.A. 2023-0555-JTL (Del. Ch.) ($15 million settlement), and *Bass v. Geneve Holdings, Inc. et al.*, C.A. 2022-0778-JTL (Del. Ch.) ($11 million settlement).  Ms. Evans is also an experienced trial lawyer who has tried many complex matters, including *In re Dole Food Co. Stockholder Litigation*, a stockholder class and appraisal litigation resulting in a damages award of $148 million, plus interest, following a nine-day trial in the Delaware Court of Chancery.

Prior to joining Block & Leviton, Ms. Evans was a director at Grant & Eisenhofer P.A., where she spearheaded the firm's appraisal litigation practice and later developed and led the firm's civil rights practice group, representing clients in a wide range of civil matters primarily involving discrimination.

Ms. Evans was named a "Top 500 Leading Financial Lawyer" by Lawdragon in 2023-2025 and currently serves on the Law360 Delaware Advisory Board. Ms. Evans was also named one of the "Elite Women of the Plaintiffs Bar" for 2025 by the National Law Journal.

**BLOCK & LEVITON LLP**



## JACOB WALKER

*Partner*

 jake@blockleviton.com

### EDUCATION

- University of Michigan Law School, J.D., *cum laude*
- Babson College, B.S., Business Administration

### BAR ADMISSIONS

- Massachusetts
- California

### COURT ADMISSIONS

- Supreme Court
- First, Fifth, and Ninth Circuit Courts of Appeal
- D. Mass.
- N.D. Cal., E.D. Cal., C.D. Cal., and S.D. Cal.

### PROFESSIONAL CERTIFICATIONS

- Certified Information Privacy Professional (CIPP/US)

### PUBLICATIONS

- Co-author, PLI's Securities Litigation treatise – chapters on loss causation and securities trials

Jake Walker is a partner with offices in Boston and the Bay Area who focuses primarily on federal securities litigation throughout the country. He has helped recover over a quarter billion dollars on behalf of investors.

Among other cases, Jake is actively litigating on behalf of investors against Biogen (D. Mass.) related to the company's misrepresentations about its drug for Alzheimer's; Nikola (D. Ariz.) related to the company's misrepresentations about its electric truck business; Innodata (D. N.J.) about AI-related misrepresentations; and Semtech (C.D. Cal.) related to the company's misrepresentations.

Jake has led litigation teams that recovered $40 million from Immunomedics, $32.8 million from Snap, Inc. in litigation arising from its initial public offering (Cal. Sup. Ct.), $25 million from Lyft, Inc. in litigation arising from its IPO (N.D. Cal., final approval pending); $25 million from the Tezos Foundation (N.D. Cal.), in litigation arising from the cryptocurrency's initial coin offering, $14.25 million in litigation against bankrupt Tricida (N.D. Cal.) (final approval pending) arising out of misrepresentations about its interactions with the FDA., $11 million in litigation against Mammoth Energy (W.D. Okla.) arising out of an indictment for bribery related to the company's business restoring power in Puerto Rico following Hurricane Maria; and $8.5 million from Trevena (E.D. Pa.) arising out of the company's description of its interactions with the FDA. Jake was also co-counsel in a case against Mattel, Inc. (C.D. Cal.) arising out of the company's need to restate earnings following a whistleblower letter. That case resulted in a $98 million recovery for investors.

In addition to his work on behalf of investors, Jake has also represented SEC whistleblowers, including with the submission of whistleblower reports and at depositions and interviews, and in the successful submission and collection of a final whistleblower award.

Jake has also obtained recoveries on behalf of investors in Gossamer Bio. (S.D. Cal.), Bit Digital (S.D.N.Y.), EZCORP, Inc. (W.D. Tex.), Amicus Therapeutics (D. N.J.), Atossa Therapeutics (W.D. Wash.), Onyx Pharmaceuticals (Cal. Sup. Ct.), and Globalscape, Inc. (W.D. Tex.), among others. In addition to his securities litigation work, Jake also assisted the firm in its work on the $14.7 billion settlement in the Volkswagen Diesel engine multi-district litigation, and has also led consumer litigation, including obtaining 100% recovery of damages for Massachusetts subscribers to newspapers published by Gatehouse Media, who were overcharged by the company.

Prior to joining Block & Leviton in 2015, Jake was an associate at two of the country's top defense firms: Gibson Dunn in Palo Alto and Skadden, Arps in Boston. There,

**BLOCK & LEVITON LLP**

he represented boards of directors, corporate acquisition targets, and acquirers in litigation related to mergers and acquisitions. Jake represented defendants in litigation related to the $5.3 billion private equity acquisition of Del Monte Foods Company, as well as in litigation related to Intel's $7.7 billion acquisition of McAfee Inc. He has also represented numerous third parties, including various investment banks, in M&A litigation in California and Delaware courts.

While Jake's sixteen-year legal career has centered on securities and corporate governance litigation, Jake also has experience representing large technology companies, including in the defense of consumer class actions related to privacy and technology issues. He is a Certified Information Privacy Professional and has a deep understanding of technology and privacy issues. Jake has also represented companies in antitrust class actions and investigations, stockholder derivative actions, securities class actions, and in investigations before the F.T.C. and the Massachusetts Attorney General's Office.

Jake graduated from Babson College with a B.S. degree in Business Administration in 2001 and received his law degree, with honors, from the University of Michigan in 2010. He was named a "Rising Star" in securities litigation beginning in 2016 by Super Lawyers, and has been selected to Super Lawyers every year since 2023.



## LINDSAY FACCENDA

*Partner*

 lindsay@blockleviton.com

### EDUCATION

- Gettysburg College, B.A., *summa cum laude*
- University of Pennsylvania Carey School of Law, J.D., *magna cum laude*

### BAR ADMISSIONS

- Delaware

Lindsay Faccenda is a Partner in Block & Leviton's Delaware office and focuses her practice on corporate stockholder litigation.

Ms. Faccenda has over a decade of experience litigating complex corporate litigation matters in the Delaware Court of Chancery and in courts and arbitration tribunals around the country.  Ms. Faccenda has participated in the successful litigation of cases in the Court of Chancery, including *Bardy Diagnostics, Inc. v. Hill-Rom, Inc.,* 2021 WL 2886188 (Del. Ch. July 9, 2021).  Since joining Block & Leviton, Ms. Faccenda has helped secure favorable settlements for clients, including recently in *In re Cornerstone Building Brands, Inc. S'holder Litig.,* C.A. No. 2023-0092-JTL ($45 million) and *In re Golden Nugget Online Gaming, Inc. S'holder Litig.,* C.A. No. 2022-079-JTL ($22 million).

Prior to joining Block & Leviton, Ms. Faccenda practiced in the Corporate and Governance Litigation Group at the Delaware office of Wilson, Sonsini, Goodrich & Rosati, P.C., and previously worked as an associate in the Corporate Litigation group of Morris, Nichols, Arsht & Tunnell, LLP.  In her years working on both the defense and plaintiff side of corporate litigation, Ms. Faccenda has developed expertise on a wide range of corporate law issues, including fiduciary duties, governance, mergers and acquisitions, and books and records demands.



## IRENE LAX
*Senior Counsel*

✉ irene@blockleviton.com

### EDUCATION

- McGill University, B.A., *first class honors*
- Temple University Beasley School of Law, J.D., *magna cum laude*

### BAR ADMISSIONS

- Delaware
- New York
- New Jersey
- Pennsylvania
- United States District Court for the Eastern District of Pennsylvania
- 9th Circuit Court of Appeals
- 11th Circuit Court of Appeals

Irene Lax is Senior Counsel in Block & Leviton's Delaware office and focuses her practice on corporate stockholder litigation. Ms. Lax has over a decade of experience in complex commercial litigation in both state and federal courts across the country. Since joining B&L, Ms. Lax has assisted with matters resulting in the recovery of millions of dollars on behalf of stockholders in Delaware cases where the firm has served as lead or co-lead counsel, including *In re Cornerstone Building Brands, Inc. Stockholder Litigation,* C.A. 2023-0092-JTL (Del. Ch.) ($45 million settlement), *In re Hemisphere Media Group, Inc. S'holder Litig.,* C.A. 2023-0555-JTL (Del. Ch.) ($15 million settlement), and *Bass v. Geneve Holdings, Inc. et al.,* C.A. 2022-0778-JTL (Del. Ch.) ($11 million settlement).

Prior to joining Block & Leviton, Ms. Lax practiced in the Civil Rights Litigation Group at the New York Office of Grant & Eisenhofer P.A, and previously worked as an associate in the firm's Corporate Litigation group. Ms. Lax was also previously in-house counsel at a real estate company in New York City assisting with litigation and transactional legal business matters. She also worked as an associate Ballard Spahr LLP, where she assisted clients in civil litigation brought under federal and state securities laws, as well as federal antitrust laws. Upon graduating from law school, Ms. Lax served as law clerk for the Honorable Carolyn Berger, Supreme Court of the State of Delaware, from 2012-2013.

Ms. Lax earned her J.D. (*magna cum laude*) from Temple University Beasley School of Law in 2012 where she was an Editor of the *Temple Law Review* and President of the Phillip C. Jessup International Law Moot Court team. Ms. Lax received a joint honors B.A. (first class honors) in political science and international development studies from McGill University in Montreal, Quebec in 2009.

Ms. Lax has also co-authored several publications relating to Delaware law and securities litigation. Ms. Lax was selected for inclusion to Super Lawyers' 2021 and 2022 list of Rising Stars for Civil Rights Litigation, New York Metro region.



## JEFFREY GRAY

*Associate*

 jgray@blockleviton.com

### EDUCATION

- Suffolk University Law School, J.D.
- Sawyer Business School, Suffolk University, M.B.A.
- Connecticut College, B.A., Economics

### BAR ADMISSIONS

- Massachusetts

Jeff Gray joined Block & Leviton LLP as an Associate in 2016. He divides his practice between claims alleging breaches of fiduciary duty against officers and directors of publicly traded companies, and actions pursuant to the federal securities laws.

Among other cases he is currently working on, Jeff is a member of the team actively litigating against Biogen Inc. and its executives concerning its representations about its new drug to treat Alzheimer's disease, Aduhelm, in *Oklahoma Firefighters Pension and Retirement System v. Biogen Inc., et al.* Jeff is also a member of the team challenging World Wrestling Entertainment Inc.'s ("WWE") $21.4 billion merger with Ultimate Fighting Championship ("UFC"), whereby WWE and UFC combined to form TKO Group Holdings in *In re World Wrestling Entertainment, Inc. Merger Litigation,* Consol. C.A. No. 2023-1166-JTL (Del. Ch.).

Jeff was a member of the litigation team representing a class of Charter Communications shareholders, challenging an unfair share issuance to Charter's controlling shareholders, in connection with Charter's purchase of Time Warner Cable and Bright House Networks. See *Sciabacucchi v. Liberty Broadband Corporation,* (settled for $87.5M). Jeff was a member of the litigation team in *Karth v. Keryx Biopharmaceuticals, Inc., et al.* (D. Mass.), a federal securities class action involving misrepresentations about the risks of relying on a single contract manufacturer.

Jeff was a member of the litigation team representing the City of Providence in an antitrust class action against Celgene Corp. for unlawfully excluding generic competition for vital cancer treatment drugs.  See *In re Thalomid & Revlimid Antitrust Litig.,* 14-cv-6997 (D.N.J.) ($34 million settlement preliminarily approved).

Jeff was a member of the litigation team that represented shareholders in *In re McKesson Corporation Derivative Litigation,* 4:17-cv-01850-CW (N.D.Cal.) (settled for $175M, plus significant corporate governance reforms). Jeff was a member of the litigation team in *In re Pilgrim's Pride Corporation Derivative Litigation,* Consol. C.A. No. 2018-0058-JTL (Del. Ch.), a derivative action challenging a conflicted transaction between Pilgrim's Pride and its majority stockholder, JBS (settled for $42.5M).

Earlier in his career, Jeff was a management consultant at a financial services firm in the Boston area and, prior to that, was a project manager in commercial lending at FleetBoston Financial. While in law school, he completed internships with MFS and with The Nature Conservancy and was a law clerk at CT Corporation System.

**BLOCK & LEVITON LLP**



## MICHAEL GAINES

*Associate*

 michael@blockleviton.com

### EDUCATION

- Tulane University School of Law, J.D., *magna cum laude*
- Wesleyan University, B.A., History

### BAR ADMISSIONS

- Massachusetts

### PUBLICATIONS

- Adrift at Sea in Search of the Proper Scope of the Penhallow Rule: D'Amico Dry Ltd. v. Primera Maritime (Hellas) Ltd., 39 Tul. Mar. L.J. 749 (2015)

Michael Gaines is an attorney in Block & Leviton's Boston office and primarily focuses on representing investors in federal securities litigation around the country.

On behalf of investors, Michael is currently litigating cases against Nikola (D. Ariz.) related to the company's misrepresentations about its hydrogen fuel cell and electric truck business; Biogen (D. Mass.) related to the company's misrepresentations about coverage and reimbursement for its first Alzheimer's drug, Aduhelm; Semtech (C.D. Cal.) for misrepresentations about the market for its CopperEdge product; and BigBear.ai (E.D. Va.) for misrepresentations about the company's internal controls over financial reporting.

Michael is involved in all stages of litigation from inception through resolution and is often the lead brief writer in both trial and appellate courts. Michael played important roles in litigation teams that recovered $40 million from Immunomedics, Inc. (D.N.J.); $25 million from Lyft, Inc. (N.D. Cal.); $14.25 million from Gerrit Klaerner, CEO of Tricida, Inc. (N.D. Cal. – pending final approval); $11 million from Mammoth Energy Services, Inc. (W.D. Okla.), $8.5 million from Trevena, Inc. (E.D. Pa.).

In addition to his class action experience, Michael has represented individuals in filing whistleblower complaints with the S.E.C.

Michael also has represented individuals pro bono in debt collection actions in Massachusetts state courts. These representations are often facilitated through the Volunteer Lawyers Project of the Boston Bar Association.

Before joining Block & Leviton, Michael served as a judicial law clerk for two different judges in the United States District Court for the Southern District of Mississippi (Hon. Louis Guirola, Jr.; Hon. John C. Gargiulo. Michael was named a "Rising Star" in the field of securities litigation by Massachusetts Super Lawyers in 2024.

**BLOCK & LEVITON LLP**



## MARK BYRNE
*Associate*

 mark@blockleviton.com

Mark Byrne is an associate at Block & Leviton LLP.

Mark Byrne joined Block & Leviton as an associate after graduating from Harvard Law School *Cum Laude* in 2020. Since then, he has represented investors in complex class actions asserting claims under the federal securities laws. Mark is admitted to practice in the United States District Court for the District of Massachusetts, as well as the Courts of Appeal for the First, Ninth, and Eleventh Circuits.

### EDUCATION
- Harvard Law School, J.D.
- Boston College, B.A., *magna cum laude*

### BAR ADMISSIONS
- Massachusetts

www.blockleviton.com

**BLOCK & LEVITON LLP**



### BRENDAN JARBOE

*Associate*

✉ brendan@blockleviton.com

#### EDUCATION

- Boston University School of Law, J.D., *cum laude*
- Bates College, History

#### BAR ADMISSIONS

- United States Court of Appeals, First Circuit
- Massachusetts
- United States District Court for the District of Massachusetts

Brendan Jarboe is an associate at Block & Leviton LLP, whose practice focuses on securities litigation and consumer protection.

Among other cases, Brendan is actively litigating on behalf of investors against Nikola (D. Ariz.) for misrepresentations about its hydrogen technology and truck business; Biogen (D. Mass) for misrepresentations about its monoclonal antibody treatment, Aduhelm (aducanumab); as well as NextEra Energy (11th Circuit); Vintage Wine Estates (D. Nev.); and Monolithic Power Systems (W.D. Wash.).

In the past several years, Brendan has played a critical role on teams that recovered $40 million from Immunomedics (D. N.J.), and $25 million from Lyft, Inc. in litigation arising from its IPO (N.D. Cal.). Brendan has represented multiple whistleblowers in SEC investigations.

Brendan also serves as counsel in a range of consumer and data privacy and protection cases affecting Massachusetts residents—having contributed substantially to litigation resulting in a $16 million class action settlement with Harvard Pilgrim relating to a 2023 data breach. Brendan has extensive experience practicing before the Business Litigation Session of the Suffolk Superior Court and has litigated matters before both the Massachusetts Appeals Court and Supreme Judicial Court.

Before joining Block & Leviton, Brendan served as an Assistant Attorney General in the Consumer Protection Division of the office of Attorney General Maura Healey. Brendan has led teams in dozens of investigations and enforcement actions to address illegal lending, tax fraud, unlawful debt collection, telemarketing scams and violations of data privacy and security laws. Brendan's work resulted in settlements and judgments for millions of dollars in financial restitution for affected consumers, including a 2018 multi-state settlement with Uber for $148 million for alleged violations of data breach notification laws. Before serving as an Assistant Attorney General, Brendan worked as a litigation associate at Foley Hoag.

Brendan's pro bono work has involved contributing substantially to the successful resolution of a civil rights class action to protect the SSI benefits of same-sex married couples. Brendan has also represented survivors of domestic violence in state and federal proceedings and unaccompanied minors seeking adjustment of immigration status based on abuse and neglect.

Brendan graduated from Bates College in 2008 and received his law degree, with honors, from Boston University School of Law in 2014, where he was recognized as an Edward F. Hennessey Distinguished Scholar and won the Dean's Award for Criminal Law.

Brendan is the former head coach of parliamentary debate teams at both Brandeis University and Tufts University.



## SARAH DELANEY
*Associate*

✉ sarah@blockleviton.com

### EDUCATION
- Fordham University School of Law, J.D.
- Pennsylvania State University, B.A., Psychology

### BAR ADMISSIONS
- New York
- Massachusetts

### COURT ADMISSIONS
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Northern District of New York

Sarah Delaney is an associate in Block & Leviton LLP's securities litigation practice.

Most recently, Sarah was on the team of Block & Leviton attorneys who obtained a $14.25 million recovery, pending final approval, in *Pardi v. Tricida, Inc*. She is currently a key member of the teams prosecuting securities fraud cases against Innodata, BigBear.ai, and Palo Alto Networks, among others.

Before joining Block & Leviton, Sarah was an associate at Robbins Geller Rudman & Dowd LLP, where she focused her practice on securities, corporate governance, and fiduciary duty litigation. During law school, she was a member of the *Fordham Urban Law Journal* and the Securities Litigation and Arbitration Clinic, where she provided pro bono representation to investors with limited resources. She also interned at the United States Attorney's Office for the Eastern District of New York, focusing on civil rights matters.

**BLOCK & LEVITON LLP**



### NATHAN ABELMAN
*Associate*

 nathan@blockleviton.com

#### EDUCATION
- Harvard Law School, J.D., *cum laude*
- Northwestern University, *magna cum laude*

#### BAR ADMISSIONS
- Massachusetts

#### COURT ADMISSIONS
- U.S. District Court for the District of Massachusetts

#### CLERKSHIP
- Hon. Patti B. Saris and Hon. Richard G. Stearns (D. Mass.)

Nathan Abelman is an associate at Block & Leviton, focusing his practice on corporate stockholder litigation.

Before joining Block & Leviton, Nathan served as a judicial law clerk for the Honorable Patti B. Saris and the Honorable Richard G. Stearns on the United States District Court for the District of Massachusetts.  Nathan previously worked as a litigation and enforcement associate at Ropes & Gray, LLP.  Nathan received his law degree, *cum laude*, from Harvard Law School.

**BLOCK & LEVITON LLP**



## ROBERT ERICKSON

*Associate*

 robby@blockleviton.com

### EDUCATION

- Harvard Law School, J.D., *cum laude*
- Harvard University, A.B., *cum laude*

### BAR ADMISSIONS

- Delaware
- United States District Court for the District of Delaware

### CLERKSHIP

- Hon. Chancellor Kathaleen St. Jude McCormick, Delaware Court of Chancery

Robby Erikson is an associate in Block & Leviton LLP's stockholder litigation practice. Robby is also a Myron T. Steele Fellow at the University of Delaware's Weinberg Center for Corporate Governance.

Robby joined the firm's Delaware office in 2023 after completing a clerkship with Chancellor Kathaleen St. J. McCormick of the Delaware Court of Chancery. During law school, he interned with the Massachusetts Department of Labor Relations and worked as a law clerk for New York State United Teachers.

www.blockleviton.com

**BLOCK & LEVITON LLP**



## DANIEL M. BAKER

*Associate*

✉  daniel@blockleviton.com

### EDUCATION

- Villanova University Charles Widger School of Law, J.D., *cum laude*
- University of Wisconsin, B.A.

### BAR ADMISSIONS

- Delaware
- Pennsylvania

Daniel M. Baker is an Associate in Block & Leviton's Delaware office and focuses his practice on corporate stockholder litigation.

Before joining Block & Leviton, Daniel practiced in the Corporate Litigation and Counseling Practice Group at Young Conaway Stargatt & Taylor, LLP, where he represented both plaintiffs and defendants in corporate litigation matters, primarily in the Delaware Court of Chancery. Before that, Daniel litigated stockholder class and derivative cases on behalf of institutional and individual stockholders at Kessler Topaz Meltzer and Check, LLP.

In his practice, Daniel partners closely with a broad spectrum of investors—including institutional and individual investors—to monitor and rectify corporate wrongdoing and implement strong corporate governance practices.



## NICHOLAS PIERCE

*Director of Investigations*

   nick@blockleviton.com

### EDUCATION

- Roger Williams School of Law, J.D.
- Union College, B.A.

Nicholas Pierce joined Block & Leviton in April 2024 as Director of Investigations, overseeing corporate governance compliance and case development by focusing on board accountability, mergers and acquisitions, insider trading, stockholder rights violations, proxy fights, regulatory violations, and other special situations.

In addition to supporting ongoing litigation with targeted, high-level investigative work, Nicholas partners closely with a broad spectrum of investors—including individuals, family offices, arbitration funds, pension funds, university endowments, and shareholder activists. Through close collaboration with these investors, Nicholas helps drive meaningful change at some of the world's largest companies, delivering stronger governance and tangible value for stockholders.

Before joining Block & Leviton, he served as the principal investigator at Bernstein Litowitz Berger & Grossmann, where he created and spearheaded high-stakes corporate governance cases, contributing to multimillion-dollar victories for stockholders. Earlier in his career, Nicholas refined his investigative skills at the Mintz Group, a global leader in due diligence and litigation support, and J3 Global, where he worked under the mentorship of former FBI Special Agent In-Charge, Jim DiOrio, focusing on white-collar crime, corporate fraud, and threat assessments.

Nicholas began his legal career at Tacopina Seigel & DeOreo, working with a world-renowned criminal defense team on high-profile cases. He earned his law degree from Roger Williams University Law School and a bachelor's degree from Union College.

With over a decade of experience in law and investigations, Nicholas is poised to significantly contribute to Block & Leviton's success and future endeavors, bringing his unique blend of legal knowledge and investigative acumen to the forefront.



## DAVID WHITE

*Investor Relationship Manager*

✉  david@blockleviton.com

*\* David is a member of Block & Leviton's staff and is not a practicing attorney*

David is the main point of contact for individual investors seeking insights into securities lawsuits Block & Leviton is actively investigating and prosecuting. David communicates with investors about ongoing case investigations and newly initiated cases.

Prior to joining Block & Leviton, David was the Director of Institutional Advisory for a Boston-based registered investment advisor, and then joined a global consulting firm, specializing in auctions & competitive markets.

David has over twelve years of experience working with investors across the country.



## ZOE VAN VLAANDEREN

*Associate*

✉ zoe@blockleviton.com

### EDUCATION

- Harvard Law School, J.D.
- University of Vermont

### BAR ADMISSIONS

- Massachusetts

Zoe graduated from Harvard Law School in 2024. As a law student, Zoe spent her summers interning at Transform Finance, a non-profit focusing on mission-driven investment, and in the Intellectual Property group of Cravath, Swaine & Moore LLP. She also interned at the Boston Regional Office of the Securities and Exchange Commission, where she assisted attorneys on a range of enforcement actions.

**BLOCK & LEVITON LLP**



**JAY LEE**

*Associate*

✉ jay@blockleviton.com

**EDUCATION**
- Harvard Law School, J.D.
- Rice University, B.A., *cum laude*

**BAR ADMISSIONS**
- Delaware

Jay Lee is an associate in Block & Leviton's shareholder litigation practice.

Jay first joined Block & Leviton as a law student summer intern in 2023, after which he returned as an intern in 2024, and accepted a position as an associate upon his graduation from Harvard Law School in 2025. Prior to law school, Jay worked as an expert witness consultant, drafting expert reports on financial fraud, business valuations, and compensatory business damages.

**BLOCK & LEVITON LLP**



## JAYSON ALLISON

*Financial Markets Analyst*

✉ jayson@blockleviton.com

*\*Jayson is a member of Block & Leviton's staff and is not a practicing attorney.*

Jayson Allison is a Financial Markets Analyst at Block & Leviton LLP, where he provides market research and analysis for the firm's securities litigation practice.

A Posse Scholar and Gatto Law Fellow, Jayson graduated from Boston University's Questrom School of Business. There, he developed a deep understanding of corporate reporting standards and honed his skills in interpreting complex financial data. Before joining Block & Leviton, Jayson conducted thorough financial reviews and strategic assessments, helping clients navigate regulatory challenges and enhance operational efficiency. He also has valuable experience in criminal defense, organizing case evidence and supporting courtroom presentations.

Contact Us

## BLOCK & LEVITON LLP

260 Franklin Street, Suite 1860 | Boston, MA 02110
400 Concar Drive | San Mateo, CA 94402
222 Delaware Avenue, Suite 1120 | Wilmington, DE 19801

T. (617) 398-5600 | F. (617) 507-6020

**www.blockleviton.com**