Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

*Counsel for Lead Plaintiff Luis Collazos
And Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SEMTECH CORPORATION SECURITIES LITIGATION | Master File No. 2:25-cv-01474-MCS-AYP |
| | CLASS ACTION |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO COMPEL ROTH CAPITAL PARTNERS' COMPLIANCE WITH RULE 45 SUBPOENA *DUCES TECUM*** |
| ALL ACTIONS | |

- 1 -

Having considered Lead Plaintiff Luis Collazos' Motion to Compel Roth Capital Partners' Compliance with Rule 45 Subpoena *Duces Tecum*, all responses and replies thereto, all authorities cited therein, the evidence, the arguments of counsel, and for other good cause known to the Court;

IT IS HEREBY ORDERED that:

1.    Lead Plaintiff's Motion is GRANTED.

2.    Pursuant to Federal Rules of Civil Procedure 37(a) and 26(b), third party Roth Capital Partners is hereby ordered to search for and produce to Lead Plaintiff all documents responsive to Document Request No. 1 in the subject Subpoena *Ducem Tecum*:

> All transcripts of, notes reflecting, and recordings of communications between You and Semtech that took place at CES, and that were subsequently summarized in Your January 11, 2025 report titled: "SMTC: CES Underscores Data Center Strength with ACC and LPOs on Track"

IT IS SO ORDERED.


Dated: _____



_____
THE HONORABLE ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE

- 2 -

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO COMPEL ROTH CAPITAL PARTNERS
CASE NO. 2:25-CV-01474-MCS-AYP