| | |
|---|---|
| **From:** | Michael Gaines |
| **To:** | Richard Platt |
| **Cc:** | Kristin LaMarche; Jacob Walker; Sarah Delaney; Zoe van Vlaanderen |
| **Subject:** | RE: Semtech Securities Litigation |
| **Date:** | Friday, February 6, 2026 3:17:18 PM |
| **Attachments:** | Ex. 3 - Order on MTD.pdf |
| | Ex. 2 - Roth Response to Subpoena.pdf |
| | Ex. 1 - Roth Subpoena and Schedule A.pdf |
| | 2026.02.06 Semtech Joint Stipulation re Motion to Compel Roth.docx |
| | Ex. 6 - Case Scheduling Order.pdf |
| | Ex. 5 - Email Chain.pdf |
| | Ex. 4 - Consolidated Complaint.pdf |

Richard,

Please find attached Lead Plaintiff's portions of the discovery dispute Joint Stipulation contemplated by Civil L.R. 37-2, as well as the six exhibits we intend to file in support. Exhibit 6 is just the case management schedule entered in this case, which, though uncited in the stipulation, is required by L.R. 37-2.1. Per L.R. 37-2.2, by next Friday, February 13, 2026, please return your drafted portions of the joint stipulation and any additional exhibits or declarations you wish to include.

Yours,

Michael


--

Michael Gaines

**Block & Leviton LLP**

(617) 398-5600


This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Michael Gaines <michael@blockleviton.com>
**Sent:** Tuesday, February 3, 2026 12:07 PM
**To:** Richard Platt <RPlatt@roth.com>
**Cc:** Kristin LaMarche <KLamarche@roth.com>; Jacob Walker <jake@blockleviton.com>; Sarah Delaney <sarah@blockleviton.com>; Zoe van Vlaanderen <zoe@blockleviton.com>
**Subject:** RE: Semtech Securities Litigation


Richard,

I write pursuant to the Central District of California's Civil L.R. 37-1. We intend to move to compel Roth's production of documents sought in the document subpoena's Request No. 1

(the compromise position I outlined on January 5, 2026). As I stated in our conversations on January 5 and January 29, this request seeks documents straightforwardly relevant to the defendants' state of mind as well as the materiality of Defendants' allegedly false and misleading statements. Scienter and materiality are both elements of a securities fraud claim brought under Section 10(b) of the Exchange Act. Moreover, Roth is the only person/entity likely to be in possession documents reflecting the details of statements made by Semtech management to Roth's analyst summarized in Roth's own report.

I believe that our previous phone conversations on January 5 and January 29 satisfy L.R. 37-1's requirement that counsel first "confer in a good-faith effort to eliminate the necessity for hearing the motion or to eliminate as many of the disputes as possible." If you believe further discussion is necessary, please let me know your availability this week to do so. And if you want to reconsider your refusal to even search for the existence of documents responsive to Request No. 1, I am happy to discuss how to target the documents we seek and minimize any burden on your analyst(s).

We intend to deliver Plaintiff's portion of L.R. 37-2's Joint Stipulation by the end of the week.

Yours,
Michael


--

Michael Gaines
**Block & Leviton LLP**
(617) 398-5600


This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Richard Platt <RPlatt@roth.com>
**Sent:** Thursday, January 29, 2026 5:21 PM
**To:** Michael Gaines <michael@blockleviton.com>
**Cc:** Kristin LaMarche <KLamarche@roth.com>
**Subject:** RE: Semtech Securities Litigation


[EXTERNAL]

That is correct, for the reasons stated in the firm's written response to the subpoena.

Richard

---

**From:** Michael Gaines <michael@blockleviton.com>
**Sent:** Thursday, January 29, 2026 1:58 PM
**To:** Richard Platt <RPlatt@roth.com>
**Cc:** Kristin LaMarche <KLamarche@roth.com>
**Subject:** RE: Semtech Securities Litigation

Richard,
Noting your earlier call today which you stated that you are prepared to produce the analyst reports sought by the subpoena but that your final position with respect to requests 1, 2, and 4 is that you will not agree to search for or produce any documents.

Kristin,
You may upload the analyst reports to me via the following secure link:
https://blockleviton.transfernow.net/en/push/t/Z0Pm22Y8

Please let me know if you encounter any technical issues.

Yours,
Michael


--

Michael Gaines
**Block & Leviton LLP**
(617) 398-5600


This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Michael Gaines <michael@blockleviton.com>
**Sent:** Wednesday, January 28, 2026 11:07 PM
**To:** Richard Platt <RPlatt@roth.com>
**Cc:** Kristin LaMarche <KLamarche@roth.com>
**Subject:** RE: Semtech Securities Litigation

Richard,

Following up on this as I have yet to hear from you since our call on January 5. Please let me know where things stand and if my proposal is agreeable.

Thank you,
Michael

--

Michael Gaines
**Block & Leviton LLP**
(617) 398-5600

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Michael Gaines <michael@blockleviton.com>
**Sent:** Monday, January 5, 2026 4:37 PM
**To:** Richard Platt <RPlatt@roth.com>
**Cc:** Kristin LaMarche <KLamarche@roth.com>
**Subject:** RE: Semtech Securities Litigation

Richard (and copying Kristin per your request),

Thanks for taking my call this afternoon. Thank you for confirming your willingness to produce Roth's research reports on Semtech (per Request No. 3 in our subpoena). The relevant period for those reports is June 1, 2024 through February 15, 2025. For authentication purposes, a signed cover letter explaining what is being produced and bates stamped pages in the documents will suffice.  PDF format is fine, as I assume that is easier for you than creating load files for E-Discovery platforms. Please let me know if you have any questions.

With respect to Request Nos. 1, 2, and 4, I appreciate your concern for your analysts' time, and I am cognizant of Roth's status as a third party to the case. Nonetheless, these requests seek relevant information important to our case. For example, the details of statements made by Semtech "Mgmt." to Roth analysts at CES in January 2025 – statements wholly consistent with the November 2024 statements upheld by the Court as properly pled to be false and misleading – are important to our case. I propose the following compromise:

1. You find out what documents exist regarding Request No. 1 ("All transcripts of, notes reflecting, and recordings of communications between You and Semtech that took place at CES, and that were subsequently summarized in Your January 11, 2025 report titled: *SMTC: CES Underscores Data Center Strength with ACC and LPOs on Track*"). I

assume Scott W. Searle, the analyst whose name is on the report, is the person to talk to, but perhaps he has a team assisting him. I also assume the universe of documents responsive to this request is small.

2. If documents responsive to this request exist, and you will produce them, I will agree to forego a search for documents separately responsive to Request Nos. 2 and 4.

I believe these requests also seek important information, but I offer this in the interest of trying to avoid the Court's involvement. Please let me know if you agree.

Thanks,
Michael

--
Michael Gaines
**Block & Leviton LLP**
(617) 398-5600

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Michael Gaines <michael@blockleviton.com>
**Sent:** Friday, December 26, 2025 8:53 AM
**To:** Richard Platt <RPlatt@roth.com>
**Cc:** Kristin LaMarche <KLamarche@roth.com>
**Subject:** Re: Semtech Securities Litigation

Hi Richard,

Hope you're getting to enjoy the holidays. Thanks for passing along the subpoena response. As I read it, Roth is taking the position that it will not be producing any documents. Please let me know if I am mistaken.

In either case, perhaps a call would be helpful to better understand the relevance of the documents we seek and how we can limit the scope of what you would be searching through. When would be a good time to give you a call Monday or Tuesday of next week?

Michael

Michael Gaines

**Block & Leviton LLP**

260 Franklin Street, Suite 1860

Boston, MA 02110

(617) 398-5600

michael@blockleviton.com  |  https://www.BlockLeviton.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

On Dec 22, 2025, at 4:19 PM, Richard Platt <RPlatt@roth.com> wrote:

[EXTERNAL]

Attached is Roth's response to the third-party subpoena in this matter. Please call me if you have any questions.  Thanks.

**Richard Platt**

**General Counsel**

888 San Clemente Dr. Suite 400

Newport Beach CA, 92660

O: 949.720.5725  •  M:949.402.9284

**Roth Capital Partners, LLC** • **www.roth.com**

<image001.jpg>

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

Please access the attached hyperlink for an important electronic communications disclaimer:

https://www.roth.com/Page/Disclaimer.aspx

<Semtech - Response to Subpoena.pdf>

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.