<span style="color:red">Exhibit 6</span>

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Colleen Kleovoulos, | Case No. 2:25-cv-01474-MCS-JC |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| Semtech Corporation, et al., | |
| Defendant. | |

The Court has reviewed the parties' Joint Rule 26(f) Report and sets the dates below. The Court will set additional dates, including pretrial and trial dates, after a ruling on class certification is issued. To the extent applicable, the Court orders the parties to comply with the Order Re: Jury/Court Trial available on the Court's website, https://www.cacd.uscourts.gov/honorable-mark-c-scarsi.

///

1

| Event | Date |
| --- | --- |
| Non-Expert Discovery Cut-Off | 10/16/2026 |
| Expert Disclosure (Initial) | 10/23/2026 |
| Expert Disclosure (Rebuttal) | 12/22/2026 |
| Expert Discovery Cut-Off | 1/21/2027 |
| Deadline to File a Motion for Class Certification | 2/6/2026 |
| Deadline to File an Opposition to the Motion for Class Certification | 4/3/2026 |
| Deadline to File a Reply in Support of the Motion for Class Certification | 5/8/2026 |
| Hearing Date on Motion for Class Certification | 6/1/2026, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: January 28, 2026

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2