Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025
jake@blockleviton.com

*Counsel for Lead Plaintiff Luis Collazos*
*And Lead Counsel for the Class*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SEMTECH CORPORATION SECURITIES LITIGATION<br><br>This Document relates to:<br><br>ALL ACTIONS | Master File No.: 2:25-cv-01474-MSC-AYP<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL ROTH CAPITAL PARTNERS' COMPLIANCE WITH RULE 45 SUBPOENA *DUCES TECUM***<br><br>Judge: Hon. Anna Y. Park<br>Hearing: March 10, 2026<br>Time: 9:30 a.m.<br>Courtroom: Courtroom 750<br>Non-Expert Discovery Cutoff: October 16, 2026<br>Pretrial Conference: TBD<br>Trial: TBD |

WITHDRAWAL OF MOTION TO COMPEL ROTH CAPITAL PARTNERS'S COMPLIANCE WITH RULE 45 SUBPOENA *DUCES TECUM*

Lead Plaintiff hereby withdraws his motion to compel Roth Capital Partners ("Roth") to produce documents in response to Request No. 1 of Lead Plaintiff's December 2, 2025 document subpoena. ECF No. 96.  After serving Roth with the motion papers on February 17, 2025, counsel for Roth contacted counsel for Lead Plaintiff stating that Roth had searched for, identified, and would produce documents responsive to Request No. 1. Roth has since produced those documents to Lead Plaintiff. Accordingly, Lead Plaintiff's motion to compel, ECF No. 96, is now moot. Lead Plaintiff therefore withdraws his motion to compel.

February 20, 2026                    Respectfully submitted,

*/s/ Jacob A. Walker*
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

Jeffrey C. Block (*pro hac vice*)
Michael D. Gaines (*pro hac vice*)
Zoe van Vlaanderen (*pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
michael@blockleviton.com
zoe@blockleviton.com

*Counsel for Lead Plaintiffs and Lead Counsel for the Class*

Salvador E. Pérez (SBN 309514)
**Strumwasser & Woocher LLP**
1250 6th Street, Suite 205

WITHDRAWAL OF MOTION TO COMPEL ROTH CAPITAL PARTNERS COMPLIANCE WITH RULE 45 SUBPOENA DUCES TECUM

1

Santa Monica, CA 90401
(310) 576-1233
sperez@strumwooch.com

*Local Counsel for Lead Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, a true and correct copy of the foregoing Withdrawal of Motion to Compel Roth Capital Partners' Compliance with Rule 45 Subpoena *Duces Tecum* was served on counsel for Roth Capital Partners, Richard Platt, via email at RPlatt@roth.com.

By:  */s/ Jacob A. Walker*
Jacob A. Walker

WITHDRAWAL OF MOTION TO COMPEL ROTH CAPITAL PARTNERS COMPLIANCE WITH RULE 45 SUBPOENA *DUCES TECUM*

2