Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
101 California Street, Suite 3500
San Francisco, CA 94111
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants*
*Semtech Corporation and Hong Q. Hou*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SEMTECH CORPORATION SECURITIES LITIGATION, <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 2:25-cv-01474-MCS-AYPx <br><br> **DEFENDANTS SEMTECH CORPORATION AND HONG Q. HOU'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL** <br><br> Judge: Hon. Mark C. Scarsi <br> Hearing Date: June 1, 2026 <br> Hearing Time: 9:00 a.m. <br> Location: Courtroom 7C |

Defendants Semtech Corporation and Hong Q. Hou (collectively, "Defendants") do not oppose Lead Plaintiff Luis Collazos' ("Plaintiff") February 6, 2026 motion to (a) certify a class under Federal Rule of Civil Procedure 23(a) and (b)(3) consisting of all persons or entities who purchased or otherwise acquired common stock of Semtech during the period from November 25, 2024, through February 7, 2025, inclusive, (b) appoint Plaintiff as Class Representative, (c) and appoint Block & Leviton LLP as Class Counsel pursuant to Rule 23(g). *See* Docket No. 93. Defendants expressly reserve their rights under Federal Rule of Civil Procedure Rule 23(c)(1)(c) to move to alter, amend or seek decertification of the class, should a basis to make such a motion arise.

DATED: April 1, 2026                    SIDLEY AUSTIN LLP

By:  */s/ Sara B. Brody*
Sara B. Brody
Jaime A. Bartlett
Sarah A. Hemmendinger

101 California Street, Suite 3500
San Francisco, CA 94111
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
sbrody@sidley.com
jbartlett@sidley.com
shemmendinger@sidley.com

*Attorneys for Defendants*
*Semtech Corporation and Hong Q. Hou*

## CERTIFICATE OF COMPLIANCE WITH L.R. 11-6.1

The undersigned, counsel of record for Semtech Corporation and Hong Q. Hou, certifies that this brief contains 119 words, which complies with the word limit of L.R. 11-6.1.

Dated: April 1, 2026

SIDLEY AUSTIN LLP

By:*/s/ Sara B. Brody*
Sara B. Brody

*Attorneys for Defendants
Semtech Corporation and Hong Q. Hou*

-2-