Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025
jake@blockleviton.com

*Counsel for Lead Plaintiff Luis Collazos And Lead Counsel for the Class*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re SEMTECH CORPORATION SECURITIES LITIGATION | Master File No. 2:25-cv-01474-MCS-AYP<br><br>**JOINT NOTICE OF PENDING SETTLEMENT** |
| This Document Relates To:<br><br>ALL ACTIONS | Judge: Hon. Mark C. Scarsi<br>Final Pretrial Conference: May 3, 2027 at 2:00 p.m.<br>Trial Date: May 18, 2027 at 8:30 a.m.<br>Location: Courtroom 7C |

Lead Plaintiff and Class Representative Luis Collazos ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendants Semtech Corporation ("Semtech") and Hong Q. Hou ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly advise the Court that the Parties have reached a settlement-in-principle in this action.

The Parties are diligently working to finalize the stipulation of settlement, notices, plan of allocation, and other documents required to move the Court for preliminary approval of the proposed settlement. The Parties anticipate they will be able to finalize the relevant settlement documents, and file them with the Court by December 10, 2026.

The Parties will file forthwith a Joint Motion for Stay of Proceedings to Facilitate Settlement and Proposed Order.

Respectfully submitted,

DATED: October 29, 2026

**BLOCK & LEVITON LLP**
By: */s/ Jacob A. Walker*
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

Jeffrey C. Block (*pro hac vice*)
Michael D. Gaines (*pro hac vice*)
Brendan T. Jarboe (*pro hac vice*)
Sarah E. Delaney (*pro hac vice*)
Zoe van Vlaanderen (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
jeff@blockleviton.com
michael@blockleviton.com
brendan@blockleviton.com

sarah@blockleviton.com
zoe@blockleviton.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

DATED: October 29, 2026

**SIDLEY AUSTIN LLP**
By: */s/ Sarah Hemmendinger*
Sara B. Brody
Jaime A. Bartlett
Sarah Hemmendinger
101 California Street, Suite 3500
San Francisco, California 94111
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
sbrody@sidley.com
jbartlett@sidley.com
shemmendinger@sidley.com

*Counsel for Defendants Semtech Corporation and Hong Q. Hou*

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all parties have concurred in the filing of this Stipulation.

DATED: October 29, 2026

By: */s/ Jacob A. Walker*
Jacob A. Walker

*Counsel for Lead Plaintiff and Lead Counsel for the Class*